**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| An apparatus for picking up, stacking and bundling lumber, comprising: | |

**EXHIBIT F**

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| (a) a **chassis**, |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| (b) a **grapple** carried with the chassis, |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| (b) a grapple **carried with the chassis**, |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| (c) a **conveyor assembly** <span style="color:red">**supported on the chassis**</span>, |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| (d) a **stacking assembly** operatively connected adjacent the **conveyor assembly**, the stacking assembly including an **unscrambling hopper**, | The stacking assembly is operatively connected to the conveyor assembly as shown below in that both are connected via chassis such that the conveyor assembly is able to deposit the skids into the unscrambling bin, which is part of the stacking assembly.<br><br> |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| a **row conveyor**, a **stacking bin** and |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| a **bundling assembly**, and, |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| (e) a **discharge platform operatively connected adjacent the bundling assembly**, |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| wherein the **conveyor assembly** includes a **frame**, |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| a **pivotal connection** for the frame to permit angular adjustment of the frame relative to the chassis, | |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| an **extendible mast** connected between the **frame** and the **chassis** to drive the frame about the **pivotal connection** |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| and a **receiving bin** and a **conveyor carried on the frame**, |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
|  |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| the **conveyor**<br><br>positioned between the **receiving bin**<br><br>and the **stacking assembly**<br><br>and being operable to move lumber from the receiving bin to the stacking assembly |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| the conveyor positioned between the receiving bin and the **stacking assembly** and being operable to move lumber from the receiving bin to the stacking assembly | |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Missouri 2008 |
|---|---|
| and the **mast** being operable to drive adjustment of the angle of the **frame** relative to the **chassis** **to select the approach angle** for the conveyor relative to the stacking assembly. | |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 2 | Accused Instrumentalities – Skid Hustler Machine - Missouri 2008 |
|---|---|
| The apparatus of claim 1 wherein the **mast** drives the **frame** adjacent the **receiving bin to select a spacing between the frame and the chassis**. |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

The apparatus of claim 1 wherein the mast drives the frame adjacent the **receiving bin to select a spacing between the frame and the chassis**



**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 4 | Accused Instrumentalities – Skid Hustler Machine – Missouri 2008 |
|---|---|
| The apparatus of claim 1 wherein the stacking assembly further includes a **pivoting arrangement** for tilting the **stacking assembly** relative to the **chassis** |  |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 4 | Accused Instrumentalities – Skid Hustler Machine – Missouri 2008 |
|---|---|
| to provide for **substantial leveling of the stacking assembly** when operating on uneven ground surfaces. | The stacking assembly can be tilted and leveled using the pivoting arrangement shown above. |

**Amended Exhibit 1 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 6 | Accused Instrumentalities – Skid Hustler Machine – Missouri 2008 |
|---|---|
| The apparatus of claim 1 wherein the **mast** includes a **hydraulic cylinder** drivable to telescope to various lengths. | |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| An apparatus for picking up, stacking and bundling lumber, comprising: | |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---------|---------------------------------------------------------------|
| (a) a **chassis**, |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| (b) a **grapple carried with the chassis**, |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| (c) a **conveyor assembly supported on the chassis**, |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| (d) a **stacking assembly** operatively connected adjacent the **conveyor assembly**, the stacking assembly including an **unscrambling hopper**, | The stacking assembly is operatively connected to the conveyor assembly as shown below in that both are connected via chassis such that the conveyor assembly is able to deposit the skids into the unscrambling bin, which is part of the stacking assembly.<br><br> |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| (d) a **stacking assembly** operatively connected adjacent the **conveyor assembly**, the stacking assembly including an **unscrambling hopper**, | The stacking assembly is operatively connected to the conveyor assembly as shown below in that both are connected via chassis such that the conveyor assembly is able to deposit the skids into the unscrambling bin, which is part of the stacking assembly. |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---------|----------------------------------------------------------------|
| a **row conveyor**, a **stacking bin** and |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| a **row conveyor**, a **stacking bin** and |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| **bundling assembly**, and, |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| (e) a **discharge platform** **operatively connected adjacent the bundling assembly**, |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| wherein the **conveyor assembly** includes a **frame**, |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| a **pivotal connection** for the frame to permit angular adjustment of the frame relative to the chassis, | |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| an **extendible mast** connected between the **frame** and the **chassis** |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| to drive the frame about the **pivotal connection** |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| and a **receiving bin** and a **conveyor carried on the frame**, |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| and a **receiving bin** and a **conveyor carried on the frame**, |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| the **conveyor**<br><br>positioned between the **receiving bin** and the **stacking assembly** and being operable to move lumber from the receiving bin to the stacking assembly |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 1 | Commando Construction, Inc.'s Skid Hustler Machine – Iowa 2016 |
|---|---|
| and the **mast** being operable to drive adjustment of the angle of the **frame** relative to the **chassis** <br><br> **to select the approach angle** for the conveyor relative to the stacking assembly. |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 2 | Accused Instrumentalities – Skid Hustler Machine – Iowa 2016 |
|---|---|
| The apparatus of claim 1 wherein the **mast** drives the **frame** adjacent the **receiving bin to select a spacing between the frame and the chassis**. |  |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 4 | Accused Instrumentalities – Skid Hustler Machine – Iowa 2016 |
|---------|-----------------------------------------------------------------|
| The apparatus of claim 1 wherein the stacking assembly further includes a **pivoting arrangement** for tilting the **stacking assembly** relative to the **chassis** | |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 4 | Accused Instrumentalities – Skid Hustler Machine – Iowa 2016 |
|---|---|
| to provide for **substantial leveling of the stacking assembly** when operating on uneven ground surfaces. | The stacking assembly can be tilted and leveled using the pivoting arrangement shown above.<br><br> |

**Amended Exhibit 2 to Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions for United States Patent No. 7,591,629**

| Claim 6 | Accused Instrumentalities – Skid Hustler Machine – Iowa 2016 |
|---|---|
| The apparatus of claim 1 wherein the **mast** includes a **hydraulic cylinder** drivable to telescope to various lengths. | |