

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/160,060 | 06/07/2005 | Murray Walter Pisony | 53602-6 | 1059 |

23971    7590    09/28/2007
BENNETT JONES
C/O MS ROSEANN CALDWELL
4500 BANKERS HALL EAST
855 - 2ND STREET, SW
CALGARY, AB T2P 4K7
CANADA

| EXAMINER |
|---|
| ADAMS, GREGORY W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3652 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/28/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

**EXHIBIT H**

PISONY006885

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 11/160,060 | PISONY, MURRAY WALTER |
| | Examiner | Art Unit |
| | Gregory W. Adams | 3652 |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☐ Responsive to communication(s) filed on _____.
2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4) ☒ Claim(s) *1-22* is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☒ Claim(s) *1-22* is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9) ☐ The specification is objected to by the Examiner.
10) ☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some * c)☐ None of:
       1.☐ Certified copies of the priority documents have been received.
       2.☐ Certified copies of the priority documents have been received in Application No. _____.
       3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

Attachment(s)
1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date *10/25/05*.
4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____.
5) ☐ Notice of Informal Patent Application
6) ☐ Other: _____.

U.S. Patent and Trademark Office
PTOL-326 (Rev. 08-06)                    Office Action Summary           Part of Paper No./Mail Date 20070910

Application/Control Number: 11/160,060  Page 2
Art Unit: 3652

## Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 1-22 are rejected under 35 U.S.C. 102(b) as being anticipated by McLeod et al. (CA 2315046) (previously cited).

With respect to claims 1-6 & 12-22, McLeod discloses an apparatus comprising:

(a) a vehicle drive means pulling a trailer,

(b) a receiving bin and a conveyor 15,

(c) operatively connected to a conveyor assembly, is a unscrambling hopper 18, row conveyor 19, stacking bin 20 and bundling assembly 21,

(d) a discharge platform 22, and

(e) a grapple assembly 28.

With respect to claims 7-8, McLeod discloses a means (p14/L10-25) of raising and lowering a conveyor assembly.

With respect to claims 9-11, McLeod discloses a method of picking up, stacking and bundling lumber, comprising:

(a) providing an apparatus that comprises:

    (i) a conveyor assembly that comprises a receiving bin 16 and a conveyor 15;

Application/Control Number: 11/160,060  Page 3
Art Unit: 3652

    (ii) a stacking assembly that comprises an unscrambling hopper 18, a row conveyor 19, a stacking bin 20 and a bundling assembly 21;

    (iii) a discharge platform 22, and

(vi) a grapple assembly 28,

(b) picking up loose lumber with a grapple and depositing it into a receiving bin, and

(c) conveying loose lumber along a conveyor to a stacking assembly, where lumber is stacked and bundled into a bundle of lumber and deposited onto a discharge platform.

## *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Gregory W. Adams whose telephone number is (571) 272-8101. The examiner can normally be reached on M-Th, 8:30am-5pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Saul Rodriguez can be reached on (571) 272-7097. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

PISONY006888

Application/Control Number: 11/160,060 Page 4
Art Unit: 3652

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

GWA /s/

/s/
SAUL RODRIGUEZ
SUPERVISORY PATENT EXAMINER

PTO/SB/08A (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

[Stamp: OIPE OCT 25 2005 PATENT & TRADEMARK OFFICE]

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | | Application Number | 11/160,060 |
| | | | Filing Date | June 07, 2005 |
| | | | First Named Inventor | PISONY, Murray Walter |
| | | | Art Unit | 3652 |
| | | | Examiner Name | |
| Sheet | 1 | of 1 | Attorney Docket Number | 53602-6 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /G.A./ | | US-2004/0084111 A1 | 05/06/2004 | Tardiff | |
| | | US-6,779,570 B2 | 08/24/2004 | Tardiff | |
| | | US-4,947,904 | 08/14/1990 | Dika | |
| | | US-6,363,980 B1 | 04/02/2002 | Kurelek | |
| | | US-3,910,326 | 10/07/1975 | Tucek | |
| | | US-3,631,995 | 01/04/1972 | Jones et al | |
| | | US-3,730,367 | 05/01/1973 | Heffington | |
| | | US-4,023,848 | 05/17/1977 | Bennett | |
| | | US-4,005,894 | 02/01/1977 | Tucek | |
| | | US-3,933,389 | 01/20/1976 | Korbel | |
| | | US-2005/0132667 A1 | 06/23/2005 | Mcleod | |
| | | US-5,934,861 | 08/10/1995 | Mcleod | |
| | | US-6,401,368 | 06/11/2002 | Mcleod | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³Number⁴Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| /G.A./ | | CA 2,360,868 | 07-25-2002 | Mcleod et al | | |
| /G.A./ | | CA 2,241,682 | 02-26-1999 | Mcleod et al | | |
| /G.A./ | | CA 2,315,046 | 02-03-2002 | Mcleod et al | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Gregory Adams/ | Date Considered | 09/10/2007 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴For the Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. ⁶Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450**

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select Option 2.

DMSLegal\053602\00006\2140720v1

PISONY006890

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 11/160,060 | PISONY, MURRAY WALTER |
| | | Examiner | Art Unit | |
| | | Gregory W. Adams | 3652 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-4,127,070 | 11-1978 | Dieringer et al. | 104/9 |
| * | B | US-3,414,027 | 12-1968 | LARVA SR WILBERT J; et. al. | 83/94 |
| * | C | US-5,697,753 | 12-1997 | Aurora et al. | 414/398 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)   Notice of References Cited   Part of Paper No. 20070910

PISONY006891