

# RANDOM HOUSE
# WEBSTER'S
# *unabridged*
# *dictionary*

SECOND EDITION

OVER 315,000 ENTRIES

SPECIAL NEW-WORDS SECTION PLUS AN ESSAY ON THE GROWTH OF ENGLISH

2,400 ILLUSTRATIONS AND SPOT MAPS

EXHIBIT R

CCI0009053

Copyright © 2001, 1998, 1997, 1996, 1993, 1987 by Random House, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the publisher. Published in the United States by Random House Reference, an imprint of The Random House Information Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

RANDOM HOUSE is a registered trademark of Random House, Inc.

Please address inquiries about electronic licensing of any products for use on a network, in software or on CD-ROM to the Subsidiary Rights Department, Random House Information Group, fax 212-572-6003.

This book is available for special discounts for bulk purchases for sales promotions or premiums. Special editions, including personalized covers, excerpts of existing books, and corporate imprints, can be created in large quantities for special needs. For more information, write to Random House, Inc., Special Markets/Premium Sales, 1745 Broadway, MD 6-2, New York, NY, 10019 or e-mail specialmarkets@randomhouse.com.

*Random House Webster's Unabridged Dictionary, Second Edition*, is a revised and updated edition of
*The Random House Dictionary of the English Language, Second Edition, Unabridged.*

*International Phonetic Alphabet* courtesy of International Phonetic Association

Library of Congress Cataloging-in-Publication Data is available.

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

Visit the Random House Reference Web site at www.randomwords.com
Printed in China.

10 9 8 7 6 5 4

ISBN: 978-0-375-42599-8
ISBN: 978-0-375-42605-6 (Deluxe Edition)
ISBN: 978-0-375-42609-4 (CD-ROM Edition)

CCI0009054

done, spoken, performed, etc., without special advance preparation; impromptu: *an extemporaneous speech.* **2.** previously planned but delivered with the help of few or no notes: *extemporaneous lectures.* **3.** speaking or performing with little or no advance preparation: *extemporaneous actors.* **4.** made for the occasion, as a shelter. [1650–60; < LL *extemporāneus* on the spur of the moment. See EXTEMPORE, -AN, -EOUS] —ex·tem'po·ra'ne·ous·ly, *adv.* —ex·tem'po·ra'ne·ous·ness, ex·tem·po·ra·ne·i·ty (ik stem'pə rə nē'i tē), *n.*
—Syn. **1**, **2**. EXTEMPORANEOUS (EXTEMPORE), IMPROMPTU, IMPROVISED are used of expression given without preparation or only partial preparation. EXTEMPORANEOUS and IMPROMPTU may both refer to speeches given without any preparation: *an extemporaneous (impromptu) speech.* EXTEMPORANEOUS may also refer to a speech given from notes or an outline: *extemporaneous lectures.* IMPROMPTU also refers to poems, songs, etc., delivered without preparation and at a moment's notice. IMPROVISED is applied to something composed (recited, sung, acted), at least in part, as one goes along: *an improvised piano accompaniment.* —Ant. **1**. memorized.

**ex·tem·po·rar·y** (ik stem'pə rer'ē), *adj.* **1.** extemporaneous; extempore. **2.** *Obs.* sudden; unexpected. [1600–10; EXTEMPOR(E) + -ARY] —ex·tem'po·rar'i·ly (ik stem'pə râr'ə lē, -rer'-), *adv.* —ex·tem'po·rar'i·ness, *n.*

**ex·tem·po·re** (ik stem'pə rē), *adv.* **1.** on the spur of the moment; without premeditation or preparation; offhand: *Questions were asked extempore from the floor.* **2.** without notes: *to speak extempore.* **3.** (of musical performance) by improvisation. —*adj.* **4.** extemporaneous; impromptu. [1545–55; < L: lit., out of the time, at the moment, equiv. to *ex* out of (see EX-¹) + *tempore* the time (abl. sing. of *tempus*)]
—Syn. **4**. See **extemporaneous**.

