

# DK ILLUSTRATED OXFORD DICTIONARY



19TH-CENTURY NEOCLASSICAL BUILDING (THE CAPITOL, WASHINGTON, D.C.)

EXHIBIT S

CCI0008809



Published, created, and produced in the United States and Great Britain in 1998 by
DORLING KINDERSLEY LIMITED and OXFORD UNIVERSITY PRESS, INC.

Lexicographic text copyright © 1998 Oxford University Press, adapted from
*The Oxford Dictionary and Thesaurus, American Edition* (1996), with updating and additions.

Images copyright © 1998 Dorling Kindersley Limited, London
Non-lexicographic text copyright © 1998 Dorling Kindersley Limited, London
Layout and design copyright © 1998 Dorling Kindersley Limited, London

All rights reserved. No part of this book may be reproduced, stored in a
retrieval system, or transmitted in any form or by any means, electronic, mechanical,
photocopying, recording or otherwise, without the permission of the copyright owner.

Library of Congress Cataloging-in-Publication Data
The DK illustrated Oxford dictionary
p.   cm.
ISBN 0-7894-3557-8
1. Picture dictionaries, English.   I. DK Publishing, Inc.
II. Title: DK illustrated Oxford dictionary.
III. Title: Oxford dictionary.
PE1629.D5   1998            98-3664
423'.1--DC21                 CIP

2  4  6  8  10  9  7  5  3  1

Color reproduction by Colourpath, London, England
Printed in the United States by World Color, Versailles, Kentucky

——— OXFORD UNIVERSITY PRESS, INC. ———
198 Madison Avenue, New York, NY 10016
OXFORD  NEW YORK  ATHENS  AUCKLAND  BANGKOK  BOGOTA  BOMBAY  BUENOS AIRES  CALCUTTA  CAPE TOWN  DAR ES SALAAM
DELHI  FLORENCE  HONG KONG  ISTANBUL  KARACHI  KUALA LUMPUR  MADRAS  MADRID  MELBOURNE  MEXICO CITY
NAIROBI  PARIS  SINGAPORE  TAIPEI  TOKYO  TORONTO  and associated companies in  BERLIN  IBADAN

Oxford is a registered trademark of Oxford University Press
Visit us on the World Wide Web at www.oup-usa.org

——— DK PUBLISHING, INC. ———
95 Madison Avenue, New York, NY 10016
Visit us on the World Wide Web at www.dk.com

NOTE ON PROPRIETARY STATUS
This dictionary includes some words that have, or are asserted to have, proprietary status as trademarks or otherwise. Their inclusion does
not imply that they have acquired for legal purposes a nonproprietary or general significance, nor any other judgment concerning their legal
status. In cases where the editorial staff has some evidence that a word has proprietary status, this is indicated in the entry for that word
by the word *Trademark* or *propr.* (proprietary) but no judgment concerning the legal status of such words is made or implied hereby.

### EXPRESSIONISM

Expressionism is an artistic concept that distorts the representation of reality to express an inner vision. This approach is the direct opposite of that adopted by the Impressionists, who placed a strong emphasis on imitating nature. Expressionism is particularly associated with an early-20th-century artistic movement in northern and central Europe. Germany became the center of expressionism, and one of the leading expressionist groups, Der Blaue Reiter ("The Blue Rider"), whose leaders included Wassily Kandinsky and Paul Klee, was formed there. In literature, expressionism is seen as a revolt against realism and naturalism, and writers such as August Strindberg, Franz Kafka, and James Joyce were associated with the movement.

*Self-portrait Screaming* (1910), EGON SCHIELE

TIMELINE

1500  1550  1600  1650  1700  1750  1800  1850  1900  1950  2000

**ex·plor·a·to·ry** /ikspláwrətawree/ *adj.* **1** (of discussion, etc.) preliminary. **2** of or concerning exploration or investigation (*exploratory surgery*).

