# WEBSTER'S NEW WORLD®

## COLLEGE DICTIONARY

### FOURTH EDITION

The Official Dictionary of the Associated Press

Definitions That Set the Standard for Clarity

More Than 12,000 Americanisms

Updated Every Year

**Includes CD-ROM Dictionary and Thesaurus**

NEW LOW PRICE!

**WE DEFINE YOUR WORLD®**

EXHIBIT T

CCI0009012

Copyright © 2004 by Wiley Publishing, Inc., Cleveland, Ohio

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-750-4470, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, 317-572-3447, fax 317-572-4447, e-mail: permcoordinator@wiley.com.

Trademarks: Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

*Library of Congress Cataloging-in-Publication Data:*
Webster's New World College Dictionary / Michael Agnes, editor in chief.—4th ed.
   p. cm.
ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain).
—ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
1. English language—Dictionaries.     I. Agnes, Michael.

PE1628.W5629  2000
423—dc21                                                              99-045223

Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

Case 6:17-cv-00055-ADA   Document 52-23   Filed 07/20/18   Page 3 of 4

**ex·po·si·tion** (eks′pə zish′ən) *n.* [ME *exposicioun* < OFr *exposition* < L *expositio* < *expositus*, pp. of *exponere*: see EXPOUND] 1 a setting forth of facts, ideas, etc.; detailed explanation 2 writing or speaking that sets forth or explains 3 [< Fr] an exhibition; esp., a large public exhibition or show, often international in scope 4 that part of a play, etc. which reveals what has happened before, who the characters are, etc. 5 the first section of certain musical forms, which introduces the main theme or themes, as in a sonata, or all the voices, as in a fugue —**ex′·po·si′·tion·al** *adj.*

**ex·pos·i·tor** (ek späz′ət ər, ik-) *n.* [ME *expositour* < OFr *expositeur* < L *expositor* < *expositus*: see prec.] a person who expounds or explains

**ex·pos·i·tory** (ek späz′ə tôr′ē, ik-) *adj.* [ML *expositorius*] of, like, or containing exposition; explanatory: also **ex·pos′i·tive** (-ə tiv)

**ex post facto** (eks′ pōst fak′tō) [L, from (the thing) done afterward] done or made afterward, esp. when having retroactive effect [an *ex post facto* law]

**ex·pos·tu·late** (ek späs′chə lāt′, ik-) *vi.* -**lat′ed**, -**lat′ing** [< L *expostulatus*, pp. of *expostulare*, to demand vehemently, require < *ex*-, intens. + *postulare*: see POSTULATE] to reason with a person earnestly, objecting to that person's actions or intentions; remonstrate (*with*) —*SYN.* OBJECT —**ex·pos′·tu·la′·tion** *n.* —**ex·pos′·tu·la′·tor** *n.* —**ex·pos′·tu·la·to′·ry** (-lə tôr′ē) *adj.*

**ex·po·sure** (ek spō′zhər, ik-) *n.* [EXPOS(E) + -URE] 1 an exposing or being exposed; specif., a being exposed to harsh weather conditions without protection 2 a location, as of a house, in relation to the sun, winds, etc. [an eastern *exposure*] 3 appearance, esp. frequent appearance, before the public, as in the theater, on radio and TV, etc. 4 *Photog.* a) the subjection of a sensitized film or plate to the action of light rays, X-rays, etc. b) a sensitized surface or section of a film for making one picture c) the time during which such a surface or film is exposed

**exposure meter** *Photog.* an instrument that measures the intensity of light striking, or reflecting from, the subject, used to find the correct exposure settings; light meter

**ex·pound** (ek spound′, ik-) *vt.* [ME *expounden* < OFr *expondre* < L *exponere*, to put forth, expound < *ex*-, out + *ponere*, to put: see POSITION] 1 to set forth by point; state in detail 2 to explain or interpret; clarify —*vi.* to comment (*on*); make a statement —*SYN.* EXPLAIN —**ex·pound′er** *n.*

