Case 6:17-cv-00055-ADA   Document 52-24   Filed 07/20/18   Page 1 of 3

America's Favorite Dictionary—Access It Your Way

The

# AMERICAN HERITAGE®

## College

*dic·tion·ar·y*

The Most Up-to-Date, Comprehensive, and Authoritative
College Dictionary Available Today

EXHIBIT U

CCI0009081

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2007, 2004, 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-83595-9
ISBN-10: 0-618-83595-4

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
    p.cm.
  Based on the fourth ed. of the American Heritage dictionary.
  ISBN 0-618-09848-8 (thumb edge) --
  ISBN 0-618-19604-8 (deluxe binding)
   1. English language--Dictionaries. 2. Americanisms. I Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423--dc21
                                              2001039826

Manufactured in the United States of America

CCI0009082



**mastaba**
top: exterior view
bottom: cross section revealing the shaft (*A*) and the burial chamber (*B*)

**mas•sif** (mă-sēf′) *n.* **1.** A mountain or compact group of connected mountains forming an independent portion of a range. **2.** A large section of the earth's crust that is more rigid than the surrounding rock and has been moved or displaced as a unit. [Fr., massive, massif < OFr. See MASSIVE.]
**Massif Cen•tral** (sĕn-trăl′, säN-) A mountainous plateau of S-central France rising to 1,887.3 m (6,188 ft).
**Mas•sine** (mă-sēn′), **Léonide** 1896-1979. Russian-born Amer. choreographer whose ballets include *Parade* (1917).
**Mas•sin•ger** (măs′ĭn-jər), **Philip** 1583-1640. English playwright best known for *A New Way to Pay Old Debts* (c. 1625).
**mas•sive** (măs′ĭv) *adj.* **1.** Consisting of or making up a large mass; bulky, heavy, and solid: *a massive piece of furniture.* **2.** Large or imposing, as in quantity, scope, or degree. **3.** Large in comparison with the usual amount: *a massive dose of a drug.* **4.** *Pathology* Affecting a large area of bodily tissue; widespread and severe: *massive gangrene.* **5.** *Mineralogy* Lacking internal crystalline structure; amorphous. **6.** *Geology* Without internal structure or layers and homogeneous in composition. Used of a rock. [ME *massif* < OFr. < *masse*, mass. See MASS.] —**mas′sive•ly** *adv.* —**mas′sive•ness** *n.*
**Massive, Mount** A peak, 4,398.4 m (14,421 ft), in the Sawatch Range of the Rocky Mts. in central CO.
**mass•less** (măs′lĭs) *adj.* Having a mass of zero.
**mass medium** *n., pl.* **mass media** A means of public communication to a large audience.
**mass noun** *n.* A noun, such as *sand, oil,* or *honesty,* that denotes a substance or concept indivisible into countable units and is preceded in English indefinite constructions by modifiers such as *some* or *much* rather than *a* or *one.*
**mass number** *n.* The sum of the number of neutrons and protons in an atomic nucleus.
**mass production** *n.* The manufacture of goods in large quantities, often using standardized designs and assembly-line techniques. —**mass′-pro•duce′** (măs′prə-do͞os′) *v.*
**mass spectrograph** *n.* An instrument used to determine the masses of atoms or molecules, in which an electromagnetic field separates ions according to their masses and the resulting spectrum is recorded on a photographic plate. —**mass spectrography** *n.*
**mass spectrometer** *n.* A mass spectroscope that records its data electronically. —**mass spectrometry** *n.*
**mass spectroscope** *n.* Any of various devices that use magnetic fields, electric fields, or both to determine the masses of isotopes in a sample by producing a mass spectrum. —**mass spectroscopy** *n.*
**mass•y** (măs′ē) *adj.* **-i•er, -i•est** Having great mass or bulk.
**mast¹** (măst) *n.* **1.** *Nautical* A tall vertical spar that rises from the keel or deck of a sailing vessel to support the sails and the standing and running rigging. **2a.** A vertical pole. **b.** A tall vertical antenna, as for a radio. **3.** A captain's mast. [ME < OE *mæst.*]
**mast²** (măst) *n.* The nuts of forest trees accumulated on the ground, used esp. as food for swine. [ME < OE *mæst.*]
**mast–** *pref.* Variant of **masto–**.
**mas•ta•ba** also **mas•ta•bah** (măs′tə-bə) *n.* An ancient Egyptian tomb with a rectangular base, sloping sides, and a flat roof. [Ar. *maṣṭaba,* stone bench < Aram. *misṭubbā,* , perh. of Pers. or Gk. orig.]
**mast cell** *n.* A cell found in connective tissue that releases substances such as histamine in response to injury or inflammation of bodily tissues. [Partial transl. of Ger. *Mastzelle,* well-fed cell (because the granules were thought to be from phagocytosis) : *Mast,* food, mast (< MHGer. < OHGer.) + *Zelle,* cell.]
**mas•tec•to•my** (mă-stĕk′tə-mē) *n., pl.* **-mies** Surgical removal of all or part of a breast, sometimes including excision of the underlying pectoral muscles and regional lymph nodes, usu. performed as a treatment for cancer.
**mas•ter** (măs′tər) *n.* **1.** One that has control over another or others. **2a.** The owner or keeper of an animal. **b.** The owner of a slave. **3.** One who has control or ownership of something. **4.** The captain of a merchant ship. **5.** An employer. **6.** A man who is the head of a household. **7.** One who defeats another; a victor. **8a.** One whose teachings or doctrines are accepted by followers. **b. Master** *Christianity* Jesus. **9.** A male teacher, schoolmaster, or tutor. **10.** One who holds a master's degree. **11a.** An artist or performer of great and exemplary skill. **b.** An old master. **12.** A worker qualified to teach apprentices and carry on the craft independently. **13.** An expert. **14a.** Used formerly as a title for a man holding a naval office ranking next below a lieutenant on a war-

