Case 6:17-cv-00055-ADA   Document 52-25   Filed 07/20/18   Page 1 of 4

Copyrighted Materials
Copyright © 2012 Oxford University Press Retrieved from www.knovel.com

A Dictionary of

# Construction, Surveying and Civil Engineering

CHRISTOPHER GORSE, DAVID JOHNSTON,
AND MARTIN PRITCHARD



OXFORD
UNIVERSITY PRESS

**EXHIBIT V**

CCI0008909

## OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP, United Kingdom

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide. Oxford is a registered trade mark of
Oxford University Press in the UK and in certain other countries

© Oxford University Press 2012

The moral rights of the author have been asserted

First Edition published in 2012

10 9 8 7 6 5 4 3 2

All rights reserved. No part of this publication may be reproduced, stored in
a retrieval system, or transmitted, in any form or by any means, without the
prior permission in writing of Oxford University Press, or as expressly permitted
by law, by licence or under terms agreed with the appropriate reprographics
rights organization. Enquiries concerning reproduction outside the scope of the
above should be sent to the Rights Department, Oxford University Press, at the
address above

You must not circulate this work in any other form
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

ISBN 978-0-19-953446-3

Printed in Great Britain on acid-free paper by
Clays Ltd, St Ives plc

**mass** 1. A body of matter. 2. The quantity of matter; mass ($m$) equals force (F) divided by acceleration (a), which is derived from Newton's second law of motion: $F = ma$.

**mass concrete** An amount of concrete, which does not contain reinforcement, but is sufficiently large to develop cracks from the heat of hydration if the amount of heat generated is not controlled.

**mass haul diagram** A graph to illustrate the volume of cut and fill in earthworks. The horizontal axis represents chainage; the vertical axis represents cut and fill—cut is shown as positive and fill as negative *ordinates.

**mast** A vertical pole or slender tower.

**Master of Engineering** *See* MENG.

**mastic** A material of a non-hardening nature, which forms surface films when applied. Mastic must possess sufficient viscosity to resist sagging and flowing in the thickness required, but it must also be sufficiently ductile to flow plastically when joint movement occurs. Vegetable oils (including linseed oil), synthetic polymers, and bituminous materials may be used to make mastic materials.

**mat** 1. A US term for a *footing. 2. A mesh of reinforcement. 3. A *filament resin mixture used in *fibre-reinforced plastics.

**mate** A labourer or helper who assists with the organization and preparation of materials for the tradesperson.

**material (building material)** The matter or substance used to make things, particularly material used to construct building, such as aggregates, bricks, blocks, steel, and plaster.

**mathematics** The study of numbers, their relationships, and quantities.

**matrix** The predominant phase in a composite material in which another secondary phase or material is dispersed. For example, in a metal reinforced with carbon fibres, the matrix in this case will be the metal.

**matt** A non-gloss flat finish, particularly with regards to paintwork.

**matter** A *material substance with physical mass.

**mattlock** A type of pickaxe, with a long wooden handle containing a metal head that is pointed at one end and flattened (spade-like) at the other.

**mattress** 1. A large concrete ground slab used to support plant and equipment. 2. A layer of blinding concrete to seal something. 3. A layer of geotextile weighted down with rock to provide a *scour.

**maul** *See* MALL.

**maximum** The large value, amount, or level that can be obtained. **Maximum bending moment** is the largest *bending moment. **Maximum demand** is the largest quantity of something delivered or expected.

**Maxwell diagram** A diagram, constructed by using Bow's notation, that combines a series of *polygons of forces. It is used in the analysis of members that are all in the same plane and are connected together by *pin joints, such as a plane truss.

# Oxford Reference



### A Dictionary of Construction, Surveying and Civil Engineering

Christopher Gorse, David Johnston, and Martin Pritchard

| | |
|---|---|
| Publisher: Oxford University Press | Print Publication Date: 2012 |
| Print ISBN-13: 9780199534463 | Published online: 2013 |
| Current Online Version: 2013 | eISBN: 9780191757624 |

## mast

A vertical pole or slender tower.

PRINTED FROM OXFORD REFERENCE (www.oxfordreference.com). (c) Copyright Oxford University Press, 2013. All Rights Reserved. Under the terms of the licence agreement, an individual us from a reference work in OR for personal use (for details see Privacy Policy and Legal Notice).

Subscriber: Washington University in St. Louis; date: 16 May 2018



CCI0008912