

# DK ILLUSTRATED OXFORD DICTIONARY



19TH-CENTURY NEOCLASSICAL BUILDING (THE CAPITOL, WASHINGTON, D.C.)

EXHIBIT X

CCI0008819



Published, created, and produced in the United States and Great Britain in 1998 by
DORLING KINDERSLEY LIMITED and OXFORD UNIVERSITY PRESS, INC.

Lexicographic text copyright © 1998 Oxford University Press, adapted from
*The Oxford Dictionary and Thesaurus, American Edition* (1996), with updating and additions.

Images copyright © 1998 Dorling Kindersley Limited, London
Non-lexicographic text copyright © 1998 Dorling Kindersley Limited, London
Layout and design copyright © 1998 Dorling Kindersley Limited, London

All rights reserved. No part of this book may be reproduced, stored in a
retrieval system, or transmitted in any form or by any means, electronic, mechanical,
photocopying, recording or otherwise, without the permission of the copyright owner.

Library of Congress Cataloging-in-Publication Data
The DK illustrated Oxford dictionary
  p.   cm.
ISBN 0-7894-3557-8
1. Picture dictionaries, English.   I. DK Publishing, Inc.
II. Title: DK illustrated Oxford dictionary.
III. Title: Oxford dictionary.
PE1629.D5   1998           98-3664
  423'.1--DC21              CIP

2  4  6  8  10  9  7  5  3  1

Color reproduction by Colourpath, London, England
Printed in the United States by World Color, Versailles, Kentucky

——— OXFORD UNIVERSITY PRESS, INC. ———
198 Madison Avenue, New York, NY 10016

OXFORD  NEW YORK  ATHENS  AUCKLAND  BANGKOK  BOGOTA  BOMBAY  BUENOS AIRES  CALCUTTA  CAPE TOWN  DAR ES SALAAM
DELHI  FLORENCE  HONG KONG  ISTANBUL  KARACHI  KUALA LUMPUR  MADRAS  MADRID  MELBOURNE  MEXICO CITY
NAIROBI  PARIS  SINGAPORE  TAIPEI  TOKYO  TORONTO  and associated companies in  BERLIN  IBADAN

Oxford is a registered trademark of Oxford University Press

Visit us on the World Wide Web at www.oup-usa.org

——— DK PUBLISHING, INC. ———
95 Madison Avenue, New York, NY 10016

Visit us on the World Wide Web at www.dk.com

NOTE ON PROPRIETARY STATUS
This dictionary includes some words that have, or are asserted to have, proprietary status as trademarks or otherwise. Their inclusion does not imply that they have acquired for legal purposes a nonproprietary or general significance, nor any other judgment concerning their legal status. In cases where the editorial staff has some evidence that a word has proprietary status, this is indicated in the entry for that word by the word *Trademark* or *propr.* (proprietary) but no judgment concerning the legal status of such words is made or implied hereby.

CCI0008820

mast

**mast**[1] /mast/ *n. & v.* • *n.* **1** a long upright post of timber, iron, etc., set up from a ship's keel or deck, esp. to support sails. ▷ DINGHY, SAILBOAT. **2** a post or latticework upright for supporting a radio or television antenna. **3** a flagpole (*half-mast*). • *v.tr.* furnish (a ship) with masts. □□ **mast·ed** *adj.* (also in *comb.*). **mas·ter** *n.* (also in *comb.*).

**mast**[2] /mast/ *n.* ◂ the fruit of the beech, oak, chestnut, and other forest trees, esp. as food for pigs.

**mas·ta·ba** /mástəbə/ *n.* **1** *Archaeol.* an ancient Egyptian tomb with sloping sides and a flat roof. **2** a bench, usu. of stone, attached to a house in Islamic countries.

