

# THE MACMILLAN VISUAL DICTIONARY

**EXHIBIT Y**

## 3,500 COLOR ILLUSTRATIONS
## 25,000 TERMS · 600 SUBJECTS

CCI0008834

**Library of Congress Cataloging-in-Publication Data**

Corbeil, Jean-Claude

The Macmillan visual dictionary / Jean-Claude Corbeil, Ariane Archambault.

   p.     cm.

   ISBN 0-02-528160-7

   1. Picture dictionaries, English.  2. Handbooks, vade-mecums, etc.
I. Archambault, Ariane.  II. Title.

PE1629. C64  1992

423'.  1—dc20                                                        91-34460

                                                                            CIP

Created and produced
by Québec/Amérique International
a division of
Éditions Québec/Amérique Inc.
425, rue Saint-Jean-Baptiste, Montréal, Québec H2Y 2Z7
Tel. : (514) 393-1450  Fax : (514) 866-2430

Copyright © 1992, by Éditions Québec/Amérique Inc.

Published under license in the United States by Macmillan Publishing Company, a division of Macmillan, Inc.
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical,
including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

Macmillan Publishing Company is part of the Maxwell Communication Group of Companies.

Macmillan books are available at special discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. For details, contact:
Special Sales Director, Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

First American Edition, 10 9 8 7 6 5 4 3 2 1

Printed in Canada

CCI0008835

## RAILROAD STATION

RAIL TRANSPORT



station platform
passenger station
suburban commuter railroad
parking
footbridge
commuter train
subsidiary track
platform shelter
main line
level crossing
semaphore
bumper
switch tower
underground passage
scissors crossing
signal gantry
freight car
switch
mast
freight station
diesel shop

464

CCI0008836