Based on Merriam-Webster's Collegiate® Dictionary, Eleventh Edition

# The Merriam-Webster Dictionary

**NEW EDITION**

- Helpful guidance on word usage
- Comprehensive coverage
- More than 70,000 definitions

EXHIBIT AA

CCI0008895



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2005 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

The Merriam-Webster dictionary.
    p. cm.
    ISBN 978-0-87779-636-7 (pbk. : alk. paper)

    1. English language—Dictionaries.   I. Merriam-Webster, Inc.
 PE1628.M353  2005
 423—dc22

                                      2005001286

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

14th printing Quad Graphics Fairfield, PA  March 2017

CCI0008896

mar·shal·ing 1 : to arrange in order, rank, or position 2 : to bring together 3 : to lead with ceremony : USHER
marsh gas n : METHANE
marsh·mal·low \'marsh-,me-lō, -,ma-\ n : a light spongy confection made from corn syrup, sugar, albumen, and gelatin
marsh marigold n : a swamp herb related to the buttercups that has bright yellow flowers
mar·su·pi·al \mär-'sü-pē-əl\ n : any of an order of primitive mammals (as opossums, kangaroos, or wombats) that bear very immature young which are nourished in a pouch on the abdomen of the female — marsupial adj
mart \'märt\ n : MARKET
mar·ten \'mär-tᵊn\ n, pl marten or martens : a slender mammal that is larger than the related weasels and has soft gray or brown fur; also : this fur
mar·tial \'mär-shəl\ adj [L martialis of Mars, fr. Mart-, Mars Mars, Roman god of war] 1 : of, relating to, or suited for war or a warrior ⟨~ music⟩ 2 : of or relating to an army or military life 3 : WARLIKE
martial law n 1 : the law applied in occupied territory by the occupying military forces 2 : the established law of a country administered by military forces in an emergency when civilian law enforcement agencies are unable to maintain public order and safety
mar·tian \'mär-shən\ adj, often cap : of or relating to the planet Mars or its hypothetical inhabitants — martian n, often cap
mar·tin \'mär-tᵊn\ n : any of several swallows and esp. one of No. America with purplish blue plumage
mar·ti·net \,mär-tə-'net\ n : a strict disciplinarian
mar·tin·gale \'mär-tᵊn-,gāl\ n : a strap connecting a horse's girth to the bit or reins so as to hold down its head
mar·ti·ni \mär-'tē-nē\ n : a cocktail made of gin or vodka and dry vermouth
¹mar·tyr \'mär-tər\ n [ME, fr. OE, fr. LL, fr. Gk martyr-, martys witness] 1 : a person who dies rather than renounce a religion; also : a person who makes a great sacrifice for the sake of principle 2 : a great or constant sufferer
²martyr vb 1 : to put to death for adhering to a belief 2 : TORTURE
mar·tyr·dom \'mär-tər-dəm\ n 1 : the suffering and death of a martyr 2 : TORTURE
¹mar·vel \'mär-vəl\ n 1 : one that causes wonder or astonishment 2 : intense surprise or interest
²marvel vb mar·veled or mar·velled; mar·vel·ing or mar·vel·ling : to feel surprise, wonder, or amazed curiosity ⟨~ed at the circus act⟩
mar·vel·ous or mar·vel·lous \'mär-və-ləs\ adj 1 : causing wonder 2 : of the highest kind or quality — mar·vel·ous·ly adv — mar·vel·ous·ness n
Marx·ism \'märk-,si-zəm\ n : the political, economic, and social principles and policies advocated by Karl Marx — Marx·ist \-sist\ n or adj
mar·zi·pan \'märt-sə-,pän, -,pan; 'mär-zə-,pan\ n [G, fr. It marzapane] : a confection of almond paste, sugar, and egg whites
masc abbr masculine
mas·cara \ma-'sker-ə\ n : a cosmetic esp. for darkening the eyelashes
mas·car·po·ne \,mas-kär-'pō-nā\ n : an Italian cream cheese
mas·cot \'mas-,kät, -kət\ n [F mascotte, fr. Occitan mascoto, fr. masco witch, fr. ML masca] : a person, animal, or object adopted usu. by a group to bring good luck
¹mas·cu·line \'mas-kyə-lən\ adj 1 : MALE; also : MANLY 2 : of, relating to, or constituting the gender that includes most words or grammatical forms referring to males — mas·cu·lin·i·ty \,mas-kyə-'li-nə-tē\ n
²masculine n : a noun, pronoun, adjective, or inflectional form or class of the masculine gender; also : the masculine gender
¹mash \'mash\ n 1 : a mixture of ground feeds for livestock 2 : crushed malt or grain steeped in hot water to make wort 3 : a soft pulpy mass
