# Oxford Reference

| | | |
|---|---|---|
| Archaeology | History | Medicine and health |
| Art & Architecture | Language reference | Music |
| Bilingual dictionaries | Law | Names studies |
| Classical studies | Linguistics | Performing arts |
| Encyclopedias | Literature | Philosophy |
| English Dictionaries and Thesauri | Media studies | |
| | | Quotations |
| | | Religion |
| | | Science and technology |
| | | Social sciences |
| | | Society and culture |



**Oxford Dictionary of English (3 ed.)**
Edited by Angus Stevenson

Publisher: Oxford University Press
Print ISBN-13: 9780199571123
Current Online Version: 2015
Print Publication Date: 2010
Published online: 2010
eISBN: 9780191727665

Oxford Dictionaries Online

## mast[1]

▸ *noun* a tall upright post, spar, or other structure on a ship or boat, in sailing vessels generally carrying a sail or sails.
  ▪ a tall upright post on land, especially a flagpole or a television or radio transmitter.

— PHRASES

**before the mast** *historical* serving as an ordinary seaman in a sailing ship (quartered in the forecastle): *he had sailed before the mast in a windjammer*.

**nail** (or **pin**) **one's colours to the mast** declare one's beliefs or intentions openly: *they nailed their colours to the mast of youth revolt*.

— DERIVATIVES

**masted** / ˈmɑːstɪd/ *adjective* [in *combination*] : *a single-masted fishing boat*

— ORIGIN Old English *mæst*, of West Germanic origin; related to Dutch *mast* and German *Mast*.

Copyright © 2018. All rights reserved.

**EXHIBIT BB**

CCI0008918