**NEW and COMPLETELY UPDATED**

# Webster's New College Dictionary

*Thousands of new words and senses from all areas of vocabulary*

*Precise, authoritative, easy-to-understand definitions*

*Hundreds of synonyms, usage notes, and word histories*

*The ideal resource for school, office, or family*

THIRD EDITION

EXHIBIT CC

CCI0008982

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2008, 2005 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

This book was originally published in a slightly different form as *Webster's II New College Dictionary, Third Edition* © 2005 by Houghton Mifflin Company.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Harcourt, 222 Berkeley Street, Boston, MA 02116.

Visit our websites: hmhbooks.com *and* ahdictionary.com

ISBN-13: 978-0-618-95315-8
ISBN-10: 0-618-95315-9

The Library of Congress has cataloged the earlier edition as follows:

Webster's II new college dictionary. --  3rd ed.
       p.  cm.
   ISBN 0-618-39601-2
  1.  English language--Dictionaries.  I. Title:  Webster's two new college dictionary.  II.  Title: Webster's 2 new college dictionary.
   PE1628.W55164  2005
   423--dc22

                                                                    2003057079

Manufactured in the United States of America

Illustration credits:  Academy Artworks; Alan Witschonke; Carlyn Iverson; Cecile Duray-Bito; Chris Costello; Elizabeth Morales; Gail Piazza; Jerry Malone; Laurel Cook Lhowe; Library of Congress; Mapping Specialists, Ltd.; Office of Information, Dept. of the Navy, Washington, DC; Precision Graphics; Tech-Graphics

6 7 8 9 10 - QGV - 15 14 13 12

Case 6:17-cv-00055-ADA   Document 52-32   Filed 07/20/18   Page 3 of 3

**mask·er** also **mas·quer** (măs′kər) *n.* A participant in a masquerade or masque.

**mask·ing** (măs′kĭng) *n.* **1.** *Psychol.* Concealment or screening of one sensory process by another. **2.** Theatrical scenery for concealing a part of the stage from the audience.

**masking paper** *n.* Paper for covering and protecting a surface not to be painted.

**masking tape** *n.* An adhesive tape used for a variety of purposes, as to protect a surface that is not to be painted.

**mas·och·ism** (măs′ə-kĭz′əm) *n.* [After Leopold von Sacher-*Masoch* (1836–1895), Austrian novelist.] **1.** The deriving of pleasure or gratification, esp. of a sexual nature, from physical pain or abuse or from being humiliated or otherwise mistreated. **2.** The turning of destructive tendencies upon oneself. **3.** The willingness to subject oneself to unpleasant or trying experiences. —**mas′och·ist** *n.* —**mas′och·is′tic** *adj.* —**mas′och·is′ti·cal·ly** *adv.*

**ma·son** (mā′sən) *n.* [ME < OFr., of Germanic orig.] **1.** One who builds or works with stone or brick. **2.** A stonecutter. **3.** *Mason.* FREEMASON 2. —*vt.* **-soned, -son·ing, -sons** To build of or strengthen with masonry.

**mason bee** *n.* Any of various solitary bees of the genus *Anthidium*, found worldwide, that build clay nests.

**Ma·son·ic** (mə-sŏn′ĭk) *adj.* Of or relating to Freemasons or Freemasonry.

**Ma·son·ite** (mā′sə-nīt′) A trademark for a type of fiberboard used for insulation, paneling, or partitions.

**Ma·son jar** (mā′sən) *n.* [After John L. *Mason* (1832–1902), its inventor.] A wide-mouthed glass jar with a screw top, used for home canning and preserving.

**ma·son·ry** (mā′sən-rē) *n., pl.* **-ries 1.** The trade of a mason. **2.** Work done by a mason. **3.** Stonework or brickwork. **4.** *Masonry.* FREEMASONRY 2.

**masonry cement** *n.* A kind of cement esp. prepared for use in the mortar of brick and block masonry.

**Ma·so·ra** also **Ma·so·rah** (mə-sôr′ə) *n.* [Heb. *māsôrâ* < *māsar,* to hand over.] **1.** The body of tradition relating to correct textual reading of the Old Testament. **2.** The critical notes embodying the Masora, made by Jewish scholars before the 10th century AD. —**Mas′o·ret′ic** (măs′ə-rĕt′ĭk) *adj.*

**masque** also **mask** (măsk) *n.* [Fr. < Ital. *maschera,* mask.] **1.** A popular 16th- and early 17th-century English entertainment, usu. based on a mythological or allegorical theme. **2.** A verse composition written for a masque production. **3.** MASQUERADE 1.

