Case 6:17-cv-00055-ADA   Document 52-33   Filed 07/20/18   Page 1 of 3

# WEBSTER'S NEW WORLD® COLLEGE DICTIONARY

## FOURTH EDITION

The Official Dictionary of the Associated Press

Definitions That Set the Standard for Clarity

More Than 12,000 Americanisms

Updated Every Year

**Includes CD-ROM Dictionary and Thesaurus**

NEW LOW PRICE!

WE DEFINE YOUR WORLD®

EXHIBIT DD

CCI0009025

Copyright © 2004 by Wiley Publishing, Inc., Cleveland, Ohio

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-750-4470, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, 317-572-3447, fax 317-572-4447, e-mail: permcoordinator@wiley.com.

Trademarks: Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

*Library of Congress Cataloging-in-Publication Data:*
Webster's New World College Dictionary / Michael Agnes, editor in chief.—4th ed.
  p. cm.
ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain).
—ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
1. English language—Dictionaries.    I. Agnes, Michael.

PE1628.W5629  2000
423—dc21                                        99-045223

Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

nucleus is obtained by multiplying the mass number by the fundamental unit of mass, $1.6605 \times 10^{-24}$ grams ($\frac{1}{12}$ the mass of $C^{12}$ atom)

**mas·so·therapy** (mas′ō ther′ə pē) *n.* physical therapy by means of massage —**mas′so·ther′a·pist** (-pist) *n.*

**mass production** the production of goods in large quantities, esp. by machinery and division of labor —**mass′-produce′** *vt.* -duced′, -duc′ing

**mass spectrograph** an instrument for analyzing ionized particles by passing them through electric and magnetic fields, typically designed to focus particles of equal mass to a point where they are detected: used esp. to determine the abundance of chemical compounds or isotopes: also **mass spectrometer**

**mass transit** a large-scale system of public transportation serving a city or metropolitan area, or such systems collectively

**massy** (mas′ē) *adj.* **mass′i·er**, **mass′i·est** [Now Rare] massive; weighty, bulky, etc. —**mass′i·ness** *n.*

**mast**[1] (mast, mäst) *n.* [ME *maste* < OE *mæst*, akin to Ger *mast* < IE *mazdos*, a pole, rod > L *malus*, mast (< *madus* with Sabine *l* for *d*), Ir *maide*, a stick] **1** a tall spar or, now often, a hollow metal structure, sometimes in sections, rising vertically from the keel or deck of a vessel and used to support the sails, yards, radar and radio equipment, etc. **2** a specified section of this [the *topmast*] **3** any vertical pole, as in a crane or derrick **4** a metal post for the support of a radio aerial or television antenna ☆**5** [*also* M-] U.S. Navy a summary session held by the commanding officer to try minor offenses, hear requests, or give commendations: in full **captain's mast** —*vt.* to put a mast or masts on —**before the mast** [quarters for common sailors were formerly located forward of the foremast] [Now Rare] as a common sailor

**mast**[2] (mast, mäst) *n.* [ME *maste* < OE *mæst*, akin to Ger *mast* < IE base *mad-*, moist, dripping (with fat, sap) > MEAT, Gr *mastos*, a breast] beechnuts, acorns, chestnuts, etc., esp. as food for hogs

**mast-** *combining form* MASTO-: used before a vowel

**mas·taba** or **mas·ta·bah** (mas′tə bə) *n.* [Ar *maṣṭabah*] an oblong structure with a flat roof and sloping sides, built over the opening of a mummy chamber or burial pit in ancient Egypt and used as a tomb

**mast cell** [< Ger *mastzelle* < *mast*, food (see MAST[2]) + *zelle*, cell < OHG *cella* < L: see CELL] a cell containing large, basophilic granules, found in connective and other body tissues

**mas·tec·tomy** (mas tek′tə mē) *n., pl.* **-mies** [MAST(O)- + -ECTOMY] the surgical removal of all or part of a breast, usually so as to remove cancerous tissue

