Case 6:17-cv-00055-ADA   Document 52-34   Filed 07/20/18   Page 1 of 3



# RANDOM HOUSE
# WEBSTER'S
# *unabridged*
# *dictionary*

**SECOND EDITION**

OVER 315,000 ENTRIES

SPECIAL NEW-WORDS SECTION PLUS AN ESSAY ON THE GROWTH OF ENGLISH

2,400 ILLUSTRATIONS AND SPOT MAPS

**EXHIBIT EE**

CCI0009066

Copyright © 2001, 1998, 1997, 1996, 1993, 1987 by Random House, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the publisher. Published in the United States by Random House Reference, an imprint of The Random House Information Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

RANDOM HOUSE is a registered trademark of Random House, Inc.

Please address inquiries about electronic licensing of any products for use on a network, in software or on CD-ROM to the Subsidiary Rights Department, Random House Information Group, fax 212-572-6003.

This book is available for special discounts for bulk purchases for sales promotions or premiums. Special editions, including personalized covers, excerpts of existing books, and corporate imprints, can be created in large quantities for special needs. For more information, write to Random House, Inc., Special Markets/Premium Sales, 1745 Broadway, MD 6-2, New York, NY, 10019 or e-mail specialmarkets@randomhouse.com.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of *The Random House Dictionary of the English Language, Second Edition, Unabridged.*

*International Phonetic Alphabet* courtesy of International Phonetic Association

Library of Congress Cataloging-in-Publication Data is available.

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

Visit the Random House Reference Web site at www.randomwords.com
Printed in China.

10  9  8  7  6  5  4

ISBN: 978-0-375-42599-8
ISBN: 978-0-375-42605-6 (Deluxe Edition)
ISBN: 978-0-375-42609-4 (CD-ROM Edition)

