

SINCE 1828
Menu

- JOIN MWU

  Gain access to thousands of additional definitions and advanced search features—ad free! JOIN NOW

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- VIDEO
- MORE

  WORD OF THE DAY VIDEO WORDS AT PLAY FAVORITES
- WORDS AT PLAY
- FAVORITES

extend
×

dictionary thesaurus

- JOIN MWU
- GAMES
- THESAURUS
- WORD OF THE DAY
- VIDEO
- WORDS AT PLAY
- FAVORITES

Follow:

# extend

verb ex·tend \ ik-ˈstend \
Popularity: Top 40% of words |Updated on: 7 Aug 2018

- Trending Now: More Trending:

- sequacious inadmissible oligarch, pejorative emolument troll
- SEE ALL

See What's Trending Now See More Trending Words
What's Trending Now More Trending Words

1. sequacious 'intellectually servile'

2. inadmissible 'not capable of being allowed'

3. oligarch, pejorative 'a member a government in which a small group exercises control especially for corrupt and selfish purposes'

4. emolument 'the returns arising from office or employment usually in the form of compensation or perquisites'

5. troll 'to harass, criticize, or antagonize especially by disparaging or mocking public statements'

SEE ALL
**Tip:** Synonym Guide
**Examples:** *extend* in a Sentence

- 
- 
- 
- 
- 
-   Time Traveler! Explore the year a word first appeared

# Definition of extend

extended; extending; extends
transitive verb
1 **:** to spread or stretch forth **:** unbend

- extended both her arms

2 a **:** to stretch out to fullest length
b **:** to cause (an animal, such as a horse) to move at full stride
c **:** to exert (oneself) to full capacity

- could work long and hard without seeming to extend himself

d (1) **:** to increase the bulk of (as by adding a cheaper substance or a modifier)
(2) **:** adulterate
3
[Middle English, from Medieval Latin *extendere* (from Latin) or Anglo-French *estendre*, from Old French]
a British **:** to take possession of (something, such as land) by a writ of extent
b obsolete **:** to take by force
4 a **:** to make the offer of **:** proffer

- extending aid to the needy

- extending their greetings

b **:** to make available

EXHIBIT FF

- extending credit to customers

5 a : to cause to reach (as in distance or scope)

- national authority was extended over new territories

b : to cause to be longer : prolong

- extend the side of a triangle
- extended their visit another day

; also : to prolong the time of payment of
c : advance, further

- extending her potential through job training

6 a : to cause to be of greater area or volume : enlarge

- extended the patio to the back of the house

b : to increase the scope, meaning, or application of : broaden

- beauty, I suppose, opens the heart, extends the consciousness
- —Algernon Blackwood

c archaic : exaggerate
intransitive verb
1 : to stretch out in distance, space, or time : reach

- their jurisdiction extended over the whole area

2 : to reach in scope or application

- his concern extends beyond mere business to real service to his customers

—

# extendability

play \ik-ˌsten-də-ˈbi-lə-tē\ noun
—

# extendable

or less commonly extendible play \ik-ˈsten-də-bəl\ adjective

See *extend* defined for English-language learners

See *extend* defined for kids

# Examples of *extend* in a Sentence

1. He *extended* a hand in greeting.

EXHIBIT FF