# DICTIONARY
## OF
# NAUTICAL WORDS AND TERMS

8000 Definitions in Navigation, Seamanship, Rigging, Meteorology, Astronomy, Naval Architecture, Average, Ship Economics, Hydrography, Cargo Stowage, Marine Engineering, Ice Terminology, Buoyage, Yachting, etc.

BY

C. W. T. LAYTON, *F. R. A. S., M. R. I. N.. Assoc. R. I. N. A.*

REVISED BY

**PETER CLISSOLD**

*Commander R. N. R. (Retd.), Master Mariner, Younger Brother of Trinity House, Fellow of the Royal Institute of Navigation.*

THIS EDITION REVISED BY Captain A. **G. W. MILLER,** Extra Master

**GLASGOW**
BROWN, SON & FERGUSON, LTD., NAUTICAL PUBLISHERS 4-10 DARNLEY STREET, G41 2SD

EXHIBIT GG

| | |
|---|---|
| *First Edition* | **1955** |
| *Reprinted* | **1958** |
| *Second Edition* | **1967** |
| *Revised* | **1973** |
| *Reprinted* | **1978** |
| *Revised* | **1982** |
| *Revised Third Edition* | **1987** |
| *Revised Fourth Edition* | **1994** |

EXHIBIT GG

10° apart and parallels of latitude 10° apart, so forming 100 squares. Used for identifying position of a meteorological report, first figure denoting latitude, second figure denoting longitude.

**Mart.** To traffic. 'Mart' is often corrupted to 'Marque'.

**Martelli's Tables.** 'Short, Easy and Improved Method of Finding Apparent Time at Ship.' G. F. Martelli has not been identified. The tables give quite trustworthy results, but the tabulated quantities have been so disguised that the underlying principle has been obscured.

**Martinet.** 'Martnet.'

**Martingale.** Stay leading downward to prevent upward movement of a jib boom or flying jib boom.

**Martnet.** Leechline for tricing up a square sail when furling.

**Mascaret.** Local name for tidal bore in Seine and Garonne rivers

**Mast.** Vertical wooden pole—made of single tree or lengths of wood or a tube of steel or metal, erected more or less vertically on centre-line of a ship or boat. Its purpose may be to carry sail and necessary spars, to carry derricks, to give necessary height to a navigation light, look-out position, signal yard, control position, radio aerial or signal lamp. Tall masts are usually made up of three or four masts, one above the other. From the deck, they are named lower mast, topmast, topgallant mast, royal mast —the last two usually being one piece.

**Mast Bands.** Iron bands clamped round a mast to take upper eyes of rigging, belaying pins, etc.

**Mast Carlings**. Fore and aft timbers—or girders—on underside of deck and on either side of mast. Also called 'mast partners'.

**Mast Clamp.** Semi-circular band for securing lower part of a boat's mast to thwart of a boat.

**Mast Coat**. Conical-shaped canvas covering over wooden mast wedges. Painted to protect wedges from water; which would cause wedges to set up exceptional stresses, and to rot.

**Master.** Merchant Navy officer in command of ship. Name was given, formerly, to the navigating officer of H. M. ships.

**Master-at-Anns.** Senior chief petty officer of regulating staff in H. M. ships. Formerly, senior rating in merchant ship whose duty was to see that passengers maintained good order and, especially, committed no offence likely to cause fire.

**Master Attendant.** Officer of Royal Dockyard next in rank below Superintendent.

**Master Compass.** Principal gyro compass controlling the repeaters.

**Master Gunner.** Formerly, officer-in-charge of gunnery equipment of a vessel of R. N. Now, superseded by gunnery lieutenant, senior commissioned gunner or commissioned gunner.

EXHIBIT GG

**Master Mariner.** Officer of the Merchant Navy holding a certificate entitling him to command a vessel.