Case 6:17-cv-00055-ADA Document 54-4 Filed 06/15/18 Page 1 of 21

# THE MACMILLAN VISUAL DICTIONARY



## 3,500 COLOR ILLUSTRATIONS
## 25,000 TERMS · 600 SUBJECTS

EXHIBIT HH    CCI0008834

**Library of Congress Cataloging-in-Publication Data**

Corbeil, Jean-Claude

The Macmillan visual dictionary / Jean-Claude Corbeil, Ariane Archambault.

   p.    cm.

   ISBN 0-02-528160-7

   1. Picture dictionaries, English.  2. Handbooks, vade-mecums, etc.
I. Archambault, Ariane.  II. Title.

PE1629. C64  1992

423'.  1—dc20

                                                   91-34460
                                                    CIP

Created and produced
by Québec/Amérique International
a division of
Éditions Québec/Amérique Inc.
425, rue Saint-Jean-Baptiste, Montréal, Québec H2Y 2Z7
Tel. : (514) 393-1450  Fax : (514) 866-2430

Copyright © 1992, by Éditions Québec/Amérique Inc.

Published under license in the United States by Macmillan Publishing Company, a division of Macmillan, Inc.
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical,
including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

Macmillan Publishing Company is part of the Maxwell Communication Group of Companies.

Macmillan books are available at special discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. For details, contact:

Special Sales Director, Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

First American Edition, 10 9 8 7 6 5 4 3 2 1

Printed in Canada

EXHIBIT HH    CCI0008835

# RAILROAD STATION

RAIL TRANSPORT

station platform

passenger station

suburban commuter railroad

parking

footbridge

commuter train

subsidiary track

platform shelter

main line

level crossing

semaphore

bumper



switch tower

signal gantry

mast

underground passage

freight car

freight station

scissors crossing

switch

diesel shop

464

Case 6:17-cv-00055-ADA   Document 54-4   Filed 09/15/15   Page 4 of 21

# THE
# MACMILLAN
# VISUAL
# DICTIONARY



# 3,500 COLOR ILLUSTRATIONS
# 25,000 TERMS · 600 SUBJECTS

EXHIBIT HH    CCI0008837

**Library of Congress Cataloging-in-Publication Data**

Corbeil, Jean-Claude

The Macmillan visual dictionary / Jean-Claude Corbeil, Ariane Archambault.

p.    cm.

ISBN 0-02-528160-7

1. Picture dictionaries, English.  2. Handbooks, vade-mecums, etc.
I. Archambault, Ariane.  II. Title.

PE1629. C64   1992

423'.  1—dc20

91-34460

CIP

Created and produced
by Québec/Amérique International
a division of
Éditions Québec/Amérique Inc.
425, rue Saint-Jean-Baptiste, Montréal, Québec H2Y 2Z7
Tel. : (514) 393-1450  Fax : (514) 866-2430

Copyright © 1992, by Éditions Québec/Amérique Inc.

Published under license in the United States by Macmillan Publishing Company, a division of Macmillan, Inc.
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical,
including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

Macmillan Publishing Company is part of the Maxwell Communication Group of Companies.

Macmillan books are available at special discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. For details, contact:

Special Sales Director, Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

First American Edition, 10 9 8 7 6 5 4 3 2 1

Printed in Canada

EXHIBIT HH    CCI0008838



COUPLER HEAD

coupler knuckle pin

coupler knuckle

door stop

locking lever

placard board

routing cardboard

RAIL TRANSPORT

HIGHWAY CROSSING

highway crossing bell

crossbuck sign

mast

visor

peep hole

flashing light

signal background plate

junction box

2

number of tracks sign

gate arm lamp

gate arm

gate arm support

counterweight

crossing gate mechanism

base

471

EXHIBIT HH    CCI0008839

# THE
# MACMILLAN
# VISUAL
# DICTIONARY



# 3,500 COLOR ILLUSTRATIONS
# 25,000 TERMS · 600 SUBJECTS

EXHIBIT HH    CCI0008840

**Library of Congress Cataloging-in-Publication Data**

Corbeil, Jean-Claude

The Macmillan visual dictionary / Jean-Claude Corbeil, Ariane Archambault.

   p.    cm.

