# Webster's
# New College Dictionary

## THIRD EDITION



HOUGHTON MIFFLIN HARCOURT

EXHIBIT II   CCI0009096

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2008, 2005 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

This book was originally published in a slightly different form as *Webster's II New College Dictionary, Third Edition* © 2005 by Houghton Mifflin Company.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Harcourt, 222 Berkeley Street, Boston, MA 02116.

Visit our websites: hmhbooks.com *and* ahdictionary.com

ISBN-13: 978-0-618-95315-8
ISBN-10: 0-618-95315-9

The Library of Congress has cataloged the earlier edition as follows:

Webster's II new college dictionary. -- 3rd ed.
    p. cm.
  ISBN 0-618-39601-2
  1. English language--Dictionaries.  I. Title: Webster's two new college dictionary.  II. Title: Webster's 2 new college dictionary.
  PE1628.W55164 2005
  423--dc22

                                     2003057079

Manufactured in the United States of America

Illustration credits: Academy Artworks; Alan Witschonke; Carlyn Iverson; Cecile Duray-Bito; Chris Costello; Elizabeth Morales; Gail Piazza; Jerry Malone; Laurel Cook Lhowe; Library of Congress; Mapping Specialists, Ltd.; Office of Information, Dept. of the Navy, Washington, DC; Precision Graphics; Tech-Graphics

6 7 8 9 10 - QGV - 15 14 13 12

EXHIBIT II   CCI0009097

['chā) n., pl. **Tehuelche** or **-ches** [Of Araucanian orig.] a South American Indian people formerly inhabit-onia, with a small present-day population in south-. The language of the Tehuelche. —**Te·huel′che·an**

', tĭg'-) pl.n. [Yiddish *teyglekh* < dim. of *teyg*, *eig* < OHG *teic*.] A confection consisting of bits of iefly in a mixture of honey, brown sugar, and nuts, rolled into balls.

, tē-) n. [Am. Sp., Texan < *Tejas*, Texas.] A style of riginating in southern Texas and combining influ-try music, rhythm and blues, and popular Latin

*ar.* of TECHIE.

[Gk. *tēktos*, molten (< *tēkein*, to melt) + -ITE.] Any c brown to green glass objects, generally small and d to be of extraterrestrial origin, found chiefly in Australia, Indonesia, the Philippines, Texas, and ring a largely silica composition with various ox-*dj.*

ELE-.
ELO-.

is-thē'zhə) n. var. of TELESTHESIA.

m, -mŏn') n., pl. **tel·a·mon·es** (-mō'nēz) [Lat. < Gk. A male figure used as a supporting pillar.

'těl-ăn'jē-ĕk-tā'zhə) *also* **tel·an·gi·ec·ta·sis** (-ĕk-EL(O)- + Gk. *angos*, vessel + Gk. *ektasis*, expan-to stretch out (*ek-*, out + *teinein*, to stretch).] A f capillaries of the blood vascular system causing on the skin. —**tel·an′gi·ec·tat′ic** (-tăt′ĭk) *adj.*

< Gk. *tēle*, at a distance.] **1.** Distance : distant <*tel*-graph <*telegram* **b.** Television <*telecast*

') v. **-cast** or **-cast·ed, -cast·ing, -casts** —*vi.* To broad- —*vt.* To broadcast (a program) by television. —n. dcast. —**tel′e·cast′er** n.

n') n. *Informal.* Telecommunications.

te (těl'ĭ-kə-myōō'nĭ-kāt') v. **-cat·ed, -cat·ing, -cates** (e.g., data) by telecommunication. —*vi.* To com-ommunication. —**tel′e·com·mu′ni·ca′tor** n.

·tion (těl'ĭ-kə-myōō'nĭ-kā'shən) n. **1.** often **telecom-** *in number*). The science and technology of com-ectronic transmission of impulses, as by telegraph, adio, or television. **2.** often **telecommunications**. s used in such transmission. **3.** A message trans-of telecommunications.

'ĭ-kə-myōōt') vi. **-mut·ed, -mut·ing, -mutes** To work computer connected to the network of one's em-**·mut′er** n.

(těl'ĭ-kŏn'fər-əns, -frəns) n. A conference held different locations by means of telecommunica-such as closed-circuit television. —**tel′e·con′fer-****:·ing, -enc·es**) —**tel′e·con′fer·enc·ing** n.

ôrs') n. A course of televised lectures, as offered

n. [Malay *tēledu*.] A brownish-black carnivo-*ıdaus javanensis* of the East Indies, that can emit

l) n. A film produced for television.