**ex·tem·po·rize** (ik stem'pə rīz'), *v.*, **-rized, -riz·ing.** —*v.i.* **1.** to speak extemporaneously: *He can extemporize on any of a number of subjects.* **2.** to sing, or play on an instrument, composing the music as one proceeds; improvise. **3.** to do or manage something in a makeshift way. —*v.t.* **4.** to make or devise extemporaneously. **5.** *Music.* to compose offhand; improvise. Also, *esp. Brit.,* **ex·tem'po·rise'.** [1635–45; EXTEMPORE + -IZE] —ex·tem'po·ri·za'tion, *n.* —ex·tem'po·riz'er, *n.*

**ex·tend** (ik stend'), *v.t.* **1.** to stretch out; draw out to the full length: *He extended the measuring tape as far as it would go.* **2.** to stretch, draw, or arrange in a given direction, or so as to reach a particular point, as a cord, wall, or line of troops. **3.** to stretch forth or hold out, as the arm or hand: *to extend one's hand in greeting.* **4.** to place at full length, esp. horizontally, as the body or limbs. **5.** to increase the length or duration of; lengthen; prolong: *to extend a visit.* **6.** to stretch out in various or all directions; expand; spread out in area: *A huge tent was extended over the field.* **7.** to enlarge the scope of, or make more comprehensive, as operations, influence, or meaning: *The European powers extended their authority in Asia.* **8.** to provide as an offer or grant; offer; grant; give: *to extend aid to needy scholars.* **9.** *Finance.* to postpone the payment of (a debt) beyond the time originally agreed upon. **10.** to increase the bulk or volume of, esp. by adding an inexpensive or plentiful substance. **11.** *Bookkeeping.* to transfer (figures) from one column to another. **12.** *Law.* **a.** *Brit.* to assess or value. **b.** to make a seizure or levy upon, as land, by a writ of extent. **13.** *Manège.* to bring (a horse) into an extended attitude. **14.** to exert (oneself) to an unusual degree. **15.** *Archaic.* to exaggerate. **16.** *Obs.* to take by seizure. —*v.i.* **17.** to be or become extended; stretch out in length, duration, or in various or all directions. **18.** to reach, as to a particular point. **19.** to increase in length, area, scope, etc. **20.** *Manège.* (of a horse) to come into an extended attitude. [1250–1300; ME *extenden* < L *extendere* to stretch out. See EX-¹, TEND¹] —ex·tend'i·ble, ex·tend'a·ble, *adj.* —ex·tend'i·bil'i·ty, ex·tend'a·bil'i·ty, *n.*
—Syn. **5**. continue. See **lengthen.** **6.** enlarge, widen, dilate. **8.** bestow, impart. —Ant. **1.** shorten, contract.

**ex·tend·ed** (ik sten'did), *adj.* **1.** stretched out: *extended wires.* **2.** continued or prolonged: *extended efforts.* **3.** spread out: *extended flags.* **4.** widespread or extensive; having extension or spatial magnitude: *extended treatment of a subject.* **5.** outstretched: *extended arms.* **6.** *Print.* expanded (def. 3). **7.** of or pertaining to a meaning of a word other than its original or primary meaning: *an extended sense.* **8.** *Manège.* **a.** (of a moving horse) noting an elongated pose in which the legs reach out from the body, the chin is out from the chest, etc. Cf. **collected** (def. 3a). **b.** (of the gait of a horse) characterized by long, low, usually fast strides. Cf. **collected** (def. 3b). [1400–85; late ME; see EXTEND, -ED²] —ex·tend'ed·ly, *adv.* —ex·tend'ed·ness, *n.*

**extend'ed care',** generalized health or nursing care for convalescents or the disabled, when hospitalization is not required.

**extend'ed com'plex plane',** *Math.* the complex plane with a point at infinity added.

**extend'ed cov'erage,** *Insurance.* an extension of a casualty-insurance policy to provide insurance against risks not covered under the basic policy.

**extend'ed fam'ily,** **1.** a kinship group consisting of a family nucleus and various relatives, as grandparents, usually living in one household and functioning as a larger unit. Cf. **nuclear family. 2.** (loosely) one's family conceived of as including aunts, uncles, cousins, in-laws, and sometimes close friends and colleagues. [1940–45]

**extend'ed fore'cast,** *Meteorol.* a forecast of weather conditions beyond the normal two-day forecast period.

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b., blend of, blended; c., cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

**extend'ed or'der,** **1.** an irregular formation of troops to suit the tactical requirements and the terrain. **2.** See **open order.**

**extend'ed play',** a phonograph record of 45 r.p.m. that plays a longer time than the standard 45 r.p.m. record. *Abbr.:* EP [1950–55] —extend'ed-play', *adj.*

**extend'ed real' num'ber sys'tem,** *Math.* the set of all real numbers with the points plus infinity and minus infinity added.