**ex·plore** /ikspláwr/ *v.tr.* **1** travel through (a country, etc.) in order to learn about it. **2** inquire into. **3** *Surgery* examine (a part of the body) in detail. □□ **ex·plor·a·tive** /-rətiv/ *adj.* **ex·plor·er** /iksplǎwrər/ *n.*

**ex·plo·sion** /iksplózhən/ *n.* **1** the act or an instance of exploding. **2** a loud noise caused by something exploding. **3 a** a sudden outburst of noise. **b** a sudden outbreak of feeling, esp. anger. **4** a rapid or sudden increase.

**ex·plo·sive** /iksplósiv/ *adj. & n.* ● *adj.* **1** able or tending or likely to explode. **2** likely to cause a violent outburst, etc.; (of a situation, etc.) dangerously tense. ● *n.* an explosive substance. □□ **ex·plo·sive·ly** *adv.* **ex·plo·sive·ness** *n.*

**ex·po** /ékspō/ *n.* (also **Ex·po**) (*pl.* **-os**) a large international exhibition.

**ex·po·nent** /ikspónənt/ *n.* **1** a person who favors or promotes an idea, etc. **2** a representative or practitioner of an activity, profession, etc. **3** a person who explains or interprets something. **4** *Math.* a raised symbol or expression beside a numeral indicating how many times it is to be multiplied by itself (e.g., $2^3 = 2 \times 2 \times 2$).

**ex·po·nen·tial** /ékspənénshəl/ *adj.* **1** *Math.* of or indicated by a mathematical exponent. **2** (of an increase, etc.) more and more rapid. □□ **ex·po·nen·tial·ly** *adv.*

**ex·port** *v. & n.* ● *v.tr.* /ekspáwrt, éks-/ send out (goods or services) esp. for sale in another country. ● *n.* /ékspawrt/ **1** the process of exporting. **2 a** an exported article or service. **b** (in *pl.*) an amount exported (*exports exceeded $50 billion*). **3** (*attrib.*) suitable for export, of better quality. □□ **ex·port·a·ble** *adj.* **ex·port·a·bil·i·ty** *n.* **ex·por·ta·tion** *n.* **ex·port·er** *n.*

**ex·pose** /ikspóz/ *v.tr.* **1** leave uncovered or unprotected, esp. from the weather. **2** (foll. by *to*) **a** cause to be liable to or in danger of (*was exposed to great danger*). **b** lay open to the action or influence of; introduce to. **3** (as **exposed** *adj.*) **a** (foll. by *to*) open to; unprotected from (*exposed to the east*). **b** vulnera-

ble; risky. **4** *Photog.* subject (film) to light, esp. by operation of a camera. **5** reveal the identity or fact of (esp. a person or thing disapproved of or guilty of crime, etc.). **6** disclose; make public. **7** exhibit; display. **8** put up for sale. □ **expose oneself** display one's body, esp. the genitals, publicly and indecently. □□ **ex·pos·er** *n.*

**ex·po·sé** /ekspōzáy/ *n.* (also **ex·pose**) **1** an orderly statement of facts. **2** the act or an instance of revealing something discreditable.

**ex·po·si·tion** /ékspəzíshən/ *n.* **1** an explanatory statement or account. **2** an explanation or commentary. **3** *Mus.* the part of a movement in which the principal themes are first presented. **4** a large public exhibition. □□ **ex·po·si·tion·al** *adj.*

**ex·pos·i·tor** /ikspózitər/ *n.* an expounder or interpreter. □□ **ex·pos·i·to·ry** *adj.*

**ex·pos·tu·late** /ikspóschəlayt/ *v.intr.* (often foll. by *with* a person) make a protest; remonstrate. □□ **ex·pos·tu·la·tion** /-láyshən/ *n.* **ex·pos·tu·la·to·ry** /-lətáwree/ *adj.*

**ex·po·sure** /ikspózhər/ *n.* **1** (foll. by *to*) the act or condition of exposing or being exposed. **2** the condition of being exposed to the elements, esp. in severe conditions (*died from exposure*). **3** the revelation of an identity or fact, esp. when concealed or likely to find disapproval. **4** *Photog.* **a** the action of exposing film, etc., to the light. **b** the duration of this action. **c** the area of film, etc., affected by it. **5** an aspect or outlook (*has a fine southern exposure*). **6** experience, esp. of a specified kind of work.