**ex·press** (ek spres′, ik-) *vt.* [ME *expressen* < ML *expressare* < L *expressus*, pp. of *exprimere*, to express, lit., force out < *ex*-, out + *premere*: see PRESS[1]] 1 to press out or squeeze out (juice, etc.) 2 to get by pressure; elicit by force; extort 3 to put into words; represent by language; state 4 a) to make known; reveal; show [his face *expressed* sorrow] b) to show (a genetic trait) 5 to picture, represent, or symbolize in music, art, etc. 6 to show by sign; symbolize; signify [the sign + *expresses* addition] ☆7 to send by express —*adj.* [ME & OFr *expres* < L *expressus*] 1 a) expressed and not implied; explicit [to give *express* orders] b) specific [his *express* reason for going] 2 exact [she is the *express* image of her aunt] 3 made for or suited to a special purpose [*express* regulations] 4 [orig., for the *express* purpose of running to one station] fast, direct, and making few stops [an *express* train] 5 characterized by speed or velocity; specif., a) for fast driving [an *express* highway] b) high-speed [an *express* bullet] c) for high-speed projectiles [an *express* rifle] d) having to do with railway express, pony express, etc. —*adv.* by express —*n.* 1 [Chiefly Brit.] a special messenger; courier b) a message delivered by such a messenger; dispatch sent swiftly 2 a) an express train, bus, elevator, etc. b) an express rifle ☆4 a) the pony express ☆4 a) a method or service for transporting goods or sending money or mail rapidly, but at extra cost b) the goods transported or money sent by express c) a business concern operating such a service 5 any method or means of swift transmission —*SYN.* EXPLICIT, UTTER[2] — **express oneself** 1 to state one's thoughts 2 to give expression to one's feelings, imagination, etc., in creative or artistic activity — **ex·press′er** *n.* —**ex·press′i·ble** *adj.*

☆**ex·press·age** (-ij) *n.* 1 the carrying of packages, etc. by express 2 the charge for this

**ex·pres·sion** (ek spresh′ən, ik-) *n.* [ME *expressioun* < L *expressio* < *expressus*: see EXPRESS] 1 a pressing out or squeezing out, as of juice 2 a putting into words or representing in language 3 a picturing, representing, or symbolizing in art, music, etc. 4 a manner of expressing; esp., a meaningful and eloquent manner of speaking, singing, etc. [to read with *expression*] 5 a particular word, phrase, or sentence ["catch cold" is an idiomatic *expression*] 6 a showing of feeling, character, etc. [laughter as an *expression* of joy] 7 a look, intonation, sign, etc. that conveys meaning or feeling [a quizzical *expression* on the face] 8 a symbol or set of symbols expressing some mathematical fact, as a quantity or operation 9 a showing by a symbol, sign, figures, etc. 10 *Genetics* the manifestation of a trait caused by a particular gene

**ex·pres·sion·ism** (-iz′əm) *n.* [often E-] an early 20th-cent. movement in art, literature, and drama, characterized by distortion of reality and the use of symbols, stylization, etc. to give objective expression to inner experience —**ex·pres′·sion·ist** *adj., n.* —**ex·pres′·sion·is′·tic** *adj.* —**ex·pres′·sion·is′·ti·cally** *adv.*

**ex·pres·sion·less** (-lis) *adj.* lacking expression; blank and impassive —**ex·pres′·sion·less·ly** *adv.*

**ex·pres·sive** (ek spres′iv, ik-) *adj.* [ME < ML *expressivus*] 1 of or characterized by expression 2 that expresses or shows; indicative (*of*) [a song *expressive* of joy] 3 full of meaning or feeling [an *expressive* nod] —**ex·pres′·sively** *adv.* —**ex·pres′·sive·ness** *n.*

**ex·pres·siv·ity** (eks′pres siv′ə tē) *n.* 1 the quality of being expressive 2 *Genetics* the relative degree to which a trait caused by a gene is manifested in an individual

**ex·pressly** (ek spres′lē, ik-) *adv.* 1 in a plain and definite way; explicitly 2 for the specific purpose; particularly