original from which copies are made. ❖ *tr.v.* **-tered, -ter•ing, -ters 1.** To act as or be the master of. **2.** To make oneself a master of: *mastered the language.* **3.** To overcome or defeat: *mastered his addiction.* **4.** To reduce to subjugation; break or tame (an animal, for example). **5.** To produce a master audio recording of, for example). season or age (dyed goods). [ME < OE *mægister, magister* < OFr. *maistre,* both < Lat. *magister.* See **meg-** in App.] —**mas′ter•dom** *n.*
**mas•ter-at-arms** (măs′tər-ət-ärmz′) *n., pl.* **mas•ters-at-arms** (măs′tərz-) A petty officer assigned to maintain order.
**master chief petty officer** *n.* An officer of the highest noncommissioned rank in the US Navy or Coast Guard.
**master class** *n.* An advanced music class taught by an eminent musician.
**mas•ter•ful** (măs′tər-fəl) *adj.* **1.** Given to playing the master; imperious or domineering. **2.** Fit to command. **3.** Revealing mastery or skill; expert: *a masterful technique.* —**mas′ter•ful•ly** *adv.* —**mas′ter•ful•ness** *n.*
**master gunnery sergeant** *n.* A noncommissioned officer in the US Marine Corps ranking above master sergeant and equivalent to a sergeant major.
**master key** *n.* A key that opens each of a given set of locks.
**mas•ter•ly** (măs′tər-lē) *adj.* Having or showing the knowledge or skill of a master. ❖ *adv.* With the skill of a master. —**mas′ter•li•ness** *n.*
**master mariner** *n.* See **master 4**.
**mas•ter•mind** (măs′tər-mīnd′) *n.* A highly intelligent person, esp. one who plans and directs a complex or difficult project. ❖ *tr.v.* **-mind•ed, -mind•ing, -minds** To direct, plan, or supervise (a project or activity).
**master of ceremonies** *n., pl.* **masters of ceremonies 1.** One who acts as host at a formal event, making the welcoming speech and introducing other speakers. **2.** One who conducts a program of entertainment by introducing other performers.
**mas•ter•piece** (măs′tər-pēs′) *n.* **1.** An outstanding work of art or craft. **2.** The greatest work, as of an artist. **3.** Something superlative of its kind. [Prob. transl. of Du. *meesterstuk* or Ger. *Meisterstück* : Du. *meester* and Ger. *Meister,* master + Du. *stuk* and Ger. *Stück,* piece of work.]
**master race** *n.* A people who consider themselves to be superior to other races and therefore suited to rule over them.
**Mas•ters** (măs′tərz), **Edgar Lee** 1869-1950. Amer. poet known for his *Spoon River Anthology* (1915).
**mas•ter's degree** (măs′tərz) *n.* An academic degree conferred by a college or university upon those who complete at least one year of prescribed study beyond the bachelor's degree.
**master sergeant** *n.* **1.** A noncommissioned officer in the US Army ranking above sergeant first class and below sergeant major. **2.** A noncommissioned officer in the US Air Force ranking above technical sergeant and below senior master sergeant. **3.** A noncommissioned officer in the US Marine Corps ranking above gunnery sergeant and below sergeant major.
**mas•ter•ship** (măs′tər-shĭp′) *n.* **1.** The office, function, or authority of a master. **2.** The skill or dexterity of a master.
**mas•ter•sing•er** (măs′tər-sĭng′ər) *n.* See **Meistersinger**.
**Mas•ter•son** (măs′tər-sən), **William Barclay** ("Bat") 1853-1921. Amer. frontier marshal famed for his exploits as an army scout, gambler, and law enforcer.
**mas•ter•stroke** (măs′tər-strōk′) *n.* An achievement or action revealing consummate skill.
**mas•ter•work** (măs′tər-wûrk′) *n.* See **masterpiece 2**.
**mas•ter•y** (măs′tə-rē) *n., pl.* **-ies 1.** Possession of consummate skill. **2.** The status of master or ruler; control: *mastery of the seas.* **3.** Full command of a subject of study.
**mast•head** (măst′hĕd′) *n.* **1.** *Nautical* The top of a mast. **2.** The listing in a newspaper or periodical of information about its staff, operation, and circulation. **3.** The title of a newspaper or periodical on the first page, front cover, or title page.
**mas•tic** (măs′tĭk) *n.* **1.** The mastic tree. **2.** The aromatic resin of the mastic tree, used esp. in varnishes, lacquers, adhesives, and condiments and as an astringent. **3.** A pastelike cement used in highway construction, esp. one made with powdered lime or brick and tar. [ME, mastic resin < OFr. *mastich* < Lat. *mastichum, mastichē* < Gk. *mastikhē,* chewing gum, mastic < *mastikhān,* to grind the teeth.]
**mas•ti•cate** (măs′tĭ-kāt′) *v.* **-cat•ed, -cat•ing, -cates** —*tr.* **1.** To chew (food). **2.** To grind and knead (rubber, for example) into a pulp. —*intr.* To chew food. [LLat. *masticāre, masticāt-,* to masticate < Gk. *mastikhān,* to grind the teeth.] —**mas′ti•ca′tion**

Case 6:17-cv-00055-ADA    Document 52-24    Filed 07/20/18    Page 3 of 3

CCI0009083