**mas·tec·to·my** /mastéktəmee/ *n.* (*pl.* **-ies**) *Surgery* the removal of breast tissue.

**mas·ter** /mástər/ *n., adj., & v.* • *n.* **1 a** a person having control of persons or things. **b** an employer, esp. of a servant. **c** a male head of a household (*master of the house*). **d** the owner of a dog, horse, etc. **e** the owner of a slave. **f** *Naut.* the captain of a merchant ship. **g** *Hunting* the person in control of a pack of hounds, etc. **2** esp. *Brit.* a male teacher or tutor, esp. a schoolmaster. **3 a** the head of a private school, etc. **b** the presiding officer of a Masonic lodge, etc. **4** a person who has or gets the upper hand. **5** a person skilled in a particular trade and able to teach others (often *attrib.*: *master carpenter*). **6** a holder of a university degree orig. giving authority to teach in the university (*Master of Arts*). **7 a** a revered teacher in philosophy, etc. **b** (**the Master**) Christ. **8** a great artist. **9** *Chess*, etc., a player of proven ability at international level. **10** an original version (e.g., of a film or audio recording) from which copies can be made. **11** (**Master**) a title prefixed to the name of a boy not old enough to be called *Mr.* (*Master T. Jones*; *Master Tom*). **12** a machine or device directly controlling another (cf. SLAVE 4). • *adj.* **1** commanding, superior (*a master spirit*). **2** main; principal (*master bedroom*). **3** controlling others (*master plan*). • *v.tr.* **1** overcome; defeat. **2** reduce to subjection. **3** acquire complete knowledge of (a subject) or facility in using (an instrument, etc.). **4** rule as a master. □ **be master of 1** have at one's disposal. **2** know how to control. **be one's own master** be independent or free to do as one wishes. □□ **mas·ter·less** *adj.* **mas·ter·ship** /mástərship/ *n.*

**mas·ter·ful** /mástərfool/ *adj.* **1** imperious; domineering. **2** masterly. ¶ Normally used of a person, whereas *masterly* is used of achievements, abilities, etc. □□ **mas·ter·ful·ly** *adv.* **mas·ter·ful·ness** *n.*

**mas·ter key** *n.* a key that opens several locks, each of which also has its own key.

**mas·ter·ly** /mástərlee/ *adj.* worthy of a master; very skillful (*a masterly piece of work*). □□ **mas·ter·li·ness** *n.*

**mas·ter·mind** /mástərmīnd/ *n. & v.* • *n.* **1 a** a person with an outstanding intellect. **b** such an intellect. **2** the person directing an intricate operation. • *v.tr.* plan and direct (a scheme or enterprise).

**mas·ter·piece** /mástərpees/ *n.* **1** an outstanding piece of artistry or workmanship. **2** a person's best work.

**mas·ter·stroke** *n.* an outstandingly skillful act of policy, etc.

**mas·ter switch** *n.* a switch controlling the supply of electricity, etc., to an entire system.

**mas·ter·work** *n.* a masterpiece.

**mas·ter·y** /mástəree/ *n.* **1** dominion; sway. **2** masterly skill. **3** (often foll. by *of*) comprehensive knowledge or use of a subject or instrument. **4** (prec. by *the*) the upper hand.

MAST: BEECH MAST

*nut*

*husk*

**mast·head** /mást-hed/ *n. & v.* • *n.* **1** the highest part of a ship's mast, esp. as a place of observation or punishment. **2 a** the title of a newspaper, etc., at the head of the front or editorial page. **b** the printed notice in a newspaper, magazine, etc., giving details of staff, ownership, etc. • *v.tr.* **1** send (a sailor) to the masthead. **2** raise (a sail) to its position on the mast.

**mas·tic** /mástik/ *n.* **1** a gum or resin exuded from the bark of the mastic tree, used in making varnish. **2** (in full **mastic tree**) the evergreen tree, *Pistacia lentiscus*, yielding this. **3** a waterproof filler and sealant used in building. **4** a liquor flavored with mastic gum.

**mas·ti·cate** /mástikayt/ *v.tr.* grind or chew (food) with one's teeth. □□ **mas·ti·ca·tion** /-káyshən/ *n.* **mas·ti·ca·to·ry** /-kətáwree/ *adj.*

**mas·tiff** /mástif/ *n.* **1** ◂ a dog of a large strong breed with drooping ears and pendulous lips. **2** this breed of dog.

**mas·ti·tis** /mastítis/ *n.* an inflammation of the mammary gland in the breast or udder.

**mas·to·don** /mástədon/ *n.* a large extinct mammal of the genus *Mammut*, resembling the elephant. □□ **mas·to·don·tic** /-dóntik/ *adj.*

**mas·toid** /mástoyd/ *n.* **1** a conical prominence on the bone behind the ear, to which muscles are attached. ▷ EAR. **2** *colloq.* mastoiditis.

**mas·toid·i·tis** /mástoydītis/ *n.* inflammation of the mastoid process.

**mas·tur·bate** /mástərbayt/ *v.intr. & tr.* arouse oneself sexually or cause (another person) to be aroused by manual stimulation of the genitals. □□ **mas·tur·ba·tion** /-báyshən/ *n.* **mas·tur·ba·tor** *n.* **mas·tur·ba·to·ry** /-tərbətáwree/ *adj.*

**mat**[1] /mat/ *n. & v.* • *n.* **1** a piece of coarse material for wiping shoes on, esp. a doormat. **2** a piece of cork, rubber, plastic, etc., to protect a surface from the heat or moisture of an object placed on it. **3** a piece of resilient material for landing on in gymnastics, wrestling, etc. **4** a piece of coarse fabric of plaited rushes, straw, etc., for lying on, packing furniture, etc. **5** a small rug. • *v.* (**matted, matting**) **1 a** *tr.* (esp. as **matted** *adj.*) entangle in a thick mass (*matted hair*). **b** *intr.* become matted. **2** *tr.* cover or furnish with mats.