²mash vb 1 : to reduce to a soft pulpy state 2 : CRUSH, SMASH ⟨~ a finger⟩ — mash·er n
MASH abbr mobile army surgical hospital
¹mask \'mask\ n 1 : a cover for the face usu. for disguise or protection 2 : MASQUE 3 : a figure of a head worn on the stage in antiquity 4 : a copy of a face made by means of a mold ⟨death ~⟩ 5 : something that conceals or disguises 6 : the face of an animal
²mask vb 1 : to conceal from view : DISGUISE 2 : to cover for protection
mask·er \'mas-kər\ n : a participant in a masquerade
mas·och·ism \'ma-sə-,ki-zəm, 'ma-zə-\ n 1 : a sexual perversion characterized by pleasure in being subjected to pain or humiliation 2 : pleasure in being abused or dominated — mas·och·ist \-kist\ n — mas·och·is·tic \,ma-sə-'kis-tik, ,ma-zə-\ adj
ma·son \'mā-sᵊn\ n 1 : a skilled worker who builds with stone, brick, or concrete 2 cap : FREEMASON
Ma·son·ic \mə-'sä-nik\ adj : of or relating to Freemasons or Freemasonry
ma·son·ry \'mā-sᵊn-rē\ n, pl -ries 1 : something constructed of materials used by masons 2 : the art, trade, or work of a mason 3 cap : FREEMASONRY
masque \'mask\ n 1 : MASQUERADE 2 : a short allegorical dramatic performance (as of the 17th century)
¹mas·quer·ade \,mas-kə-'rād\ n 1 : a social gathering of persons wearing masks; also : a costume for wear at such a gathering 2 : DISGUISE
²masquerade vb -ad·ed; -ad·ing 1 : to disguise oneself : POSE 2 : to take part in a masquerade — mas·quer·ad·er n
¹mass \'mas\ n 1 cap : a sequence of prayers and ceremonies forming the eucharistic service of the Roman Catholic Church 2 often cap : a celebration of the Eucharist 3 : a musical setting for parts of the Mass
²mass n 1 : a quantity or aggregate of matter usu. of considerable size 2 : EXPANSE, BULK; also : MASSIVENESS 3 : the principal part 4 : AGGREGATE, WHOLE 5 : the quantity of matter that a body possesses as measured by its inertia 6 : a large quantity, amount, or number 7 : the great body of people — usu. used in pl. — massy adj
³mass vb : to form or collect into a mass
Mass abbr Massachusetts
mas·sa·cre \'ma-si-kər\ n 1 : the killing of many persons under cruel or atrocious circumstances 2 : a wholesale slaughter — massacre vb
¹mas·sage \mə-'säzh, -'säj\ n : manipulation of tissues (as by rubbing and kneading) for therapeutic purposes
²massage vb mas·saged; mas·sag·ing 1 : to subject to massage 2 : to treat flatteringly; also : MANIPULATE, DOCTOR ⟨~ data⟩
mas·seur \ma-'sər\ n : a man who practices massage
mas·seuse \-'sərz, -'süz\ n : a woman who practices massage
mas·sif \ma-'sēf\ n : a principal mountain mass
mas·sive \'ma-siv\ adj 1 : forming or consisting of a large mass 2 : large in structure, scope, or degree — mas·sive·ly adv — mas·sive·ness n
mass·less \'mas-ləs\ adj : having no mass ⟨~ particles⟩
mass medium n, pl mass media : a medium of communication (as the newspapers or television) that is designed to reach the mass of the people
mass–pro·duce \,mas-prə-'düs, -'dyüs\ vb : to produce in quantity usu. by machinery — mass production n
¹mast \'mast\ n 1 : a long pole or spar rising from the keel or deck of a ship and supporting the yards, booms, and rigging 2 : a slender vertical structure — mast·ed \'mas-təd\ adj
²mast n : nuts (as acorns) accumulated on the forest floor and often serving as food for animals (as hogs)
mas·tec·to·my \ma-'stek-tə-mē\ n, pl -mies : surgical removal of the breast
¹mas·ter \'mas-tər\ n 1 : a male teacher; also : a person holding an academic degree higher than a bachelor's but lower than a doctor's 2 : one highly skilled (as in an art or profession) 3 : one having authority or control 4 : VICTOR, SUPERIOR 5 : the commander of a merchant ship 6 : a youth or boy too young to be called mister — used as a title 7 : an original from which copies are made
²master vb 1 : to become master of : OVERCOME 2 : to become skilled or proficient in 3 : to produce a master recording of (as a musical performance)
master chief petty officer n : a petty officer of the highest rank in the navy
mas·ter·ful \'mas-tər-fəl\ adj 1 : inclined and usu. com-

CCI0008897