**mas·quer** (măs′kər) *n. var. of* MASKER.

**mas·quer·ade** (măs′kə-rād′) *n.* [OFr. *mascarade* < OSp. *mascarada,* poss. < Ar. *maskharah,* buffoon.] **1a.** A costume party at which masks are worn. **b.** A costume for such a party or ball. **2a.** A disguise or false outward show : PRETENSE <a *masquerade* of courage> **b.** An involved scheme : CHARADE. —*vi.* **-ad·ed, -ad·ing, -ades 1.** To wear a mask or disguise, as at a masquerade. **2.** To go about as if in disguise <*masqueraded* as a sailor> —**mas′quer·ad′er**

**mass** (măs) *n.* [ME *masse* < OFr. < Lat. *massa* < Gk. *maza.*] **1.** A unified body of matter without specific shape. **2.** A grouping of individual parts or elements composing a unified body of unspecified size or quantity <the *mass* of undergraduates> **3.** A large, nonspecific amount or number <a *mass* of insect bites> **4.** A lump or aggregate of coherent material <a cancerous *mass*> **5.** The major part : MAJORITY <the *mass* of the continent> **6.** Physical volume or bulk of a solid body. **7.** *Physics.* The quantity of matter constituting an object, equal to the measure of the object's resistance to changes in either the speed or direction of its motion; it is proportional to the object's weight. **8.** An area of unified light, shade, or color in a painting. **9.** A thick pasty mixture of drugs for forming pills. **10.** A shapeless mineral deposit. **11. the masses.** The common people. —*vt. & vi.* **massed, mass·ing, mass·es** To gather or form into a mass. —*adj.* **1.** Of, relating to, typical of, or attended by a large number of people <*mass* entertainment> **2.** Directed at or reaching a large number of people <*mass* media> <*mass* transportation> **3.** Involving great numbers or large amounts : LARGE-SCALE <a *mass* movement> **4.** Total : complete <The *mass* effect is unpleasant.>

**Mass** also **mass** *n.* [ME *masse* < OE *mæsse* < LLat. *missa* < Lat. *mittere,* to send.] **1a.** Celebration of the Eucharist in Roman Catholic and some Protestant churches. **b.** A service including this celebration. **2.** A musical setting of certain parts of the Mass.

**Mas·sa·chu·sett** also **Mas·sa·chu·set** (măs′ə-chōō′sĭt, -zĭt) *n., pl.* **Massachusett** or **-setts** or **Massachuset** or **-sets** [< the Massachusett name of Great Blue Hill south of Boston.] **1.** A member of an extinct Native American people who lived on or close to Massachusetts Bay. **2.** Their extinct Algonquian language.

**mas·sa·cre** (măs′ə-kər) *n.* [OFr.] **1.** The savage killing of many victims. **2.** The slaughter of many animals. **3.** *Informal.* A severe defeat, as in sports. —*vt.* **-cred** (-kərd), **-cring** (-krĭng, -kər-ĭng), **-cres 1.** To kill wantonly and indiscriminately : SLAUGHTER. **2.** *Informal.* To defeat decisively. **3.** *Informal.* To botch : BUNGLE. —**mas′sa·crer** (-kər-ər, -krər) *n.*

❖ **synonyms:** MASSACRE, BLOOD BATH, BLOODLETTING, BLOODSHED, BUTCHERY, CARNAGE, POGROM, SLAUGHTER *n. core meaning* : the savage killing of many victims <troops involved in *massacres* of innocent civilians>

**mas·sage** (mə-säzh′, -säj′) *n.* [Fr. < *masser,* to massage < Ar. *masaha,* to stroke, anoint, or *massa,* to touch.] **1.** The kneading or rubbing of parts of the body esp. to help circulation or relax muscles. **2.** An act or instance of such kneading or rubbing. —*vt.* **-saged, -sag·ing, -sag·es 1.** To give a massage to. **2.** To treat by means of a massage. **3.** To manipulate (e.g., data) <*massaged* the poll numbers>

**mas·sa·sau·ga** (măs′ə-sô′gə) *n.* [After the *Missisauga* River, Ontario, Canada.] A brown and white venomous North American rattlesnake, *Sistrurus catenatus.*

**mass-cult** (măs′kŭlt′) *n.* [MASS + CULT(URE).] Culture at the level of the masses.

**mass defect** *n.* The amount by which the mass of an atomic nucleus is less than the sum of the masses of its constituent particles.

**mass deficiency** *n.* The mass defect.

**mas·sé** (mă-sā′) *n.* [Fr. < *masser,* to cue < *masse,* cue.] A stroke in billiards made by hitting the cue ball on its side with the cue held almost vertical, so that the cue ball will curve around one ball before hitting another.