MASTABA

**mas·ter** (mas′tər, mäs′-) *n.* [ME *maistre* < OE *mægester*, magister & OFr *maistre*, both < L *magister*, a master, chief, leader, orig., double compar. < base of L *magnus*, great < IE *meg(h)-* > MUCH] **1** a man who rules others or has control, authority, or power over something; specif., *a)* a man who is head of a household or institution *b)* an employer *c)* one who owns a slave or an animal *d)* the captain of a merchant ship *e)* the one that excels in a contest, skill, etc.; victor or superior *f)* [Chiefly Brit.] a male schoolteacher or tutor *g)* a person whose teachings in religion, philosophy, etc. one follows or professes to follow *h)* [M-] Jesus Christ (with *our, the,* etc.) **2** something regarded as having control, power, etc. **3** a person very skilled and able in some work, profession, science, etc.; expert; specif., *a)* a highly skilled workman or craftsman qualified to follow his or her trade independently and, usually, to supervise the work of others *b)* an artist regarded as great *c) Games, Sports* a person recognized as having achieved the highest degree of skill [chess *master*, golf *master*] **4** [M-] a title variously applied to *a)* [Archaic] any man or youth (now superseded by the variant *Mister*, usually written *Mr.* when placed before the name) *b)* a boy regarded as too young to be addressed as *Mr. c)* a man who heads some institution, group, activity, or place *d)* in Scotland, the heir apparent of a viscount or baron **5** *a)* a metal matrix or mold made from the original recording and used to produce phonograph records in quantity *b)* a completed tape recording used to produce discs, cassettes, etc. for sale **6** *Law* any of several court officers appointed to assist the judge by hearing evidence, reporting on certain matters, etc. —*adj.* **1** being a master **2** of a master **3** chief; main; controlling; specif., designating a mechanism or contrivance that controls others or sets a standard or norm [a *master* switch, a *master* test sheet] —*vt.* **1** to become master of; control, conquer, etc. **2** [Now Rare] to rule or govern as master **3** to become an expert in (an art, science, etc.) **4** to make a MASTER (sense 5) of

**master-at-arms** (-ət ärmz′) *n., pl.* **mas′ters-at-arms′** U.S. Navy a petty officer responsible for keeping order, maintaining discipline, taking charge of prisoners, etc. on a ship or in a shore station

**master builder** a person skilled in building, as an architect

**master chief petty officer** U.S. Navy an enlisted person of the highest grade, ranking just above a senior chief petty officer

**master class** a class taught by an accomplished musician who individually instructs advanced students in performance and technique, often before an audience

**mas·ter·dom** (mas′tər dəm) *n.* [Now Rare] complete control; mastery

**mas·ter·ful** (mas′tər fəl) *adj.* **1** fond of acting the part of a master; domineering; imperious **2** having or showing the ability of a master; expert; skillful; masterly: usage objected to by some —**mas′ter·ful·ly** *adv.* —**mas′ter·ful·ness** *n.*

SYN—**masterful** implies such strength of personality as enables one to impose his will on others [a *masterful* orchestral conductor]; **domineering** implies the arrogant, tyrannical manner of one who openly tries to dominate another [a *domineering* mother]; **imperious** suggests the arbitrary ruling of an emperor, but connotes less arrogance than domineering [the *imperious* old dean of the college]; **magisterial**, while not suggesting an assumption of arbitrary powers, implies an excessive use or display of such inherent powers as a magistrate might have [he dismissed me with a *magisterial* air]

**master hand 1** an expert **2** great ability or skill

**master key** a key that will open every one of a set of locks

**mas·ter·ly** (mas′tər lē) *adj.* showing the ability or skill of a master; expert [a *masterly* job of repair work] —*adv.* in a masterly manner —**mas′ter·li·ness** *n.*

**master mason 1** a highly skilled mason **2** [*often* M- M-] a Freemason of the third degree

**master·mind** (mas′tər mind′) *n.* a very intelligent or clever person, esp. one with the ability to plan or direct a group project —*vt.* to be the mastermind of (a project)

**Master of Arts** (or **Science**, etc.) a degree given by a college or university to a person who has completed a prescribed course of graduate study in the humanities or related studies (or in science, etc.): it ranks above the degree of *Bachelor* and below that of *Doctor*: also **master's (degree)**

**master of ceremonies 1** a person who supervises a ceremony ☆**2** a person who presides over an entertainment, as on a radio or television program or in a nightclub, at a banquet, etc., introducing the speakers or performers, filling in the intervals with jokes, etc.