author and social critic Dwight Macdonald (b. in the essay "Masscult and Midcult" (1960).
**mass' de·fect',** *Physics.* the amount by which the mass of an atomic nucleus differs from the sum of the masses of its constituent particles, being the mass equivalent of the energy released in the formation of the nucleus. Cf. **binding energy.** [1925–30]
**mas·sé** (ma sā′ or, esp. Brit., mas′ē), *n. Billiards.* a shot made by hitting the cue ball with the cue held almost or quite perpendicular to the table. Also called **mas·sé′ shot′.** [1870–75; < F: lit., hammered, i.e., from above, straight down, equiv. to *masse* sledge (OF *mace*; see MACE¹) + -*é* -EE]
**Mas·se′na** (ma sē′nə), *n.* a city in N New York, on Lawrence River. 12,851.
**Mas·sé·na** (MA sā NA′), *n.* **An·dré** (äN DRā′), **duc de Ri·vo·li** (Fr. Rē vô lē′; *It.* Rē′vô lē) and **Prince d'Ess·ling**), 1758–1817, French marshal under Napoleon.
**mass′-en′er·gy equa′tion** (mas′en′ər jē), *Physics.* the equation, $E = mc^2$, formulated by Albert Einstein, expressing the equivalence between mass and energy, where $E$ is energy, $m$ is mass, and $c$ is the velocity of light. [1940–45]
**Mas·se·net** (mas′ə nā′; *Fr.* MAS′ə ne′), *n.* **Jules É·mile Fré·dé·ric** (zhyl ā mēl′ frā dā Rēk′), 1842–1912, French composer.
**mas·se·ter** (ma sē′tər), *n. Anat.* a short, thick, masticatory muscle, the action of which assists in closing the jaws by raising the mandible or lower jaw. [1660–70; < NL, Gk *masseter,* var. s. of *masāsthai* chewer, masseter, akin to *masé*-, var. s. of *masāsthai* to chew + -*tēr* agentive suffix] —**mas·se·ter·ic** (mas′i ter′ik), *adj.*
**mas·seur** (mə sûr′; *Fr.* MA SŒR′), *n., pl.* -**seurs** (-sûrz′; *Fr.* -SŒR′). a man who provides massage as a profession or occupation. [1875–80; < F; see MASSAGE, -EUR]
**mas·seuse** (mə sōōs′, -sōōz′; *Fr.* MA SŒZ′). a woman who provides massage as a profession or occupation. [1875–80; < F; see MASSAGE, -EUSE]
**Mas·sey** (mas′ē), *n.* **1. Vincent,** 1887–1967, Canadian statesman: governor general 1952–59. **2. William Fer·gu·son,** 1856–1925, New Zealand statesman, born in Ireland: prime minister 1912–25.
**mass′ hys·te′ri·a,** *Psychol.* a condition affecting a group of persons, characterized by excitement or anxiety, irrational behavior or beliefs, or inexplicable symptoms of illness. [1930–35]
**mas·si·cot** (mas′i kot′), *n.* monoxide of lead, PbO, in the form of a yellow powder, used as a pigment and drier. [1425–75; late ME *masticot* < MF < It *massicotto* < *mashaqūniyā,* perh. < Gk]
**mas·sif** (ma sēf′, mas′if; *Fr.* MA sēf′), *n.* **1.** a compact portion of a mountain range, containing one or more summits. **2.** a large elevated block of old complex rocks resistant to both erosion and crustal folding. **3.** a band of the earth's crust raised or depressed as a unit and bounded by faults. [1515–25; < F, n. use of *massif* massive]
**Mas·sif′ Cen·tral′** (mA sēf′ säN trAl′), a great plateau forming the chief water divide of France, in the central part.
**Mas·sil·lon** (mas′ə lon′), *n.* a city in NE Ohio. 30,557.
**Mas·sine** (ma sēn′), *n.* **Lé·o·nide** (lā ō nēd′), 1896–1979, U.S. ballet dancer and choreographer, born in Russia.
**Mas·sin·ger** (mas′ən jər), *n.* **Philip,** 1583–1640, English dramatist: collaborated with John Fletcher.
**Mas·si·nis·sa** (mas′ə nis′ə), *n.* Masinissa.
**mas·sive** (mas′iv), *adj.* **1.** consisting of or forming a large mass; bulky and heavy: *massive columns.* **2.** large or heavy-looking: *a massive forehead.* **3.** large in scale, amount, or degree: *a massive breakdown in communications; massive reductions in spending.* **4.** solid or substantial; great or imposing: *massive erudition.* **5.** *Mineral.* having no outward crystal form, although sometimes crystalline in internal structure. [1375–1425; ME (see MASS, -IVE); r. ME *massif* < MF] —**mas′sive·ly,** *adv.* —**mas′sive·ness, mas·siv′i·ty,** *n.*
**mas′sive retalia′tion,** a strategy of military counterattack that involves the use of nuclear weapons. [1950–55, Amer.]
**mass·less** (mas′lis), *adj. Physics.* pertaining to an elementary particle having zero rest mass, as a photon. [1970–80; MASS + -LESS] —**mass′less·ness,** *n.*
**mass′ man′,** a hypothetical common man, esp. one considered typical of a mass society, to be characterized by the absence of unique values or distinct personality and to lack a sense of personal or social responsibility and to be readily manipulated by the techniques developed by mass media. [1925–30]
**mass′ mar′keting,** the production and distribution of a product intended to be sold to a relatively high proportion of the population. [1940–45] —**mass′ mar′ke·ter,**
**mass′-mar′ket pa′perback,** a relatively inexpensive paperbound book, typically measuring about 4½ × 6¾ × 18 cm), that is distributed on newsstands, in supermarkets, etc., as well as in bookstores. Also, **mass′-mar′ket pa′per·back.** Cf. **trade paperback.**
**mass′ me′dium,** *pl.* **mass media.** any of the means of communication, as television or newspapers, that reach very large numbers of people. [1920–25]
**mass′ meet′ing,** a large or general assembly to discuss or hear discussed some matter of common interest or concern: *a mass meeting to protest the proliferation of nuclear weapons.* [1725–35, Amer.]
**mass′ mer′chandiser,** a retailer or retail store that sells large quantities of goods quickly through means such as discounting, customer self-service, or unsophisticated display and packaging, as in a warehouse. —**mass′ mer′chan·dis·ing.**