   ISBN 0-02-528160-7

   1. Picture dictionaries, English.   2. Handbooks, vade-mecums, etc.
I. Archambault, Ariane.   II. Title.

PE1629. C64   1992

423'.  1—dc20

91-34460
CIP

Created and produced
by Québec/Amérique International
a division of
Éditions Québec/Amérique Inc.
425, rue Saint-Jean-Baptiste, Montréal, Québec H2Y 2Z7
Tel. : (514) 393-1450  Fax : (514) 866-2430

Copyright © 1992, by Éditions Québec/Amérique Inc.

Published under license in the United States by Macmillan Publishing Company, a division of Macmillan, Inc.
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical,
including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

Macmillan Publishing Company is part of the Maxwell Communication Group of Companies.

Macmillan books are available at special discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. For details, contact:
Special Sales Director, Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

First American Edition, 10 9 8 7 6 5 4 3 2 1

Printed in Canada

EXHIBIT HH    CCI0008841



FORKLIFT TRUCK

mast

crosshead

lifting chain

carriage

fork

forks

overhead guard

maneuvering lever

hydraulic system

engine

frame

WING PALLET

top deckboard

stringer

entry

bottom deckboard

double-decked pallet

single-decked pallet

BOX PALLET

side

pallet

block

half-side

HEAVY MACHINERY

787

EXHIBIT HH   CCI0008842

# THE
# MACMILLAN
# VISUAL
# DICTIONARY



# 3,500 COLOR ILLUSTRATIONS
# 25,000 TERMS · 600 SUBJECTS

EXHIBIT HH    CCI0008843

**Library of Congress Cataloging-in-Publication Data**

Corbeil, Jean-Claude

The Macmillan visual dictionary / Jean-Claude Corbeil, Ariane Archambault.

p. cm.

ISBN 0-02-528160-7

1. Picture dictionaries, English. 2. Handbooks, vade-mecums, etc.
I. Archambault, Ariane. II. Title.

PE1629. C64 1992

423'. 1—dc20 91-34460

CIP

Created and produced
by Québec/Amérique International
a division of
Éditions Québec/Amérique Inc.
425, rue Saint-Jean-Baptiste, Montréal, Québec H2Y 2Z7
Tel. : (514) 393-1450 Fax : (514) 866-2430

Copyright © 1992, by Éditions Québec/Amérique Inc.

Published under license in the United States by Macmillan Publishing Company, a division of Macmillan, Inc.
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

Macmillan Publishing Company is part of the Maxwell Communication Group of Companies.

Macmillan books are available at special discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. For details, contact:
Special Sales Director, Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

First American Edition, 10 9 8 7 6 5 4 3 2 1

Printed in Canada

# MATERIAL HANDLING



HYDRAULIC PALLET TRUCK

pallet truck

maneuvering lever

mast

steering lever

hydraulic cylinder

hand truck

forks

solid rubber tire

stabilizing shaft

steering axle

frame

roller

HEAVY MACHINERY

platform pallet truck

flatbed pushcart

788

CCI0008845

EXHIBIT HH



# THE
# MACMILLAN
# VISUAL
# DICTIONARY

## 3,500 COLOR ILLUSTRATIONS
## 25,000 TERMS · 600 SUBJECTS

EXHIBIT HH   CCI0008846

**Library of Congress Cataloging-in-Publication Data**

Corbeil, Jean-Claude

The Macmillan visual dictionary / Jean-Claude Corbeil, Ariane Archambault.

   p.    cm.

   ISBN 0-02-528160-7

   1. Picture dictionaries, English.   2. Handbooks, vade-mecums, etc.
I. Archambault, Ariane.   II. Title.

PE1629. C64   1992

423'.   1—dc20

91-34460
CIP

Created and produced
by Québec/Amérique International
a division of
Éditions Québec/Amérique Inc.
425, rue Saint-Jean-Baptiste, Montréal, Québec H2Y 2Z7
Tel. : (514) 393-1450  Fax : (514) 866-2430

Copyright © 1992, by Éditions Québec/Amérique Inc.

Published under license in the United States by Macmillan Publishing Company, a division of Macmillan, Inc.
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical,
including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

Macmillan Publishing Company is part of the Maxwell Communication Group of Companies.