'ĭk) *adj.* Presenting a pleasing appearance on tele-

-nē) n. The supposed influence of one sire on off-osequent males on the same female. —**tel′e·gon′ic** **eg′o·nous** *adj.*

m') n. **1.** A message transmitted by telegraph.

if') n. **1.** A communication system that transmits unmodulated electric impulses, esp. one in which nd reception stations are directly connected by —v. **-graphed, -graph·ing, -graphs** —*vt.* **1.** To trans-telegraph. **2.** To send or convey a message to by ake known, as an intended action, in advance or To send or transmit a telegram. —**te·leg′ra·pher** **eg′ra·phist** n. —**te·leg′ra·phy** n.

grăf'ĭk) *also* **tel·e·graph·i·cal** (-ĭ-kəl) *adj.* **1.** Relat-ted by telegraph. **2.** Brief or concise like a tele-**l′i·cal·ly** *adv.*

tropical Asiatic plant, *Desmodium motorium* or ifoliolate compound leaves, of which the lateral tate.

u (těl'ə-gōō') n., pl. **Telegu** *also* **Telugu** or **-gus** [Na-1.] **1.** A Dravidian language spoken in Andhra A member of a Dravidian people who speak *dj.*

kə-nē'sĭs, -kī-) n. Movement of objects by scien-le means, as by the exercise of mystical powers. ět'ĭk) *adj.* —**tel′e·ki·net′i·cal·ly** *adv.*

n'ə-kəs) n. [Lat. < Gk. *Telemakhos*.] *Gk. Myth.* eus and Penelope who helped his father kill

**tel·e·mark** *also* **Tel·e·mark** (těl'ə-märk') n. [Norw., after Telemark, a region in Norway.] A turn or stop in skiing performed by shifting the weight forward on the ski that will be on the outside of the turn and pulling its tip gradually inward.

**tel·e·mar·ket·ing** (těl'ə-mär'kĭ-tĭng) n. The marketing of goods or ser-vices by telephone. —**tel′e·mar′ket·er** n.

**tel·e·med·i·cine** (těl'ĭ-měd'ĭ-sĭn) n. The use of telecommunications to deliver or expedite the delivery of health care services.

**tel·e·me·ter** (těl'ə-mē'tər, tə-lěm'ĭ-tər) n. A measuring device used in telemetry. —*vt.* (těl'ə-mē'tər) **-tered, -ter·ing, -ters** To measure and transmit (data) automatically from a distant source, as from a space-craft or electric power grid, to a receiving station for recording or display. —**tel′e·met′ric** (těl'ə-mět'rĭk), **tel′e·met′ri·cal** *adj.* —**tel′e-****met′ri·cal·ly** *adv.*

**te·lem·e·try** (tə-lěm'ĭ-trē) n. The science and technology of automatic data measurement and transmission, as by wire or radio, from re-mote sources, such as space vehicles, to a distant receiving station for recording and analysis. —**tel′e·met′ric** *adj.* —**tel′e·met′ri·cal·ly** *adv.*

**tel·en·ceph·a·lon** (těl'ĕn-sěf'ə-lŏn', -lən) n. The anterior portion of the forebrain, including the cerebral cortex and related parts. —**tel′en-****ce·phal′ic** (-sə-făl'ĭk) *adj.*

**te·le·ol·o·gy** (těl'ē-ŏl'ə-jē, tē'lē-) n., pl. **-gies 1.** The study of design or purpose in natural phenomena. **2.** The use of ultimate purpose or de-sign as a means of explaining phenomena. **3.** Belief in or the con-ception of purposeful development toward an end, as in nature or history. —**tel′e·o·log′i·cal** (-ə-lŏj'ĭ-kəl), **tel′e·o·log′ic** *adj.* —**tel′e·o-****log′i·cal·ly** *adv.* —**tel′e·ol′o·gist** n.

**te·le·ost** (těl'ē-ŏst', tē'lē-) *also* **tel·e·os·te·an** (těl'ē-ŏs'tē-ən, tē'lē-) [< NLat. *Teleostei*, group name (Gk. *teleos*, complete + *osteon*, bone) and NLat. *Teleostomi*, group name (Gk. *teleos*, complete + *stoma*, mouth).] —*adj.* Of or belonging to the Teleostei or Teleostomi, a group consisting of fishes with bony skeletons and rayed fins. —n. A teleost fish.

**te·lep·a·thy** (tə-lěp'ə-thē) n. Communication through means other than the senses, as by the exercise of mystical powers. —**tel′e·path′ic** (těl'ə-păth'ĭk) *adj.* —**tel′e·path′i·cal·ly** *adv.* —**te·lep′a·thist** n.