**extend'ed term' insur'ance,** life insurance in which a policyholder ceases to pay the premiums but keeps the full amount of the policy in force for whatever term the cash value permits.

**ex·tend·er** (ik sten'dər), *n.* **1.** a substance added to another substance, as to paint or food, to increase its volume or bulk: *to add cereal and soy protein to hamburger as extenders.* **2.** *Photog.* See under **converter** (def. 8). [1605–15; EXTEND + -ER¹]

**ex·ten·si·ble** (ik sten'sə bəl), *adj.* capable of being extended. [1605–15; EXTENS(ION) + -IBLE] —ex·ten'si·bil'i·ty, ex·ten'si·ble·ness, *n.*

**ex·ten·sile** (ik sten'səl, -sīl), *adj. Chiefly Zool., Anat.* capable of being extended; adapted for stretching out; extensible; protrusible. [1735–45; EXTENS(ION) + -ILE]

**ex·ten·sim·e·ter** (ek'sten sim'i tər), *n.* extensometer.

**ex·ten·sion** (ik sten'shən), *n.* **1.** an act or instance of extending. **2.** the state of being extended. **3.** that by which something is extended; an addition: *a four-room extension to a house.* **4.** an additional period of time given one to meet an obligation: *My term paper wasn't finished so I asked for an extension.* **5.** something that can be extended; an extended object: *a table with drop-leaf extensions.* **6.** range of extending; degree of extensiveness; extent: *the extension of our knowledge.* **7.** an additional telephone that operates on the principal line. **8.** *Com.* a written engagement on the part of a creditor, allowing a debtor further time to pay a debt. **9.** *Physics.* that property of a body by which it occupies space. **10.** *Anat.* **a.** the act of straightening a limb. **b.** the position that a limb assumes when it is straightened. **11.** *Surg.* the act of pulling the broken or dislocated part of a limb in a direction from the trunk, in order to bring the ends of the bone into their natural situation. **12.** Also called **extent.** *Logic.* the class of things to which a term is applicable, as "the class of such beings as Plato and Alexander" to which the term "man" is applicable. Cf. **intension** (def. 5). **13.** *Math.* a function having a domain that includes the domain of a given function and that has the same value as the given function at each point in the domain of the given function. **14.** *Manège.* the act of bringing or coming into an extended attitude. —*adj.* **15.** of or pertaining to extension courses. [1350–1400; ME < L *extēnsiōn-* (s. of *extēnsiō*). See EXTENSIVE, -ION] —ex·ten'sion·al'i·ty, ex·ten'sion·al·ism, *n.* —ex·ten'sion·al, *adj.* —ex·ten'sion·al·ly, *adv.* —ex·ten'sion·less, *adj.*
—Syn. **1.** stretching, expansion, enlargement, increase, dilation. **3.** lengthening, protraction, continuation. **4.** delay. **6.** limit. —Ant. **1.** contraction.

**exten'sion a'gent,** an agent employed by the county government to work with farmers to increase crop yields, prevent erosion, eliminate blights or pests, and the like. Cf. **county agent.**

**exten'sion bolt',** a bolt fitted into a mortise in a door or the like, sliding into a socket in the head or the sill and having a head projecting from the surface of the door.

**exten'sion cord',** *Elect.* an electric cord having a standard plug at one end and a standard electric jack at the other. [1945–50]

**exten'sion cours'es,** (in many universities and colleges) a program for persons not regularly enrolled as students, frequently provided through evening classes or classes in off-campus centers, or by correspondence. Cf. **university extension.** [1880–85]

**exten'sion field',** *Math.* a field that contains a given field as a subfield.

**exten'sion lad'der,** a ladder having two or more sections joined by a sliding mechanism that allows the ladder to be extended to the total length. [1870–75]

**exten'sion li'brary ser'vice,** the provision of library materials and services outside the library's regular service center or outlet.

**exten'sion rule',** a folding rule having a sliding part equal in length to one section so as to permit exact measurement of internal dimensions.