**ex·pound** /ikspównd/ *v.tr.* **1** set out in detail (a doctrine, etc.). **2** explain or interpret. □□ **ex·pound·er** *n.*

**ex·press¹** /iksprés/ *v.tr.* **1** represent or make known (thought, feelings, etc.) in words or by gestures, conduct, etc. **2** *refl.* say what one thinks or means. **3** esp. *Math.* represent by symbols. **4** squeeze out (liquid or air). □□ **ex·press·er** *n.* **ex·press·i·ble** *adj.*

**ex·press²** /iksprés/ *adj., adv., n., & v.* ● *adj.* **1** operating at high speed. **2** also /ékspres/ definitely stated. **3 a** done, made, or sent for a special purpose. **b** (of messages or goods) delivered by a special messenger or service. ● *adv.* **1** at high speed. **2** by express messenger or train. ● *n.* **1 a** an express train or messenger. **b** an express rifle. **2** a company

undertaking the transport of packages, etc. ● *v.tr.* send by express messenger or delivery. □□ **ex·press·ly** *adv.* (in senses 2 and 3a of *adj.*)

**ex·pres·sion** /ikspréshən/ *n.* **1** the act or an instance of expressing. **2 a** a word or phrase expressed. **b** manner or means of expressing in language; wording; diction. **3** *Math.* a collection of symbols expressing a quantity. **4** a person's facial appearance or intonation of voice, esp. as indicating feeling. **5** depiction of feeling, movement, etc., in art. **6** conveying of feeling in the performance of a piece of music. □□ **ex·pres·sion·al** *adj.* **ex·pres·sion·less** *adj.* **ex·pres·sion·less·ly** *adv.* **ex·pres·sion·less·ness** *n.*

**ex·pres·sion·ism** /ikspréshənizəm/ *n.* ◂ a style of painting, music, drama, etc., in which an artist or writer seeks to express emotional experience rather than impressions of the external world. □□ **ex·pres·sion·ist** *n. & adj.* **ex·pres·sion·is·tic** *adj.* **ex·pres·sion·is·ti·cal·ly** *adv.*

**ex·pres·sive** /iksprésiv/ *adj.* **1** full of expression (*an expressive look*). **2** (foll. by *of*) serving to express (*words expressive of contempt*). □□ **ex·pres·sive·ly** *adv.* **ex·pres·sive·ness** *n.* **ex·pres·siv·i·ty** /-sívitee/ *n.*

**ex·pres·so** var. of ESPRESSO.

**ex·press train** *n.* a fast train, stopping at few intermediate stations.

**ex·press·way** /ikspréswāy/ *n.* a divided highway for high-speed traffic.

**ex·pro·pri·ate** /ekspróprēayt/ *v.tr.* **1** take away (property) from its owner. **2** (foll. by *from*) dispossess. □□ **ex·pro·pri·a·tion** /-áyshən/ *n.* **ex·pro·pri·a·tor** *n.*

**ex·pul·sion** /ikspúlshən/ *n.* the act or an instance of expelling; the process of being expelled. □□ **ex·pul·sive** /-púlsiv/ *adj.*

**ex·punge** /ikspúnj/ *v.tr.* (foll. by *from*) erase; remove (esp. a passage from a book or a name from a list). □□ **ex·pung·er** *n.*

**ex·pur·gate** /ékspərgayt/ *v.tr.* **1** remove matter thought to be objectionable from (a book, etc.). **2** remove (such matter). □□ **ex·pur·ga·tion** /-gáyshən/ *n.* **ex·pur·ga·tor** *n.*

**ex·qui·site** /ékskwizit, ikskwízit/ *adj. & n.* ● *adj.* **1** extremely beautiful or delicate. **2** acute; keenly felt (*exquisite pleasure*). **3 a** keen; highly sensitive or discriminating (*exquisite taste*). **b** elaborately devised or accomplished; consummate; perfect. ● *n.* a person of refined (esp. affected) tastes. □□ **ex·quis·ite·ly** *adv.* **ex·quis·ite·ness** *n.*

**ex-ser·vice** /éks-sɔ́rvis/ *adj.* Brit. **1** having formerly been a member of the armed forces. **2** relating to former servicemen and -women.