☆**express·man** (ek spres′mən, ik-) *n., pl.* -**men** (-mən) a person employed by an express company; esp., a driver of an express truck, who collects and delivers packages

**ex·presso** (ek spres′ō) *n.* ESPRESSO

**express rifle** a hunting rifle using a large charge and a light bullet of large caliber, discharged with a high initial velocity; used to kill large game at short range

☆**express·way** (ek spres′wā′, ik-) *n.* [EXPRESS + (HIGH)WAY] a divided highway for through traffic, with full or partial control of access and generally with overpasses or underpasses at intersections

**ex·pro·pri·ate** (eks prō′prē āt′) *vt.* -**at′ed**, -**at′ing** [< ML *expropriatus*, pp. of *expropriare*, to deprive of one's own < L *ex*-, out + *proprius*, one's own] 1 to take (land, property, etc.) from its owner, esp., to take for public use or in the public interest, as by right of eminent domain 2 to transfer (property) from another to oneself 3 to deprive of ownership; dispossess —**ex·pro′·pri·a′·tion** *n.* —**ex·pro′·pri·a′·tor** *n.*

**ex·pul·sion** (ek spul′shən, ik-) *n.* [ME *expulsioun* < OFr *expulsion* < L *expulsio* < *expulsus*, pp. of *expellere*] an expelling, or forcing out, or the condition of being expelled —**ex·pul′·sive** (-siv) *adj.*

**ex·punc·tion** (ek spunk′shən, ik-) *n.* [LL *expunctio* < L *expunctus*] an expunging or being expunged

**ex·punge** (ek spunj′, ik-) *vt.* -**punged′**, -**pung′ing** [L *expungere* (pp. *expunctus*), to mark (with points) for omission, erase < *ex*-, out + *pungere*, to prick: see POINT] to erase or remove completely; blot out or strike out; delete; cancel —*SYN.* ERASE

**ex·pur·gate** (eks′pər gāt′) *vt.* -**gat′ed**, -**gat′ing** [< L *expurgatus*, pp. of *expurgare*, to purge, cleanse < *ex*-, out + *purgare*, PURGE] 1 to remove passages considered obscene or otherwise objectionable from (a book, etc.) 2 to expunge (objectionable material) from; delete —**ex′·pur·ga′·tion** *n.* —**ex′·pur·ga′·tor** *n.* —**ex·pur′·ga·to′·ry** (-gə tôr′ē) *adj.*

**ex·qui·site** (eks′kwiz it, ek skwiz′it) *adj.* [ME, carefully sought out < L *exquisitus*, pp. of *exquirere*, to search out < *ex*-, out + *quaerere*, to ask] 1 carefully done or elaborately made [an *exquisite* design] 2 very beautiful or lovely, esp. in a delicate or carefully wrought way [*exquisite* lace] 3 of highest quality; consummate [*exquisite* technique] 4 highly sensitive; keenly discriminating; fastidious [an *exquisite* ear for music] 5 sharply intense; keen [*exquisite* pain] —*n.* a person who makes a great show of being refined and fastidious in matters of taste, etc. —*SYN.* DELICATE —**ex′·qui·sitely** *adv.* —**ex′·qui·site·ness** *n.*

**exr** *abbrev.* executor

**ex·san·guine** (eks san′gwin) *adj.* [EX-[1] + L *sanguis* (gen. *sanguinis*), blood] bloodless; anemic

**ex·scind** (ek sind′) *vt.* [L *exscindere* < *ex*-, out + *scindere*, to cut: see SCISSION] to cut out; excise; extirpate

**ex·sect** (ek sekt′) *vt.* [< L *exsectus*, pp. of *exsecare* < *ex*-, out + *secare*, to cut: see SAW[2]] to cut out —**ex·sec′·tion** *n.*

**ex·sert** (ek surt′) *vt.* [< L *exsertus*, pp. of *exserere*, to stretch out: see EXERT] to thrust out; protrude; project —*adj.* EXSERTED —**ex·ser′·tile** (-surt′l) *adj.* —**ex·ser′·tion** *n.*