**mat**[2] var. of MATTE[1].

**mat**[3] /mat/ *n.* = MATRIX 1.

**mat·a·dor** /mátədawr/ *n.* ▾ a bullfighter whose task is to kill the bull.

*matador*

*silk outfit with gold sequins (traje de luces)*

*scarlet cape (muleta)*

*barbed darts (banderillas)*

*fighting bull (toro bravo)*

MATADOR AND BULL

**match**[1] /mach/ *n. & v.* • *n.* **1** a contest or game in which persons or teams compete against each other. **2 a** a person able to contend with another as an equal (*meet one's match*). **b** a person equal to another in some quality (*we shall never see his match*). **c** a person or thing exactly like or corresponding to another. **3** a marriage. **4** a person viewed in regard to his or her eligibility for marriage (*an excellent match*). • *v.* **1 a** *tr.* be equal to or harmonious with (*the curtains match the wallpaper*). **b** *intr.* (often foll. by *with*) correspond; harmonize (*his socks do not match; does the ribbon match with your hat?*). **c** (as **matching** *adj.*) having correspondence in some essential respect (*matching curtains*). **2** *tr.* (foll. by *against, with*) place (a person, etc.) in conflict, contest, or competition with (another). **3** *tr.* find material, etc., that matches (another) (*can you match this silk?*). **4** *tr.* find a person or thing suitable for another (*matching unemployed workers to available jobs*). **5** *tr.* prove to be a match for. □ **make a match** bring about a marriage. **to match** corresponding in some essential respect with what has been mentioned (*yellow dress with gloves to match*). □□ **match·a·ble** *adj.*

**match**[2] /mach/ *n.* **1** a short thin piece of flammable material tipped with a composition that can be ignited by friction. **2** a piece of wick, cord, etc., designed to burn at a uniform rate, for firing a cannon, etc.

**match·board** /máchbawrd/ *n.* a board with a tongue cut along one edge and a groove along another, so as to fit with similar boards.

**match·box** /máchboks/ *n.* a box for holding matches.

**match·less** /máchlis/ *adj.* without an equal; incomparable. □□ **match·less·ly** *adv.*

**match·lock** /máchlok/ *n. hist.* **1** ▾ an old type of gun with a lock in which a match was placed for igniting the powder. **2** such a lock.



*wooden stock* *priming pan and cover* *rope slow-match* *barrel*

*trigger* *trigger guard* *lock*

MATCHLOCK: 17TH-CENTURY GERMAN MATCHLOCK

**match·mak·er** /máchmaykər/ *n.* a person who tries to arrange an agreement or relationship between two parties, esp. a marriage partnership. □□ **match·mak·ing** *n.*

**match point** *n. Tennis*, etc. **1** the state of a game when one side needs only one more point to win the match. **2** this point.

**match·stick** /máchstik/ *n.* the stem of a match.

**match·wood** /máchwood/ *n.* **1** wood suitable for matches. **2** minute splinters.

**mate**[1] /mayt/ *n. & v.* • *n.* **1** a friend or fellow worker. **2 a** each of a pair, esp. of animals, birds, or socks. **b** *colloq.* a partner in marriage. **c** (in *comb.*) a fellow member or joint occupant of (*teammate*; *roommate*). **3** *Naut.* an officer on a merchant ship subordinate to the master. **4** an assistant to a skilled worker (*plumber's mate*). • *v.* (often foll. by *with*) **1 a** *tr.* bring (animals or birds) together for breeding. **b** *intr.* (of animals or birds) come together for breeding. **2 a** *tr.* join (persons) in marriage. **b** *intr.* (of persons) be joined in marriage. **3** *intr. Mech.* fit well. □□ **mate·less** *adj.*

**mate**[2] /mayt/ *n. & v.tr. Chess* = CHECKMATE.

**ma·té** /máatay/ *n.* **1** an infusion of the leaves of a S. American shrub, *Ilex paraguayensis*. **2** this shrub, or its leaves. **3** a vessel in which these leaves are infused.

MASTIFF

M

CCI0008821