**mass-en·er·gy equivalence** (măs′ĕn′ər-jē) *n.* The physical principle that a measure of the energy of a system is euqal to its mass, as expressed by Einstein's equation, $E = mc^2$, where $E$ is energy, $m$ the equivalent mass, and $c$ the speed of light.

**mas·se·ter** (mă-sē′tər, mā-) *n.* [NLat. < Gk. *masētēr* < *masasthai,* to chew.] A large masticatory muscle that raises the lower jaw.

**mas·seur** (mă-sûr′, mə-) *n.* [Fr. < *masser,* to massage.] A man who gives massages professionally.

**mas·seuse** (mă-soez′) *n.* [Fr., fem. of *masseur.*] A woman who gives massages professionally.

**mas·si·cot** (măs′ĭ-kŏt′, -kō′) *n.* [ME *masticot.*] The yellow crystalline mineral form of lead monoxide, PbO.

**mas·sif** (mă-sēf′) *n.* [Fr. < *massif,* massive < OFr. —see MASSIVE.] A large mountain mass or compact group of connected mountains forming an independent portion of a range.

**mas·sive** (măs′ĭv) *adj.* [ME *massif* < OFr. < *masse,* mass. —see MASS[1].] **1.** Consisting of or making up a large mass : BULKY <a *massive* highboy> **2.** Unusually large or impressive <a *massive* structure> **3.** Large or imposing in quantity, scope, degree, intensity, or scale <a *massive* project> **4.** *Med.* Large in comparison with the usual amount <a *massive* injection> **5.** *Pathol.* Severely affecting a widespread area of bodily tissue <a *massive* infection requiring antibiotics> **6.** Lacking crystalline structure : AMORPHOUS. —**mas′sive·ly** *adv.* —**mas′sive·ness** *n.*

**mass·less** (măs′lĭs) *adj.* Lacking mass.

**mass medium** *n., pl.* **mass media.** A means of public communication reaching a large audience.

**mass noun** *n.* A noun, as *flour, coal,* or *courage,* typically denoting a concept or substance that in English is preceded in the singular by modifiers such as *some* or *much* rather than *a* or *an.*

**mass number** *n.* The total number of neutrons and protons in an atomic nucleus.

**mass-pro·duce** (măs′prə-dōōs′, -dyōōs′) *vt.* **-duced, -duc·ing, -duc·es** To manufacture in large amounts.

**mass production** *n.* The manufacture of goods in large amounts.

**mass spectrograph** *n.* An instrument for separating charged particles from a prepared beam by means of an electromagnetic field and for photographing the resulting distribution or spectrum of masses. —**mass spectrography** *n.*

**mass spectrometer** *n.* A mass spectroscope that records its data electronically. —**mass spectrometry** *n.*

**mass spectroscope** *n.* A device that uses magnetic fields, electric fields, or both to determine the masses of isotopes in a sample by producing a mass spectrum. —**mass spectroscopy** *n.*

**mass·y** (măs′ē) *adj.* **-i·er, -i·est** Having great mass or bulk.

==**mast**[1] (măst) *n.* [ME < OE *mæst.*] **1. A tall vertical spar that rises from the keel of a sailing vessel to support the sails and running rigging. 2. A vertical pole.**==

**mast**[2] (măst) *n.* [ME < OE *mæst.*] The nuts of forest trees accumulated on the ground, used esp. to feed swine.

**mast-** *pref. var. of* MASTO-.

**mas·ta·ba** also **mas·ta·bah** (măs′tə-bə) *n.* [Ar. *maṣtabah,* stone bench.] An ancient Egyptian tomb with a rectangular base, sloping sides, and a flat roof.

**mast cell** *n.* [Partial transl. of G. *Mast Zelle* : *Mast,* food + *Zelle,* cell.] A cell found principally in connective tissue that contains numerous basophilic granules of heparin.

**mas·tec·to·my** (măs-tĕk′tə-mē) *n., pl.* **-mies** Surgical removal of a breast.

**mas·ter** (măs′tər) *n.* [ME < OE *magister* and OFr. *maistre,* both < Lat. *magister.*] **1.** One with control over the action of another or others. **2.** The captain of a merchant ship. **3a.** One who employs an apprentice. **b.** An employer. **4a.** The owner or keeper of an animal. **b.** The

ā pat  ā pay  âr care  ä father  är car  ĕ pet  ē be  ĭ pit  ī bite  îr pier  ŏ pot  ō toe  ô paw  ôr core
oi boy  ou out  ŏŏ took  ŏŏr lure  ōō boot  th thin  th this  ŭ cut  ûr urge  zh vision  ə about, item

CCI0008984