**master·piece** (mas′tər pēs′) *n.* [calque of Ger *meisterstück*] **1** a thing made or done with masterly skill; great work of art or craftsmanship **2** the greatest work made or done by a person or group

**Mas·ters** (mas′tərz), Edgar Lee 1869-1950; U.S. poet

☆**master sergeant** U.S. Mil. a noncommissioned officer of high rank; in the Army, the rank just above sergeant first class; in the Air Force, the rank just above technical sergeant; in the Marine Corps, the rank just above gunnery sergeant

**mas·ter·ship** (mas′tər ship′) *n.* **1** the state of being a master; rule; control; dominion **2** the position, duties, or term of office of a master **3** masterly ability; expert skill or knowledge

**master-singer** (-siŋ′ər) *n.* [calque of Ger *meistersinger*] MEISTERSINGER

**master stroke** (-strōk′) *n.* a masterly action, move, or achievement

**master tape** MASTER (*n.* 5b)

**master·work** (-wurk′) *n.* MASTERPIECE

**mas·tery** (mas′tər ē, mäs′-) *n., pl.* **-ter·ies** [ME *maistrie* < OFr: see MASTER] **1** mastership; rule; control **2** ascendancy or victory in struggle or competition; the upper hand **3** masterly ability; expert skill or knowledge [his *mastery* of chess] **4** the act of mastering (an art, science, etc.)

**mast·head** (mast′hed′) *n.* **1** the top part of a ship's mast ☆**2** a box or section printed in each issue of a newspaper or magazine, giving the publishers, owners, and editors, the location of the offices, subscription rates, etc. **3** NAMEPLATE (sense 2) —*vt.* **1** to send (a sailor) to the masthead as a punishment **2** to hoist to or display at the masthead

**mas·tic** (mas′tik) *n.* [ME *mastik* < OFr *mastic* < LL *mastichum* < L *mastiche* < Gr *mastichē*, akin to *masticham*: see fol.] **1** a yellowish resin obtained from a small Mediterranean evergreen tree (*Pistacia lentiscus*) of the cashew family, used as an astringent and in making varnish, adhesives, etc. **2** the tree: in full **mastic tree 3** any of various pasty substances used as adhesives, sealants, etc.

**mas·ti·cate** (mas′ti kāt′) *vt.* **-cat′ed**, **-cat′ing** [< LL *masticatus*, pp. of *masticare*, to chew < Gr *mastichan*, to grind the teeth, gnash < *mastax*, a mouth, morsel < IE base *menth-*, to chew, mouth > MOUTH, L *mandere*, to chew] **1** to chew up (food, etc.) **2** to grind, cut, or knead (rubber, etc.) to a pulp —**mas′ti·ca′tion** *n.* —**mas′ti·ca′tor** *n.*

**mas·ti·ca·tory** (-kə tôr′ē) *adj.* of or for mastication; specif., adapted for chewing —*n., pl.* **-ries** any substance to be chewed but not swallowed, as a medicine

**mas·tiff** (mas′tif) *n.* [ME *mastif* < OFr *mastin* < VL *mansuetinus* < L *mansuetus*, tame; ME form infl. by OFr *mestif*, a mongrel < L *mixtus*, mixed: see MIX] any of a breed of large, powerful dog with hanging lips and drooping ears and having a short, thick, often fawn-colored coat, dark on the muzzle, nose, and ears: formerly used for hunting, now often a watchdog and guard dog: also called **Old English mastiff**

**mas·ti·gopho·ran** (mas′ti gäf′ə rən) *n.* [< ModL *Mastigophora* (< Gr *mastix*, gen. *mastigos*, a whip + ModL *-phora*, fem. of *-phorus*: see -PHORE) + -AN] any of a subphylum (*Mastigophora*) of protozoans, sometimes parasitic, having flagella: certain classes, as dinoflagellates, are also classified as algae by botanists —*adj.* of or relating to the mastigophorans —**mas′ti·goph′o·rous** (-rəs) *adj.*

**mas·ti·tis** (mas tīt′is) *n.* [< Gr *mastos*, a breast + -ITIS] inflammation of the breast or udder

**masto-** (mas′tō, -tə) [< Gr *mastos*, a breast: see MAST[2]] *combining form* of or like a breast, or mammary gland [*mastectomy*]

**mas·to·don** (mas′tə dän′) *n.* [< Fr *mastodonte*, coined (1806) by CUVIER < Gr *mastos* (see prec.) + *odont-*, stem of *odous*, TOOTH: from the nipplelike processes on its molar] any of an extinct family

See the inside front cover for pronunciation information.
The symbol ☆ is used to mark terms of American origin.