**mass′ move′ment,** an organized effort by a large number of people, esp. those not forming part of the elite of a given society, to bring about pervasive changes in existing social, economic, or political institutions, frequently characterized by charismatic leadership. [1895–1900]
**mass′ noun′,** *Gram.* a noun, as *water, electricity,* or *happiness,* that typically refers to an indefinitely divisible substance or an abstract notion, and that in English cannot be used, in such a sense, with the indefinite article or in the plural. [1930–35]
**mass′ num′ber,** *Physics.* the integer nearest in value to the atomic weight of an atom and equal to the number of nucleons in the nucleus of the atom. Symbol: A [1920–25]
**Mas′son disk′** (mas′ən), a white disk on which a series of concentric gray circles appear to vanish intermittently when the disk is rotated, used for testing a person's fluctuation of attention and visual threshold.
**Mas·so·rah** (mə sôr′ə, -sōr′ə), *n.* Masorah. Also, **Mas·so·ra.**
**Mas·so·rete** (mas′ə rēt′), *n.* Masorete.
**Mas·so·ret·ic** (mas′ə ret′ik), *adj.* Masoretic. Also, **Mas·so·ret′i·cal.**
**mas·so·ther·a·py** (mas′ō ther′ə pē), *n. Med.* treatment by massage. [MASS(AGE) + -O- + THERAPY] —**mas′so·ther′a·pist,** *n.*
**mass-pro·duce** (mas′prə dōōs′, -dyōōs′), *v.t.,* -**duced, -duc·ing.** to produce or manufacture (goods) in large quantities, esp. by machinery. [1920–25] —**mass′-pro·duc′er,** *n.* —**mass′-pro·duc′i·ble,** *adj.*
**mass′ produc′tion,** the production or manufacture of goods in large quantities, esp. by machinery. [1915–20]
**mass′ psychol′ogy,** the study of the behavior of large groups of people. [1895–1900]
**mass′ soci′ety,** *Sociol.* a society whose members are characterized by having segmentalized, impersonal relations, a high degree of physical and social mobility, a spectator relation to events, and a pronounced tendency to conform to external popular norms. [1945–50]
**mass′ spec′trograph,** *Physics.* a mass spectroscope for recording a mass spectrum on a photographic plate. [1915–20]
**mass′ spectrom′eter,** *Physics.* a device for identifying the kinds of particles present in a given substance: the particles are ionized and beamed through an electromagnetic field and the manner in which they are deflected is indicative of their mass and, thus, their identity. [1930–35]
**mass′ spec′troscope,** *Physics.* an instrument used to determine the masses of small, electrically charged particles. [1955–60] —**mass′ spectros′copy.**
**mass′ spec′trum,** *Physics.* a spectrum of charged particles, arranged in order of mass or mass-to-charge ratios. [1915–20]
**mass′ trans′it,** a system of large-scale public transportation in a given metropolitan area, typically comprising buses, subways, and elevated trains. Cf. **rapid transit.**
**mass′ wast′ing,** *Geol.* downhill movement of soil and rock fragments induced by gravity. Also called **wasting.**
**mass·y** (mas′ē), *adj.,* **mass·i·er, mass·i·est.** massive. [1350–1400; ME; see MASS, -Y¹] —**mass′i·ness,** *n.*
**Mas·sys** (mä′sis), *n.* **Quen·tin** (kven′tin; *Eng.* kwen′tn), 1466?–1530, Flemish painter. Also, **Matsys, Met·sys.**