Macmillan books are available at special discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. For details, contact:

Special Sales Director, Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

First American Edition, 10 9 8 7 6 5 4 3 2 1
Printed in Canada

EXHIBIT HH   CCI0008847

## MATERIAL HANDLING

TOWER CRANE



jib tie

trolley

jib

counterjib ballast

trolley pulley

counterjib

hoisting rope

operator's cab

hoisting block

tower mast

hook

counterweight

crane runway

TRUCK CRANE



elevating cylinder

telescopic boom

outrigger

GANTRY CRANE



hoisting system

jib

tower

running track

HEAVY MACHINERY

786

EXHIBIT HH   CCI0008848

# THE
# MACMILLAN
# VISUAL
# DICTIONARY



## 3,500 COLOR ILLUSTRATIONS
## 25,000 TERMS · 600 SUBJECTS

EXHIBIT HH    CCI0008849

**Library of Congress Cataloging-in-Publication Data**

Corbeil, Jean-Claude

The Macmillan visual dictionary / Jean-Claude Corbeil, Ariane Archambault.

p.    cm.

ISBN 0-02-528160-7

1. Picture dictionaries, English.  2. Handbooks, vade-mecums, etc.
I. Archambault, Ariane.  II. Title.

PE1629. C64   1992

423'.  1—dc20                                                              91-34460
                                                                                 CIP

Created and produced
by Québec/Amérique International
a division of
Éditions Québec/Amérique Inc.
425, rue Saint-Jean-Baptiste, Montréal, Québec H2Y 2Z7
Tel. : (514) 393-1450  Fax : (514) 866-2430

Copyright © 1992, by Éditions Québec/Amérique Inc.

Published under license in the United States by Macmillan Publishing Company, a division of Macmillan, Inc.
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical,
including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

Macmillan Publishing Company is part of the Maxwell Communication Group of Companies.

Macmillan books are available at special discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. For details, contact:

Special Sales Director, Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

First American Edition, 10 9 8 7 6 5 4 3 2 1

Printed in Canada

EXHIBIT HH   CCI0008850

**SAILBOARD**



sail

masthead

mast sleeve

luff

batten

batten pocket

leech

window

clew

wishbone boom

mast

uphaul

foot

tack

daggerboard well

mast foot

foot strap

board

stern

skeg

daggerboard

bow

WATER SPORTS

631

EXHIBIT HH   CCI0008851

# THE
# MACMILLAN
# VISUAL
# DICTIONARY



# 3,500 COLOR ILLUSTRATIONS
# 25,000 TERMS · 600 SUBJECTS

EXHIBIT HH   CCI0008852

**Library of Congress Cataloging-in-Publication Data**

Corbeil, Jean-Claude

The Macmillan visual dictionary / Jean-Claude Corbeil, Ariane Archambault.

   p.     cm.

   ISBN 0-02-528160-7

   1. Picture dictionaries, English.   2. Handbooks, vade-mecums, etc.
I. Archambault, Ariane.   II. Title.

PE1629. C64   1992

423'.   1—dc20                                                           91-34460
                                                                         CIP

Created and produced
by Québec/Amérique International
a division of
Éditions Québec/Amérique Inc.
425, rue Saint-Jean-Baptiste, Montréal, Québec H2Y 2Z7
Tel. : (514) 393-1450  Fax : (514) 866-2430

Copyright © 1992, by Éditions Québec/Amérique Inc.

Published under license in the United States by Macmillan Publishing Company, a division of Macmillan, Inc.
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical,
including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

Macmillan Publishing Company is part of the Maxwell Communication Group of Companies.

Macmillan books are available at special discounts for bulk purchases for sales promotions, premiums, fund-raising, or educational use. For details, contact:

Special Sales Director, Macmillan Publishing Company, 866 Third Avenue, New York, NY 10022

First American Edition, 10 9 8 7 6 5 4 3 2 1

Printed in Canada

EXHIBIT HH    CCI0008853

SAILING

SAILBOAT



wind indicator

mast

batten pocket

forestay

batten

jib

mainsail

shroud

sail panel

crosstree

telltale

boom vang

boom

jibsheet

tiller

cleat

mainsheet

bow

rudder

hull        cockpit        centerboard        traveler

WATER SPORTS

628

EXHIBIT HH    CCI0008854