**tel·e·phone** (těl'ə-fōn') n. An instrument that converts voice and other sound signals into a form that can be transmitted to remote loca-tions and receives and reconverts waves into sound signals. —v. **·phoned, -phon·ing, -phones** —*vt.* **1.** To speak with (a person) by tele-phone. **2.** To initiate or make a telephone connection with : place a call to. **3.** To transmit (e.g., a message) by telephone. —*vi.* To com-municate by telephone. —**tel′e·phon′er** n.

**telephone book** n. A directory containing the names of telephone sub-scribers with their addresses and telephone numbers.

**telephone booth** n. A small enclosure for a public telephone.

**telephone exchange** n. A central switching system that establishes con-nections between individual telephones.

**telephone receiver** n. The part of a telephone in which incoming elec-trical impulses are converted into sound.

**telephone tag** n. A series of unsuccessful calls exchanged by two people attempting to contact each other by telephone.

**tel·e·phon·ic** (těl'ə-fŏn'ĭk) *adj.* **1.** Of or relating to a telephone. **2.** Transmitted by a telephone. —**tel′e·phon′i·cal·ly** *adv.*

**te·leph·o·ny** (tə-lěf'ə-nē) n. **1.** Electrical transmission of sound be-tween distant stations, esp. by radio or telephone. **2.** The technol-ogy and manufacture of telephone equipment.

**tel·e·pho·to** (těl'ə-fō'tō) *adj.* **1.** Of or relating to a photographic lens or lens system used to produce a large image of a distant object. **2.** TELEPHOTOGRAPH 1.

**tel·e·pho·to·graph** (těl'ə-fō'tə-grăf') n. **1.** A photograph made with a telephoto lens. **2.** A photograph transmitted and reproduced by tele-photography. —*vt.* **-graphed, -graph·ing, -graphs 1.** To photograph with a telephoto lens. **2.** To transmit by telephotography.

**tel·e·pho·tog·ra·phy** (těl'ə-fə-tŏg'rə-fē) n. **1.** The technique or proc-ess of photographing distant objects, using a telephoto lens on a camera. **2.** The process or technique of transmitting charts, pictures, and photographs over a distance. —**tel′e·pho′to·graph′ic** (-fō'tə-grăf'ĭk) *adj.*

**tel·e·play** (těl'ə-plā') n. A play written or adapted for television.

**tel·e·por·ta·tion** (těl'ə-pôr-tā'shən) n. [TELE- + (TRANS)PORTATION.] A hypothetical method of transportation in which matter or infor-mation is dematerialized, usu. instantaneously, at one point and rec-reated at another.

**tel·e·print·er** (těl'ə-prĭn'tər) n. A teletypewriter.

**tel·e·proc·ess·ing** (těl'ə-prŏs'ĕs'ĭng, -prō'sĕs'-) n. Computer service by means of terminals remote from the central computer.

**Tel·e·Promp·Ter** (těl'ə-prŏmp'tər) A trademark for a device used in television to show an actor or speaker an enlarged line-by-line re-production of a script that is unseen by the audience.

**tel·e·ran** (těl'ə-răn') n. [Orig. trademark.] An air-traffic control sys-tem in which the image of a ground-based radar unit is televised to aircraft in the vicinity so that a pilot may see his or her position in relation to other aircraft.

**tel·e·scope** (těl'ĭ-skōp') n. [NLat. *telescopium* or Ital. *telescopio*, both < Gk. *tēleskopos*, far seeing : *tēle*, at a distance + *skopos*, watcher.] An instrument for collecting and examining electromagnetic radia-tion, esp.: **a.** An arrangement of lenses or mirrors or both that gath-ers visible light, allowing direct observation or photographic recording of distant objects. **b.** A device, as a radio telescope, used to detect and observe distant objects by their emission, transmis-sion, reflection, or other interaction with invisible radiation. —v. **-scoped, -scop·ing, -scopes** —*vt.* **1.** To cause to slide inward or out-ward in overlapping cylindrical sections. **2.** To make shorter or more precise.: CONDENSE. —*vi.* To slide inward or outward in or as if in overlapping cylindrical sections.