**exten'sion tube',** *Photog.* any of a series of tubes of varying lengths placed between the lens and a camera body to facilitate closeup focusing. [1955–60]

**ex·ten·si·ty** (ik sten'si tē), *n.* **1.** the quality of having extension. **2.** *Psychol.* the attribute of sensation from which the perception of spatial extension is developed. [1825–35; < L *extēns(us)* (see EXTENSIVE) + -ITY]

**ex·ten·sive** (ik sten'siv), *adj.* **1.** of great extent; wide; broad: *an extensive area.* **2.** covering or extending over a great area: *extensive travels.* **3.** far-reaching; comprehensive; thorough: *extensive knowledge.* **4.** lengthy: *an extensive journey.* **5.** great in amount, number, or degree: *an extensive fortune; extensive political influence.* **6.** of or having extension: *Space is extensive, time durational.* **7.** noting or pertaining to a system of agriculture involving the use or cultivation of large areas of land with a minimum of labor and expense (opposed to *intensive*). [1375–1425; late ME < LL *extēnsīvus,* equiv. to L *extēns(us)* (ptp. of *extendere* to EXTEND) + *-īvus* -IVE] —ex·ten'sive·ly, *adv.* —ex·ten'sive·ness, *n.* —ex·ten·siv·i·ty (ek'sten siv'i tē, ik-), *n.*
—Syn. **1.** extended, large, spacious, ample, vast. —Ant. **1**, **3**. limited, narrow, confined. **3.** parochial.

**ex·ten·som·e·ter** (ek'sten som'i tər), *n.* an instrument for measuring minute degrees of expansion, contraction, or deformation. Also, **extensimeter.** [1885–90; EXTENS(ION) + -O- + -METER]

**ex·ten·sor** (ik sten'sər, -sôr), *n. Anat.* a muscle that serves to extend or straighten a part of the body. [1700–10; < NL, equiv. to L *extend(ere)* to EXTEND + *-tor* -TOR, with -dt- > -s-]

**ex·tent** (ik stent'), *n.* **1.** the space or degree to which a thing extends; length, area, volume, or scope: *the extent of his lands; to be right to a certain extent.* **2.** something extended, as a space; a particular length, area, or volume; something having extension: *the limitless extent of the skies.* **3.** *U.S. Law.* a writ, or a levy, by which a debtor's lands are valued and transferred to the creditor absolutely or for a term of years. **4.** *Eng. Law.* **a.** a writ to recover debts of record due to the crown, under which land, property, etc., may be seized. **b.** a seizure made under such a writ. **5.** *Logic.* extension (def. 12). **6.** *Archaic.* assessment or valuation, as of land. [1250–1300; ME *extente* < ML *extenta,* n. use of fem. of L *extentus,* ptp. of *extendere* to EXTEND]
—Syn. **1.** magnitude, measure, amount, compass, range, expanse, stretch, reach, length.

**ex·ten·u·ate** (ik sten'yōō āt'), *v.t.,* **-at·ed, -at·ing. 1.** to represent (a fault, offense, etc.) as less serious: *to extenuate a crime.* **2.** to serve to make (a fault, offense, etc.) seem less serious. **3.** to underestimate, underrate, or make light of: *Do not extenuate the difficulties we are in.* **4.** *Archaic.* **a.** to make thin, lean, or emaciated. **b.** to reduce the consistency or density of. [1375–1425; late ME (adj.) < L *extenuātus,* ptp. of *extenuāre,* equiv. to EX-¹ + *tenuāre* to make thin or small; see -ATE¹] —ex·ten'u·at'ing, *adj.* —ex·ten'u·at'ing·ly, *adv.* —ex·ten'u·a'tive, *adj.* —ex·ten'u·a'tor, *n.*

**exten'uating cir'cumstances,** *Law.* circumstances that render conduct less serious and thereby serve to reduce the damages to be awarded or the punishment to be imposed. [1830–40]

**ex·ten·u·a·tion** (ik sten'yōō ā'shən), *n.* **1.** the act of extenuating. **2.** the state of being extenuated. **3.** something that extenuates; a partial excuse: *The youth of the defendant served as an extenuation.* [1375–1425; late ME *extenuacioun* < L *extenuātiōn-* (s. of *extenuātiō*). See EXTENUATE, -ION]

**ex·ten·u·a·to·ry** (ik sten'yōō ə tôr'ē, -tōr'ē), *adj.* tending to extenuate; characterized by extenuation; extenuating. [1800–10; < LL *extenuātōrius.* See EXTENUATE, -TORY¹]