**ex-ser·vice·man** /éks-sɔ́rvismən/ *n.* (*pl.* **-men**) a former member of the armed forces.

**ex-ser·vice·wom·an** /éks-sɔ́rviswoomən/ *n.* (*pl.* **-women**) a former woman member of the armed forces.

**ex·tant** /ékstənt, ekstánt/ *adj.* (esp. of a document, etc.) still existing; surviving.

**ex·tem·po·ra·ne·ous** /ikstémpəráynēəs/ *adj.* spoken or done without preparation. □□ **ex·tem·po·ra·ne·ous·ly** *adv.*

**ex·tem·po·rar·y** /ikstémpəreree/ *adj.* = EXTEMPORANEOUS. □□ **ex·tem·po·rar·i·ly** /-ráirəlee/ *adv.*

**ex·tem·po·re** /ikstémpəree/ *adj. & adv.* **1** without preparation. **2** offhand.

**ex·tem·po·rize** /ikstémpərīz/ *v.tr.* (also *absol.*) compose or produce (music, a speech, etc.) without preparation; improvise. □□ **ex·tem·po·ri·za·tion** *n.*

**ex·tend** /iksténd/ *v.* **1** *tr. & intr.* lengthen or make larger in space or time. **2 a** *tr.* stretch or lay out at full length. **b** *tr. & intr.* (often foll. by *over*) (cause to) stretch or span over a period of time. **3** *intr. & tr.* (foll. by *to, over*) reach or be or make continuous over a certain area. **4** *intr.* (foll. by *to*) have a certain scope (*the permit does not extend to camping*). **5** *tr.* offer or accord (an invitation, hospitality, kindness, etc.). **6** *tr.* (usu. *refl.* or in *passive*) tax the powers of (an athlete, horse, etc.) to the utmost. □□ **ex·tend·a·ble**

CCI0008811

*adj.* **ex·tend·a·bil·i·ty** *n.* **ex·tend·i·ble** *adj.* **ex·tend·i·bil·i·ty** *n.* **ex·ten·si·ble** /-sténsibəl/ *adj.* **ex·ten·si·bil·i·ty** *n.*

**ex·tend·ed fam·i·ly** *n.* **1** a family group that includes relatives living in one household. **2** all the members of a family, including cousins, in-laws, etc.

**ex·tend·ed-play** *adj.* (of a phonograph record) playing for longer than most singles, usu. at 45 r.p.m.; (of a videocassette recording) playing at the slowest recordable speed.

**ex·tend·er** /iksténdər/ *n.* **1** a person or thing that extends. **2** a substance added to paint, ink, glue, etc., to dilute its color or increase its bulk.

**ex·ten·sion** /iksténshən/ *n.* **1** the act or an instance of extending; the process of being extended. **2** prolongation; enlargement. **3** a part enlarging or added on to a main structure or building. **4** an additional part of anything. **5 a** a subsidiary telephone on the same line as the main one. **b** its number. **6 a** an additional period of time. **b** permission for the sale of alcoholic drinks until later than usual, granted to licensed premises on special occasions. **7** extramural instruction by a university or college (*extension course*). **8** extent; range. □□ **ex·ten·sion·al** *adj.*

**ex·ten·sive** /iksténsiv/ *adj.* **1** covering a large area in space or time. **2** having a wide scope; far-reaching. **3** *Agriculture* involving cultivation from a large area, with a minimum of special resources. □□ **ex·ten·sive·ly** *adv.* **ex·ten·sive·ness** *n.*

**ex·ten·sor** /iksténsər/ *n.* (in full **extensor muscle**) *Anat.* a muscle that extends or straightens out part of the body (cf. FLEXOR).

**ex·tent** /ikstént/ *n.* **1** the space over which a thing extends. **2** the width or limits of application; scope (*to a great extent*).