**ex·serted** (-id) *adj.* projecting, as from a sheath or pod

**ex·sic·cate** (ek′si kāt′) *vt., vi.* -**cat′ed**, -**cat′ing** [ME *exsiccaten* < L *exsiccatus*, pp. of *exsiccare*, to make dry < *ex*-, out + *siccare*, to dry < *siccus*, dry: see DESICCATE] to dry up —**ex′·sic·ca′·tion** *n.*

**ex·stipu·late** (ek stip′yoo lit, -lāt′) *adj. Bot.* having no stipules

**ex·stro·phy** (ek′strə fē) *n.* [< EX-[1] + Gr *strophē*, a turning: see STROPHE] *Med.* the turning inside out of an organ; esp., such a congenital condition of the urinary bladder

**ext** *abbrev.* 1 extension 2 exterior 3 external 4 extra 5 extract

**ex·tant** (eks′tənt; ek stant′, ik-) *adj.* [L *extans, exstans*, prp. of *exstare*, to stand out or forth < *ex*-, out + *stare*, STAND] 1 still existing; not extinct; not lost or destroyed 2 [Archaic] standing out; conspicuous

**ex·tem·po·ral** (ek stem′pə rəl) *adj.* [L *extemporalis*: see EXTEMPORE] *archaic var.* of EXTEMPORANEOUS

**ex·tem·po·ra·neous** (eks′tem′ pə rā′nē əs, ik stem′-) *adj.* [LL *extemporaneus*: see EXTEMPORE] 1 made, done, or spoken without any preparation; unpremeditated; offhand [an *extemporaneous* speech] 2 spoken with some preparation but not written out or memorized; distinguished from IMPROMPTU 3 speaking or adept at speaking without preparation 4 made for the occasion; improvised —*SYN.* IMPROMPTU —**ex′·tem′·po·ra′·neous·ly** *adv.*

**ex·tem·po·rary** (ek stem′pə rer′ē, ik-) *adj.* EXTEMPORANEOUS —*SYN.* IMPROMPTU —**ex·tem′·po·rar′i·ly** *adv.* —**ex·tem′·po·rar′i·ness** *n.*

**ex·tem·pore** (ek stem′pə rē, ik-) *adv., adj.* [L, lit., out of the time < *ex*-, from, out of + *tempore*, abl. of *tempus*, time: see TEMPER] without preparation; offhand [a speech given *extempore*] —*SYN.* IMPROMPTU

**ex·tem·po·rize** (-rīz′) *vi., vt.* -**rized′**, -**riz′ing** 1 to speak, perform, or compose extempore; improvise 2 to furnish or contrive (things) in a makeshift way to meet a pressing need —**ex·tem′·po·ri·za′·tion** *n.* —**ex·tem′·po·riz′er** *n.*

==**ex·tend**== (ek stend′, ik-) *vt.* [ME *extended* < L *extendere* < *ex*-, out + *tendere*, to stretch: see THIN] 1 to stretch out or draw out to a certain point, or for a certain distance or time 2 to enlarge in area, scope, influence, meaning, effect, etc.; widen; broaden; expand; spread 3 to stretch or thrust forth; hold out; proffer 4 to present

CCI0009014

for acceptance; offer; accord; grant **5** to stretch or straighten out (a flexed limb of the body) **6** *a)* to make longer in time or space; prolong *b)* to allow a period of time for the payment of (a loan, mortgage, etc.) beyond that originally set **7** to make (oneself) work very hard **8** to give added bulk or body to (a substance) by or try another, usually cheaper or inferior, substance **9** [Obs.] to adding control of by force **10** *Commerce* to calculate (an amount on gain invoice) by multiplying quantity by price —*vi.* **1** to be extended or to lie or stretch *[the fence extends to the meadow]* **2 —***SYN.***—extend and lengthen** both imply a making longer in space or time, but **extend**, in addition, may signify an enlarging in area, scope, influence, meaning, etc.; **elongate** is a synonym for **lengthen** in the spatial sense and is more commonly used in technical applications; **prolong** and **protract** both primarily imply an extending in time, **prolong** suggesting continuation beyond the usual or expected time, and **protract** a being drawn out needlessly or wearyingly