**mast¹** (mast, mäst), *n.* **1.** *Naut.* **a.** a spar or structure rising above the hull and upper portions of a ship or boat to hold sails, spars, rigging, booms, signals, etc., at some point on the fore-and-aft line, as a foremast or mainmast. **b.** any of a number of individual spars composing such a structure, as a topmast supported on trestletrees at the head of a lower mast. **c.** any of various portions of a single spar that are beside particular sails, as a topgallant mast and royal mast formed as a single spar. **2.** Also called **pillar.** the upright support of a jib crane. **3.** any upright pole, as a support for an aerial, a post in certain cranes, etc. **4. before the mast,** *Naut.* as an unlicensed sailor: *He served several years before the mast.* —*v.t.* **5.** to provide with a mast or masts. [bef. 900; ME; OE *mæst;* c. G *Mast;* akin to L *mālus* pole] —**mast′less,** *adj.* —**mast′like′,** *adj.*

**mast²** (mast, mäst), *n.* the fruit of the oak and beech or other forest trees, used as food for hogs and other animals. [bef. 900; ME; OE *mæst;* c. G *Mast;* akin to MEAT]
**mast-,** var. of **masto-** before a vowel: *mastectomy.*
**mas·ta·ba** (mas′tə bə), *n.* **1.** an ancient Egyptian tomb made of mud brick, rectangular in plan with sloping sides and a flat roof. **2.** (in Islamic countries) a fixed bench, esp. one of stone. Also, **mas′ta·bah.** [1595–1605; < Ar *maṣṭabah*]
**mas·tax** (mas′taks), *n.* the muscular pharynx of a rotifer, containing a chewing apparatus. [1850–55; < NL < Gk *mástax* mouth, jaws, akin to *masāsthai* to chew]
**mast′ ball′,** *Naut.* an ornamental ball forming the truck of a mast.
**mast′ band′,** *Naut.* a hoop of metal around a mast, used as a reinforcement or as an object for attaching stays, tackles, etc.
**mast′ bed′,** *Naut.* a construction in a wooden deck around the opening for a mast.
**mast′ cell′,** *Biol.* a large granular cell, common in connective tissue, that produces heparin, histamine, and serotonin. [1885–90; partial trans. G *Mastzelle,* equiv. to *Mast* fattening of animals for slaughter, MAST² + *Zelle* cell]
**mast′ clamp′,** *Naut.* **1.** a pierced slab of hardwood built into the deck structure of a small ship or boat to