(*Top*) refracting telescope and (*bottom*) reflecting telescope

**tel·e·scop·ic** (těl'ĭ-skŏp'ĭk) *adj.* **1.** Of or relating to a telescope. **2.** Seen or obtained by means of a telescope <*telescopic* data> **3.** Visible only by means of a telescope <a *telescopic* binary star> **4.** Able to dis-cern distant objects <*telescopic* vision> **5.** Extensible or compress-ible by or as if by the successive sliding of overlapping concentric tubular sections. —**tel′e·scop′i·cal·ly** *adv.*

**Tel·e·sco·pi·um** (těl'ĭ-skō'pē-əm) n. [NLat. < *telescopium*, telescope.] A constellation in the Southern Hemisphere.

**te·les·co·py** (tə-lěs'kə-pē) n. The art or study of making and operat-ing telescopes. —**te·les′co·pist** n.

**tel·e·ster·e·o·scope** (těl'ĭ-stěr'ē-ə-skōp', -stîr'-) n. A binocular tele-scope for stereoscopic viewing of distant objects.

**tel·es·the·sia** *also* **tel·aes·the·sia** (těl'ĭs-thē'zhə) n. Perception of or re-sponse to distant stimuli by extrasensory means. —**tel′es·thet′ic** (-thět'ĭk) *adj.*

**tel·e·text** (těl'ĭ-tĕkst') n. An electronic communication system in which printed information is broadcast by television signal to sets equipped with a decoder.

**tel·e·ther·mo·scope** (těl'ə-thûr'mə-skōp') n. An apparatus for indi-cating or recording the temperatures of remote or inaccessible lo-cations.

**tel·e·thon** (těl'ə-thŏn') n. [TELE- + (MARA)THON.] A long continuous television program, usu. to raise funds for charity.

**tel·e·tran·scrip·tion** (těl'ĭ-trăn-skrĭp'shən) n. Transcription of televi-sion programs by means of a kinescope or videotape.

**tel·e·type** (těl'ĭ-tīp') A trademark for a teletypewriter.

**tel·e·type·writ·er** (těl'ĭ-tīp'rī'tər) n. An electromechanical typewriter that either transmits or receives messages coded in electrical sig-nals carried by telegraph or telephone wires.

**te·leu·to·spore** (tə-lōō'tə-spôr') n. [Gk. *teleutē*, termination (< *telos*, end) + SPORE.] A teliospore. —**te·leu′to·spor′ic** *adj.*

**tel·e·van·gel·ist** (těl'ĭ-văn'jə-lĭst) n. An evangelist who conducts re-ligious telecasts. —**tel′e·van′gel·ism** n.

**tel·e·vise** (těl'ə-vīz') *vt. & vi.* **-vised, -vis·ing, -vis·es** [Back-formation < TELEVISION.] To broadcast by television.

**tel·e·vi·sion** (těl'ə-vĭzh'ən) n. [Fr. *télévision* : *télé-*, tele- + *vision*, vi-sion.] **1.** Transmission of visual images of moving and stationary ob-jects, generally with accompanying sound, as electromagnetic waves and the reconversion of received waves into visual images. **2a.** An electronic device that receives electromagnetic waves and displays the reconverted images on a screen. **b.** The integrated audible and visible content of the electromagnetic waves received and converted by such an apparatus. **c.** A televison receiving set. **3a.** The television broadcast industry. **b.** Television as a communication medium.

**tel·e·vi·sor** (těl'ə-vī'zər) n. A television transmitter.

**tel·ex** (těl'ĕks') n. [TEL(ETYPEWRITER) + EX(CHANGE).] **1.** A commu-nication system consisting of teletypewriters connected to a tele-phonic network to send and receive signals. **2.** A message sent or received by telex. —*vt.* **-exed, -ex·ing, -ex·es** To send by telex.

**tel·ic** (těl'ĭk, tē'lĭk) *adj.* [Gk. *telikos*, final < *telos*, end.] Directed or tending toward a goal : PURPOSEFUL.

**te·li·o·spore** (tē'lē-ə-spôr') n. [TELI(UM) + SPORE.] A thick-walled, blackish resting spore of rusts and smuts, from which the basidium arises. —**te′li·o·spor′ic** *adj.*

**te·li·um** (tē'lē-əm) n., pl. **-li·a** (-lē-ə) [NLat. < Gk. *teleios*, complete < *telos*, end.] A pustulelike blackish structure formed on the tissue of

ă pat  ā pay  âr care  ä father  är car  ĕ pet  ē be  ĭ pit  ī bite  îr pier  ŏ pot  ō toe  ô paw  ôr core
oi boy  ou out  oŏ took  oŏr lure  oō boot  th thin  *th* this  ŭ cut  ûr urge  zh vision  ə about, item

EXHIBIT II   CCI0009098