**ex·te·ri·or** (ik stēr'ē ər), *adj.* **1.** outer; being on the outer side: *the exterior surface; exterior decorations.* **2.** intended or suitable for outdoor use: *exterior paint.* **3.** situated or being outside; pertaining to or connected with what is outside: *the exterior territories of a country.* —*n.* **4.** the outer surface or part; outside. **5.** outward form or appearance: *She has a placid exterior, but inside she is tormented.* **6.** *Math.* the collection of points not contained in the closure of a given set. [1525–35; < L, comp. of *exter* or *exterus* on the outside, outward. See EX-¹] —ex·te'ri·or·ly, *adv.*
—Syn. **1.** outward, outside, external, superficial. **3.** outlying, extraneous, foreign; extrinsic. **4.** face. **5.** mien, aspect. —Ant. **1**, **4.** interior.

**exte'rior an'gle,** *Geom.* **1.** an angle formed outside parallel lines by a third line that intersects them. See diag. under **interior angle. 2.** an angle formed outside a polygon by one side and an extension of an adjacent side; the supplement of an interior angle of the polygon. [1885–90]

**ex·te·ri·or·i·ty** (ik stēr'ē ôr'i tē, -or'-), *n., pl.* **-ties. 1.** the state or fact of being exterior. **2.** something exterior. [1605–15; EXTERIOR + -ITY]

**ex·te·ri·or·ize** (ik stēr'ē ə rīz'), *v.t.,* **-ized, -iz·ing. 1.** to make exterior; externalize. **2.** *Surg.* to expose (an internal structure) temporarily outside the body, for observation, surgery, or experimentation. Also, *esp. Brit.,* **ex·te'ri·or·ise'.** [1875–80; EXTERIOR + -IZE] —ex·te'ri·or·i·za'tion, *n.*

**ex·ter·mi·nate** (ik stûr'mə nāt'), *v.t.,* **-nat·ed, -nat·ing.** to get rid of by destroying; destroy totally; extirpate: *to exterminate an enemy; to exterminate insects.* [1535–45; < L *exterminātus,* ptp. of *extermināre* to TERMINE; see -ATE¹] —ex·ter'mi·na·ble (ik stûr'mə nə·bəl), *adj.* —ex·ter'mi·na'tion, *n.*
—Syn. eradicate, abolish, annihilate, eliminate.

**ex·ter·mi·na·tor** (ik stûr'mə nā'tər), *n.* **1.** a person or thing that exterminates. **2.** a person or business establishment specializing in the elimination of vermin, insects, etc., from a building, apartment, etc., esp. by the controlled application of toxic chemicals. [1605–15; < LL *exterminātor.* See EXTERMINE, -ATOR]

**ex·ter·mi·na·to·ry** (ik stûr'mə nə tôr'ē, -tōr'ē), *adj.* serving or tending to exterminate. Also, **ex·ter'mi·na'tive** (ik stûr'mə nā'tiv). [1780–90; EXTERMINATE + -ORY¹]

**ex·ter·mine** (ik stûr'min), *v.t.,* **-mined, -min·ing.** *Obs.* to exterminate. [1425–75; late ME < L *extermināre* to drive beyond the boundaries. See EX-¹, TERMINATE]

**ex·tern** (ek'stûrn; *for 3 also* ik stûrn'), *n.* **1.** a person connected with an institution but not residing in it, as a doctor or medical student at a hospital. **2.** a nun of a strictly enclosed order, as the Carmelites, who resides inside the convent but outside its enclosure and who chiefly goes on outside errands. —*adj.* **3.** *Archaic.* external; outer. [1525–35; < L *externus,* deriv. of *exter, exterus.* See EXTERIOR]

**ex·ter·nal** (ik stûr'nl), *adj.* **1.** of or pertaining to the outside or outer part; outer: *an external surface.* **2.** *Med.* to be applied to the outside of a body as a remedy: *for external use only.* **3.** situated or being outside something; acting or coming from without: *external influences.* **4.** pertaining to the outward or visible appearance or show: *external acts of worship.* **5.** or concerned with foreign countries: *external affairs; external commerce.* **6.** *Zool., Anat.* on the side farthest from the body, the median line, or the center of a radially symmetrical form. **7.** *Metaphys.* of or pertaining to the world of things, considered as independent of the perceiving mind: *external world.* —*n.* **8.** the outside;
CCI0009055