**ex·ten·u·ate** /ikstényōō-ayt/ *v.tr.* (often as **extenuating** *adj.*) lessen the seeming seriousness of (guilt or an offense) by reference to some mitigating factor. □□ **ex·ten·u·at·ing·ly** *adv.* **ex·ten·u·a·tion** /-áyshən/ *n.* **ex·ten·u·a·to·ry** /-yōōətáwree/ *adj.*

**ex·te·ri·or** /ikstéereeər/ *adj. & n.* ● *adj.* **1 a** of or on the outer side (opp. INTERIOR). **b** (foll. by *to*) situated on the outside of (a building, etc.). **c** coming from outside. **2** *Cinematog.* outdoor. ● *n.* **1** the outward aspect or surface of a building, etc. **2** the apparent behavior or demeanor of a person. **3** *Cinematog.* an outdoor scene. □□ **ex·te·ri·or·i·ty** /-ree-áwritee, -ree-ór-/ *n.* **ex·te·ri·or·ize** *v.tr.* **ex·te·ri·or·ly** *adv.*

**ex·ter·mi·nate** /ikstə́rminayt/ *v.tr.* **1** destroy utterly (esp. something living). **2** get rid of; eliminate (a pest, disease, etc.). □□ **ex·ter·mi·na·tion** /-náyshən/ *n.* **ex·ter·mi·na·tor** *n.* **ex·ter·mi·na·to·ry** /-nətáwree/ *adj.*

**ex·ter·nal** /ikstə́rnəl/ *adj. & n.* ● *adj.* **1 a** of or situated on the outside or visible part. **b** coming or derived from the outside or an outside source. **2** relating to a country's foreign affairs. **3** outside the conscious subject (*the external world*). **4** (of medicine, etc.) for use on the outside of the body. **5** for or concerning students taking the examinations of a university without attending it. ● *n.* (in *pl.*) **1** the outward features or aspect. **2** external circumstances. **3** inessentials. □□ **ex·ter·nal·i·ty** /-nálitee/ *n.* (*pl.* **-ies**). **ex·ter·nal·ly** *adv.*

**ex·ter·nal·ize** /ikstə́rnəlīz/ *v.tr.* give or attribute external existence to. □□ **ex·ter·nal·i·za·tion** *n.*

**ex·tinct** /ikstíngkt/ *adj.* **1** (of a family, class, or species) that has died out. **2 a** (of fire, etc.) no longer burning. **b** (of a volcano) that no longer erupts. **3** (of life, hope, etc.) terminated; quenched. **4** (of an office, etc.) obsolete. **5** (of a title of nobility) having no qualified claimant.

**ex·tinc·tion** /ikstíngkshən/ *n.* **1** the act of making extinct; the state of being or process of becoming extinct. **2** the act of extinguishing; the state of being extinguished. **3** total destruction or annihilation. □□ **ex·tinc·tive** *adj.*

**ex·tin·guish** /ikstíngwish/ *v.tr.* **1** cause (a flame, light, etc.) to die out; put out. **2** make extinct; annihilate; destroy. **3** put an end to; terminate; obscure utterly (a feeling, quality, etc.). **4 a** abolish; wipe out (a debt). **b** *Law* render void. **5** *colloq.* reduce to silence (*the argument extinguished the opposition*). □□ **ex·tin·guish·a·ble** *adj.* **ex·tin·guish·ment** *n.*

**ex·tin·guish·er** /ikstínggwishər/ *n.* a person or thing that extinguishes, esp. = FIRE EXTINGUISHER.

**ex·tir·pate** /ékstərpayt/ *v.tr.* root out; destroy completely. □□ **ex·tir·pa·tion** /-páyshən/ *n.* **ex·tir·pa·tor** *n.*

**ex·tol** /ikstṓl/ *v.tr.* (**extolled**, **extolling**) praise enthusiastically.

**ex·tort** /ikstáwrt/ *v.tr.* obtain by force, threats, persistent demands, etc.

**ex·tor·tion** /ikstáwrshən/ *n.* **1** the act or an instance of extorting, esp. money. **2** illegal exaction. □□ **ex·tor·tion·er** *n.* **ex·tor·tion·ist** *n.*

**ex·tor·tion·ate** /ikstáwrshənət/ *adj.* (of a price, etc.) exorbitant. □□ **ex·tor·tion·ate·ly** *adv.*

**ex·tra** /ékstrə/ *adj., adv., & n.* ● *adj.* additional; more than is usual or necessary or expected. ● *adv.* **1** more than usually. **2** additionally (*was charged extra*). ● *n.* **1** an extra thing. **2** a thing for which an extra charge is made; such a charge. **3** a person engaged temporarily to fill out a scene in a motion picture or play, esp. as one of a crowd. **4** a special issue of a newspaper, etc.