**ex·tend·ed** (-sten′did) *adj.* **1** stretched out; spread out **2** prolonged; continued **3** enlarged in influence, meaning, scope, effect, etc. **4** *Printing* designating type with a wider face than is standard for the height
**extended care** nursing care provided for a limited time after a hospital stay, as in a special facility
**extended family** a nuclear family together with other relatives living with them or nearby
**ex·tend·er** (-dər) *n.* **1** a substance or ingredient added to another to give more bulk or body or to adulterate or dilute it **2** a part added or attached, for lengthening
**ex·tend·ible** (-də bəl) *adj.* EXTENSIBLE: also **ex·tend′·a·ble** —**ex·tend′·ibil′·ity** (-bil′ə tē) *n.* or **ex·tend′·abil′·ity**
**ex·ten·sible** (ek sten′sə bəl, ik-) *adj.* [Fr < ML *extensibilis* < L *extensus,* pp. of *extendere*] that can be extended: also **ex·ten′·sile** (-səl) —**ex·ten′·sibil′·ity** *n.*
**ex·ten·sion** (-shən) *n.* [ME *extensioun* < L *extensio* < pp. of *extendere*: see EXTEND] **1** an extending or being extended **2** the amount or degree to which something is or can be extended; range; extent **3** a part that forms a continuation or addition *[an extension to a factory]* **4** an extra period of time allowed a debtor for making payment **5** a branch of a university for students who cannot attend the university proper **6** an extra telephone connected to the same line as the main telephone **7** *a)* the straightening of a flexed limb *b)* traction applied to a fractured or dislocated limb so as to bring it into its normal position **8** *Ballet a)* the act or an instance of extending either leg at any angle from the body *b)* the capability of a dancer to so extend a leg, specif. at a difficult angle for a period of time **9** *Commerce a)* an amount on an invoice calculated by multiplying quantity by price *b)* the calculation of such an amount **10** *Logic* the class of all particular objects to which a term refers; denotation: cf. INTENSION (sense 4) **11** *Physics* that property of a body by which it occupies space —*adj.* designating a device that can be extended or that extends something else *[extension ladder, extension cord]* —**ex·ten′·sional** *adj.*
**ex·ten·sity** (ek sten′sə tē, ik-) *n.* **1** the quality of having extension **2** *Psychol.* that quality of sensation which permits the perception of space or size
**ex·ten·sive** (ek sten′siv, ik-) *adj.* [ME < L *extensivus* < *extensus:* see EXTENSIBLE] **1** having great extent; covering a large area; vast **2** having a wide scope, effect, influence, etc.; far-reaching; comprehensive **3** of or characterized by extension **4** designating or of farming in which large areas of land are used with minimum expense, resulting in a low yield per acre: see INTENSIVE (sense 4) —**ex·ten′·sively** *adv.* —**ex·ten′·sive·ness** *n.*
**ex·ten·som·eter** (eks′ten säm′ət ər) *n.* [< L *extensus* (see EXTENSIBLE) + -METER] an instrument for measuring extremely small degrees of expansion, contraction, or deformation, as in a test piece of metal subjected to tension
**ex·ten·sor** (ek sten′sər, -sôr′; ik-) *n.* [LL *extensor,* stretcher < L *extensus:* see EXTENSIBLE] a muscle that extends or straightens some part of the body, esp. a flexed arm or leg
**ex·tent** (ek stent′, ik-) *n.* [ME *extente* < Anglo-Fr < OFr *estente* < *estendre* < L *extendere*] **1** the space, amount, or degree to which a thing extends; size; length; breadth **2** range or limits of anything; scope; coverage **3** an extended space; vast area *[an extent of woodland]* **4** [Historical] *Eng. Law a)* a writ directing the seizure of a debtor's property to compel payment of the debt *b)* a valuation of property, as one made in connection with such a writ
**ex·tenu·ate** (ek sten′yōō āt′, ik-) *vt.* **-at′ed, -at′ing** [< L *extenuatus,* pp. of *extenuare* < *ex-,* out + *tenuare,* to make thin < *tenuis,* THIN] **1** [Archaic] to make thin or lean **2** [Now Rare] to diminish or weaken **3** to lessen or seem to lessen the seriousness of (an offense, guilt, etc.) by giving excuses or serving as an excuse *[extenuating* circumstances*]* **4** [Archaic] to underrate; underestimate **5** [Obs.] to belittle or disparage —**ex·ten′u·a′tor** *n.*
**ex·tenu·ation** (ek sten′yōō ā′shən, ik-) *n.* [ME *extenuacioun* < L *extenuatio*] **1** an extenuating or being extenuated; esp., mitigation, as of the seriousness of a crime, offense, etc. **2** a thing that extenuates; partial excuse
**ex·tenu·atory** (ek sten′yōō ə tôr′ē, ik-) *adj.* extenuating or tending to extenuate: also **ex·ten′u·a′tive** (-āt′iv)
**ex·teri·or** (ek stir′ē ər, ik-) *adj.* [L, compar. of *exter, exterus,* on the outside: see EXTERNAL] **1** *a)* on the outside; outer; outermost *[an exterior wall] b)* to be used on the outside *[exterior paint]* **2** originating outside; acting or coming from without *[exterior forces]* —*n.* **1** an outside or outside surface **2** an outward appearance *[a misleading exterior]* **☆3** a picture, view, stage setting, etc. of a scene outdoors —**ex·te′ri·orly** *adv.*