receive the force of the mast, which is fitted tightly through it. **2.** Also called **mast hasp.** a metal collar fitted to a thwart of a small boat to steady a mast.
**mast′ cloth′,** *Naut.* **1.** a partial lining sewed to the back of a square sail to prevent chafing from contact with the mast. **2.** Also called **mast′ cov′er.** a cloth covering part of a mast to protect it against smoke from a funnel. [1635–45]
**mas·tec·to·my** (ma stek′tə mē), *n., pl.* -**mies.** *Surg.* the operation of removing all or part of the breast or mamma. Also called **mammectomy.** [1920–25; MAST- + -ECTOMY]
**mas·ter** (mas′tər, mä′stər), *n.* **1.** a person with the ability or power to use, control, or dispose of something: *a master of six languages; to be master of one's fate.* **2.** an owner of a slave, animal, etc. **3.** an employer of workers or servants. **4.** the male head of a household. **5.** a person eminently skilled in something, as an occupation, art, or science: *the great masters of the Impressionist period.* **6.** a person whose teachings others accept or follow: *a Zen master.* **7.** *Chiefly Brit.* a male teacher or schoolmaster. **8.** a worker qualified to teach apprentices and to carry on a trade independently. **9.** a title given to a bridge or chess player who has won or placed in a certain number of officially recognized tournaments. **10.** a person holding this title. **11.** a person who commands a merchant ship; captain. **12.** a victor or conqueror. **13.** a presiding officer. **14.** an officer of the court to whom some or all of the issues in a case may be referred for the purpose of taking testimony and making a report to the court. **15. the Master,** Jesus Christ. **16.** a person who has been awarded a master's degree. **17.** a boy or young man (used chiefly as a term of address). **18.** Also called **matrix.** an original document, drawing, manuscript, etc., from which copies are made. **19.** a device for controlling another device operating in a similar way. Cf. **slave** (def. 5). **20.** *Recording.* **a.** a matrix (def. 13). **b.** a tape or disk from which duplicates may be made. **21.** Also called **copy negative.** *Photog.* a film, usually a negative, used primarily for making large quantities of prints. **22.** See **master of foxhounds. 23.** *Archaic.* a work of art produced by a master. —*adj.* **24.** being master; exercising mastery; dominant. **25.** chief or principal: *a master list.* **26.** directing or controlling: *a master switch.* **27.** of or pertaining to a master from which copies are made: *master film; master matrix; master record; master tape.* **28.** dominating or predominant: *a master play.* **29.** being a master of some occupation, art, etc.; eminently skilled: *a master diplomat; a master pianist.* **30.** being a master carrying on one's trade independently, rather than a worker employed by another: *a master plumber.* **31.** characteristic of a master; showing mastery. —*v.t.* **32.** to make oneself master of; become an adept in: *to master a language.* **33.** to conquer or overcome: *to master one's pride.* **34.** to rule or direct as master: *to master a crew.* **35.** *Recording.* to produce a master tape, disk, or record of: *The producer recorded, mixed, and mastered the new album.* [bef. 900; ME *maistre, maister,* OE *magister* < L; akin to *magnus* great] —**mas′ter·less,** *adj.*
—**Syn. 1.** adept, expert. **26.** main, leading, primary, prime, cardinal. **31.** adept, expert, skillful. **33.** subdue, control. **34.** govern, manage.
**mas′ter al′loy,** *Metall.* an alloy rich in certain elements, used in small quantities as an additive to melts of alloyed metal.
**mas·ter-at-arms** (mas′tər ət ärmz′, mä′stər-), *n., pl.* **mas·ters-at-arms. 1.** an officer of a fraternal organization, veterans' society, or the like, empowered to maintain order, exclude unauthorized persons, etc. **2.** *Navy.* a petty officer who has various duties, such as keeping order on the ship, taking charge of prisoners, etc. [1740–50]
**mas′ter bath′,** a private bathroom adjoining a master bedroom.
**mas′ter bed′room,** a principal bedroom in a house or apartment, usually the largest, typically occupied by the person or persons who head the household. [1925–30]
**mas′ter build′er, 1.** a building contractor. **2.** a person skilled in the art of building; architect. [1550–60]
***Mas′ter Build′er, The,*** a play (1892) by Ibsen.
**mas′ter class′,** a small class for advanced students, esp. a class in performance skills taught by a distinguished musician. [1950–55]
**mas′ter cyl′inder,** the hydraulic pump of an automotive braking system that contains a cylinder and one or two pistons, is actuated by the brake pedal, and supplies hydraulic fluid under pressure to the brakes at each wheel.
**mas′ter file′,** *Computers.* a permanent file, periodically updated, that serves as an authoritative source of data.
**mas·ter·ful** (mas′tər fəl, mä′stər-), *adj.* **1.** dominating; self-willed; imperious. **2.** having or showing the qualities of a master; authoritative; powerful. **3.** showing mastery or skill; masterly: *a masterful performance.* [1300–50; ME; see MASTER, -FUL] —**mas′ter·ful·ly,** *adv.* —**mas′ter·ful·ness,** *n.*
—**Syn. 1.** peremptory. **3.** consummate, supreme; adept, expert, skilled, skillful, matchless.
—**Usage.** At an earlier time, both MASTERFUL and MASTERLY had two senses: "having a commanding or domineering nature or manner" and "possessing the skill of a master." The earliest sense of MASTERLY, "having a commanding nature," has been obsolete since the 18th century. MASTERFUL continues to be used in all varieties of speech and writing in both senses, despite the protests of some who prefer that MASTERFUL be restricted to the

**CONCISE PRONUNCIATION KEY:** act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in treasure. ə = a as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ° as in fire (fī°r), hour (ou°r). l and n can serve as syllabic consonants, as in cradle (krād′l), and button (but′n). See the full key inside the front cover.

CCI0009068