**extra-** /ékstrə/ *comb. form* **1** outside; beyond (*extramarital*). **2** beyond the scope of (*extracurricular*).

**ex·tract** *v. & n.* ● *v.tr.* /ikstrákt/ **1** remove or take out, esp. by effort or force (anything firmly rooted). **2** obtain (money, an admission, etc.) with difficulty or against a person's will. **3** obtain (a natural resource) from the earth. **4** select or reproduce for quotation or performance (a passage of writing, music, etc.). **5** obtain (juice, etc.) by suction, pressure, distillation, etc. **6** derive (pleasure, etc.). **7** *Math.* find (the root of a number). ● *n.* /ékstrakt/ **1** a short passage taken from a book, piece of music, etc.; an excerpt. **2** a preparation containing the active principle of a substance in concentrated form (*malt extract*). □□ **ex·tract·a·ble** *adj.*

**ex·trac·tion** /ikstrákshən/ *n.* **1** the act or an instance of extracting; the process of being extracted. **2** the removal of a tooth. **3** origin; lineage; descent (*of German extraction*). **4** something extracted; an extract.

**ex·trac·tive** /ikstráktiv/ *adj.* of or involving extraction, esp. extensive extracting of natural resources without provision for their renewal.

**ex·trac·tor** /ikstráktər/ *n.* **1** a person or machine that extracts. **2** (*attrib.*) (of a device) that extracts bad air, etc., or ventilates a room (*extractor fan*).

**ex·tra·cur·ric·u·lar** /ékstrəkəríkyələr/ *adj.* (of a subject of study) not included in the normal curriculum.

**ex·tra·dit·a·ble** /ékstrədítəbəl/ *adj.* **1** liable to extradition. **2** (of a crime) warranting extradition.

**ex·tra·dite** /ékstrədīt/ *v.tr.* hand over (a person accused or convicted of a crime) to the country, state, etc., in which the crime was committed. □□ **ex·tra·di·tion** *n.*

**ex·tra·mar·i·tal** /ékstrəmárit'l/ *adj.* (esp. of sexual relations) occurring outside marriage. □□ **ex·tra·mar·i·tal·ly** *adv.*

**ex·tra·mu·ral** /ékstrəmyŏŏrəl/ *adj.* **1** taught or conducted off the premises of a university, college, or school. **2** additional to normal teaching or studies, esp. for nonresident students. □□ **ex·tra·mu·ral·ly** *adv.*

**ex·tra·ne·ous** /ikstráyneeəs/ *adj.* **1** of external origin. **2** (often foll. by *to*) **a** separate from the object to which it is attached, etc. **b** external to; irrelevant or unrelated to. **c** inessential; superfluous. □□ **ex·tra·ne·ous·ly** *adv.* **ex·tra·ne·ous·ness** *n.*

**ex·traor·di·nar·y** /ikstráwrd'neree, ékstrəáwr-/ *adj.* **1** unusual or remarkable; out of the usual course. **2** unusually great (*an extraordinary talent*). **3** so exceptional as to provoke astonishment or admiration. **4 a** (of an official, etc.) additional; specially employed (*envoy extraordinary*). **b** (of a meeting) specially convened. □□ **ex·traor·di·nar·i·ly** *adv.* **ex·traor·di·nar·i·ness** *n.*

**ex·trap·o·late** /ikstrápəlayt/ *v.tr.* (also *absol.*) **1** *Math. & Philos.* **a** calculate approximately from known values, data, etc. (others which lie outside the range of those known). **b** calculate on the basis of (known facts) to estimate unknown facts, esp. extend (a curve) on a graph. **2** infer more widely from a limited range of known facts. □□ **ex·trap·o·la·tion** /-láyshən/ *n.* **ex·trap·o·la·tive** *adj.*

**ex·tra·sen·so·ry** /ékstrəsénsəree/ *adj.* derived by means other than the known senses, e.g., by telepathy, clairvoyance, etc.