---

**503**   **extended / extinguisher**

**exterior angle 1** any of the four angles formed on the outside of two straight lines when crossed by a transversal: see ALTERNATE ANGLES, illus. **2** an angle formed by any side of a polygon and the extension of the adjacent side
**ex·teri·or·ity** (ek stir′ē ôr′ə tē, ik-) *n.* **1** the state or quality of being exterior or exteriorized **2** external aspect
**ex·teri·or·ize** (ek stir′ē ər iz′, ik-) *vt.* **-ized′, -iz′·ing 1** to give or attribute an external form or objective character outside the self to (states of mind, attitudes, etc.) **2** EXTERNALIZE —**ex·te′ri·ori·za′·tion** *n.*
**ex·ter·mi·nate** (ek stur′mə nāt′, ik-) *vt.* **-nat′ed, -nat′·ing** [< L *exterminatus,* pp. of *exterminare,* lit., to drive beyond the boundaries, hence drive out, destroy < *ex-,* out + *terminus,* boundary: see TERM[1]] to destroy or get rid of entirely, as by killing; wipe out; annihilate —**ex·ter′·mi·na′·tion** *n.*
**—***SYN.***—exterminate** implies the complete, wholesale destruction of things or living beings whose existence is considered undesirable; **extirpate** and **eradicate** both suggest the extinction or abolition of something, **extirpate** implying a deliberate and violent destruction at the very source so that the thing cannot be regenerated, and **eradicate** connoting less violence and, often, the working of natural processes or a methodical plan