**ex·tra·sen·so·ry per·cep·tion** *n.* a person's supposed faculty of perceiving by such means.

**ex·tra·ter·res·tri·al** /ékstrətərestreeəl/ *adj. & n.* ● *adj.* **1** outside the Earth or its atmosphere. **2** (in science fiction) from outer space. ● *n.* (in science fiction) a being from outer space.

**ex·trav·a·gant** /ikstrávəgənt/ *adj.* **1** spending (esp. money) excessively; immoderate or wasteful in use of resources. **2** exorbitant; costing much. **3** exceeding normal restraint or sense; unreasonable; absurd (*extravagant claims*). □□ **ex·trav·a·gance** /ikstrávəgəns/ *n.* **ex·trav·a·gant·ly** *adv.*

**ex·trav·a·gan·za** /ikstrávəgánzə/ *n.* **1** a fanciful literary, musical, or dramatic composition. **2** a spectacular theatrical or television production.

**ex·treme** /ikstréem/ *adj. & n.* ● *adj.* **1** reaching a high or the highest degree; exceedingly great or intense (*extreme old age; in extreme danger*). **2 a** severe; stringent; lacking restraint or moderation (*take extreme measures; an extreme reaction*). **b** (of a person, opinion, etc.) going to great lengths; advocating immoderate measures. **3** outermost (*the extreme edge*). **4** *Polit.* on the far left or right of a party. **5** utmost; last. ● *n.* **1** (often in *pl.*) one or other of two things as remote or as different as possible. **2** a thing at either end of anything. **3** the highest degree of anything. **4** *Math.* the first or the last term of a ratio or series. □ **go to extremes** take an extreme course of action. **go to the other extreme** take a diametrically opposite course of action. **in the extreme** to an extreme degree. □□ **ex·treme·ly** *adv.* **ex·treme·ness** *n.*

**ex·trem·ist** /ikstréemist/ *n.* (also *attrib.*) a person who holds extreme or fanatical political or religious views. □□ **ex·trem·ism** *n.*

**ex·trem·i·ty** /ikstrémitee/ *n.* (*pl.* **-ies**) **1** the extreme point; the very end. **2** (in *pl.*) the hands and feet. **3** a condition of extreme adversity or difficulty. **4** excessiveness; extremeness.

**ex·tre·mum** /ikstréemərm/ *n.* (*pl.* **ex·tre·ma** /-mə/) *Math.* the maximum or minimum value of a function. □□ **ex·tre·mal** *adj.*

**ex·tri·cate** /ékstrikayt/ *v.tr.* (often foll. by *from*) free or disentangle from a constraint or difficulty. □□ **ex·tri·ca·ble** *adj.* **ex·tri·ca·tion** /-káyshən/ *n.*

**ex·trin·sic** /ekstrínsik, -zik/ *adj.* **1** not inherent or intrinsic; not essential (opp. INTRINSIC). **2** (often foll. by *to*) extraneous; lying outside; not belonging (to). **3** originating or operating from without. □□ **ex·trin·si·cal·ly** *adv.*

**ex·tro·vert** /ékstrəvərt/ *n. & adj.* ● *n.* **1** *Psychol.* a person predominantly concerned with external things or objective considerations. **2** an outgoing or sociable person. ● *adj.* typical or characteristic of an extrovert. □□ **ex·tro·ver·sion** /-və́rzhən/ *n.* **ex·tro·vert·ed** *adj.*

**ex·trude** /ikstrŏŏd/ *v.tr.* **1** (foll. by *from*) thrust or force out. **2** shape metal, plastics, etc., by forcing them through a die. □□ **ex·tru·sion** /-trŏŏzhən/ *n.* **ex·tru·sile** /-trŏŏsəl, -sīl/ *adj.* **ex·tru·sive** /-trŏŏsiv/ *adj.*

**ex·u·ber·ant** /igzŏŏbərənt/ *adj.* **1** lively, high-spirited. **2** (of a plant, etc.) prolific; growing copiously. **3** (of feelings, etc.) abounding; lavish; effusive. □□ **ex·u·ber·ance** /-rəns/ *n.* **ex·u·ber·ant·ly** *adv.*