**ex·ter·mi·na·tor** (ek stur′mə nāt′ər, ik-) *n.* [LL(Ec)] a person or thing that exterminates; specif., *☆a)* a person whose work or business is exterminating rats, cockroaches, and other vermin *☆b)* a powder, liquid, etc. for exterminating vermin
**ex·ter·mi·na·tory** (-mə nə tôr′ē) *adj.* exterminating or tending to exterminate: also **ex·ter′·mi·na′·tive** (-mə nāt′iv, -mə nə tiv)
**ex·tern** (eks′turn′) *n.* [Fr *externe* < L *externus:* see fol.] a person connected with, but not living in, an institution, as a nonresident doctor in a hospital: opposed to INTERN
**ex·ter·nal** (ek stur′nəl, ik-) *adj.* [ME < L *externus,* outward, external < *exter, exterus,* on the outside, compar. form < *ex,* out of (see EX-[1]) + -AL] **1** on or having to do with the outside; outer; exterior **2** on, or for use on, the outside of the body *[a machine for external use only]* **3** *a)* outwardly visible *b)* existing apart from the mind; material *[external* reality*]* **4** originating outside; acting or coming from without *[an external force]* **5** *a)* for outward appearance or show; superficial *[external* politeness*] b)* not basic or essential *[external* factors*]* **6** having to do with foreign countries and international affairs —*n.* **1** an outside or outward surface or part **2** [*pl.*] outward appearance or behavior; superficialities —**ex·ter′·nally** *adv.*
**external-combustion engine** (-kəm bus′chən) an engine, as a steam engine, that obtains its power from heat produced by burning fuel outside the cylinder, turbine, etc.
**external degree** a college or university degree granted to a nonresident student who has earned credits for work experience, non-academic training, independent study, and the passing of proficiency examinations, but has spent little or no time in formal classroom sessions
**external ear** the part of the ear outside the tympanic membrane: see EAR[1], illus.
**external galaxy** any galaxy beyond our own galaxy
**ex·ter·nal·ism** (ek stur′nəl iz′əm, ik-) *n.* **1** EXTERNALITY (sense 1) **2** too great a regard for externals
**ex·ter·nal·ity** (eks′tər nal′ə tē) *n.* **1** the quality or state of being external **2** *pl.* **-ties** an external thing
**ex·ter·nal·ize** (ek stur′nəl iz′, ik-) *vt.* **-ized′, -iz′·ing 1** to make external; embody **2** EXTERIORIZE —**ex·ter′·nali·za′·tion** *n.*
**external respiration** exchange of oxygen and carbon dioxide across an external or respiratory surfaces, as gills or lungs, in multicellular organisms: cf. INTERNAL RESPIRATION
**ex·tero·cep·tor** (eks′tər ō sep′tər) *n.* [L *exter* (see EXTERNAL) + -O- + (RE)CEPTOR] a sense organ receiving stimuli from the external environment, as the eye or the heat receptors in the skin —**ex′·tero·cep′·tive** (-tiv) *adj.*
**ex·ter·ri·to·rial** (eks′ter ə tôr′ē əl) *adj.* EXTRATERRITORIAL
**ex·tinct** (ek stiŋkt′, ik-) *adj.* [ME < L *extinctus, exstinctus,* pp. of *exstinguere:* see EXTINGUISH] **1** *a)* having died down or burned out; extinguished *[an extinct* fire*] b)* no longer active *[an extinct* volcano*]* **2** no longer in existence or use; specif., having no living descendant *[an extinct* species*]* **3** that no living person holds or can claim: said of offices, titles, etc. **4** no longer spoken as a native language —*SYN.* DEAD
**ex·tinc·tion** (ek stiŋk′shən, ik-) *n.* [ME *extinccioun* < L *exstinctio* < *exstinctus:* see prec.] **1** a putting out or being put out, as of a fire **2** a destroying or being destroyed; annihilation; abolition **3** the fact or state of being or becoming extinct; dying out, as of a species of animal **4** *Physiol., Psychol.* the weakening and disappearance of a conditioned response that is no longer being reinforced
**ex·tinc·tive** (-tiv) *adj.* [ME *extinctif:* see EXTINCT] serving or tending to extinguish
**ex·tin·guish** (ek stiŋ′gwish, ik-) *vt.* [L *extinguere, exstinguere,* to quench, destroy < *ex-,* out + *stinguere,* to extinguish (for IE base see STICK) + -ISH] **1** to put out (a fire, etc.); quench; smother **2** to put an end to; destroy or cause to die out **3** to put in the shade; eclipse; obscure **4** *Law a)* to make void; nullify *b)* to settle (a debt) —**ex·tin′·guish·able** *adj.* —**ex·tin′·guish·ment** *n.*
**ex·tin·guisher** (-ər) *n.* a person or thing that extinguishes; esp., FIRE EXTINGUISHER

See the inside front cover for pronunciation information.
The symbol ☆ is used to mark terms of American origin.

CCI0009015