

# DK ILLUSTRATED OXFORD DICTIONARY



19TH-CENTURY NEOCLASSICAL BUILDING (THE CAPITOL, WASHINGTON, D.C.)

EXHIBIT JJ   CCI0009084



Published, created, and produced in the United States and Great Britain in 1998 by
DORLING KINDERSLEY LIMITED and OXFORD UNIVERSITY PRESS, INC.

Lexicographic text copyright © 1998 Oxford University Press, adapted from
*The Oxford Dictionary and Thesaurus, American Edition* (1996), with updating and additions.

Images copyright © 1998 Dorling Kindersley Limited, London
Non-lexicographic text copyright © 1998 Dorling Kindersley Limited, London
Layout and design copyright © 1998 Dorling Kindersley Limited, London

All rights reserved. No part of this book may be reproduced, stored in a
retrieval system, or transmitted in any form or by any means, electronic, mechanical,
photocopying, recording or otherwise, without the permission of the copyright owner.

Library of Congress Cataloging-in-Publication Data
The DK illustrated Oxford dictionary
p.  cm.
ISBN 0-7894-3557-8
1. Picture dictionaries, English.   I. DK Publishing, Inc.
II. Title: DK illustrated Oxford dictionary.
III. Title: Oxford dictionary.
PE1629.D5   1998         98-3664
423'.1--DC21              CIP

2  4  6  8  10  9  7  5  3  1

Color reproduction by Colourpath, London, England
Printed in the United States by World Color, Versailles, Kentucky

──────── OXFORD UNIVERSITY PRESS, INC. ────────
198 Madison Avenue, New York, NY 10016

OXFORD  NEW YORK  ATHENS  AUCKLAND  BANGKOK  BOGOTA  BOMBAY  BUENOS AIRES  CALCUTTA  CAPE TOWN  DAR ES SALAAM
DELHI  FLORENCE  HONG KONG  ISTANBUL  KARACHI  KUALA LUMPUR  MADRAS  MADRID  MELBOURNE  MEXICO CITY
NAIROBI  PARIS  SINGAPORE  TAIPEI  TOKYO  TORONTO  and associated companies in  BERLIN  IBADAN

Oxford is a registered trademark of Oxford University Press

Visit us on the World Wide Web at www.oup-usa.org

──────── DK PUBLISHING, INC. ────────
95 Madison Avenue, New York, NY 10016

Visit us on the World Wide Web at www.dk.com

NOTE ON PROPRIETARY STATUS
This dictionary includes some words that have, or are asserted to have, proprietary status as trademarks or otherwise. Their inclusion does not imply that they have acquired for legal purposes a nonproprietary or general significance, nor any other judgment concerning their legal status. In cases where the editorial staff has some evidence that a word has proprietary status, this is indicated in the entry for that word by the word *Trademark* or *propr.* (proprietary) but no judgment concerning the legal status of such words is made or implied hereby.

EXHIBIT JJ   CCI0009085

Case 6:17-cv-00055-ADA   Document 54-6   Filed 08/10/18   Page 3 of 3

## TELESCOPE

There are two types of optical telescope: reflectors and refractors. In a refractor, light passes through the objective lens to form an image, which is magnified by the eyepiece. In a reflector, the light bounces off a curved primary mirror and onto a flat secondary mirror that reflects it into an eyepiece lens.

### TYPES OF TELESCOPE



REFRACTOR: objective lens, telescope tube, incident light ray, refracted light ray, eyepiece lens

REFLECTOR: incident light ray, eyepiece lens, primary mirror, telescope tube, secondary mirror, reflected light ray



SMALL ASTRONOMICAL REFRACTOR TELESCOPE: objective lens cell, telescope tube, declination setting circle, attachment cradle, finder scope, focusing knob, star diagonal, eyepiece, level, polar axis scope, tripod, tripod brace, balance weight, azimuth fine-adjustment knob, right ascension setting circle, equatorial mount, illuminator

**tel·e·port**[1] /télipawrt/ *v.tr. Psychol.* move by telekinesis. □□ **tel·e·por·ta·tion** *n.*

**tel·e·port**[2] /télipawrt/ *n.* a center providing interconnections between different forms of telecommunications.

**Tel·e·Promp·Ter** /télipromptər/ *n. Trademark* a device used in television and film-making to project a speaker's script out of sight of the audience (cf. AUTOCUE).

**tel·e·sales** /télisaylz/ *n.pl.* selling by means of the telephone.

**tel·e·scope** /téliskōp/ *n. & v.* ● *n.* **1** ▲ an optical instrument using lenses or mirrors or both to make distant objects appear nearer and larger. ▷ OBSERVATORY, SEXTANT. **2** = RADIO TELESCOPE. ● *v.* **1** *tr.* press or drive (sections of a tube, colliding vehicles, etc.) together so that one slides into another like the sections of a folding telescope. **2** *intr.* close or be driven or be capable of closing in this way. **3** *tr.* compress so as to occupy less space or time.

**tel·e·scop·ic** /téliskópik/ *adj.* **1 a** of, relating to, or made with a telescope (*telescopic observations*). **b** visible only through a telescope (*telescopic stars*). **2** (esp. of a lens) able to focus on and magnify distant objects. **3** consisting of sections that telescope. □□ **tel·e·scop·i·cal·ly** *adv.*

**tel·e·scop·ic sight** *n.* ▼ a telescope used for sighting on a rifle, etc.



telescopic sight, rifle barrel
TELESCOPIC SIGHT ON A BIGBORE HUNTING RIFLE

**tel·e·soft·ware** /télisawftwair, -sóft-/ *n.* software transmitted or broadcast to receiving terminals.

**tel·e·text** /télitekst/ *n.* a news and information service, in the form of text and graphics, from a computer source transmitted to televisions with appropriate receivers.

**tel·e·thon** /télithon/ *n.* an exceptionally long television program, esp. to raise money for a charity.

**Tel·e·type** /télitīp/ *n. Trademark* telegraphic apparatus for direct exchange of printed messages.

**tel·e·type·writ·er** /télitīprītər/ *n.* a device for transmitting telegraph messages as they are keyed, and for printing messages received.

## TELEVISION SET

A television set uses electromagnetic waves to produce a picture; a color picture is made up of three color signals. These are usually sent to three electron guns in a cathode ray tube. The guns fire electron beams through deflection coils, which scan them onto the screen. A shadow mask allows only one beam to hit any one phosphor spot, which then glows in red, green, or blue. Together, the three color images make a full-color picture.

EXPLODED VIEW OF A TELEVISION SET: electron beams for red, green, and blue images; deflection coils; electron guns; video amplifier; outer case; adjusting magnet; glass envelope; cathode ray tube; shadow mask; image; faceplate

**tel·e·van·ge·list** /télivánjəlist/ *n.* an evangelical preacher who appears regularly on television to promote beliefs and appeal for funds.

**tel·e·view·er** /télivyōōər/ *v.tr.* a person who watches television. □□ **tel·e·view·ing** *adj.*

**tel·e·vise** /télivīz/ *v.tr.* transmit by television. □□ **tel·e·vis·a·ble** *adj.*

**tel·e·vi·sion** /télivizhən/ *n.* **1** a system for reproducing on a screen visual images transmitted (usu. with sound) by radio waves. ▷ ELECTROMAGNETIC RADIATION. **2** (in full **television set**) ▼ a device with a screen for receiving these signals. **3** the medium, art form, or occupation of broadcasting on television; the content of television programs.

**tel·e·vis·u·al** /télivízhooəl/ *adj.* esp. *Brit.* relating to or suitable for television. □□ **tel·e·vis·u·al·ly** *adv.*

**tel·ex** /téleks/ *n. & v.* (also **Telex**) ● *n.* an international system of telegraphy with printed messages transmitted and received by teletypewriters using the public telecommunications network. ● *v.tr.* send or communicate with by telex.

**tell** /tel/ *v.* (*past* and *past part.* **told** /tōld/) **1** *tr.* relate or narrate in speech or writing; give an account of (*tell me a story*). **2** *tr.* make known; express in words; divulge (*tell me what you want*). **3** *tr.* reveal or signify to (a person) (*your face tells me everything*). **4** *tr.* **a** utter (*don't tell lies*). **b** warn (*I told you so*). **5** *intr.* **a** (often foll. by *of*, *about*) divulge information or a description; reveal a secret. **b** (foll. by *on*) *colloq.* inform against (a person). **6** *tr.* (foll. by *to* + infin.) give (a person) a direction or order. **7** *tr.* assure (*it's true, I tell you*). **8** *tr.* explain in writing; instruct (*this book tells you how to cook*). **9** *tr.* decide determine; distinguish (*how do you tell one from the other?*). **10** *intr.* **a** (often foll. by *on*) produce a noticeable effect (*the strain was beginning to tell on me*). **b** reveal the truth (*time will tell*). **c** have an influence (*the evidence tells against you*). **11** *tr.* (often *absol.*) count (votes) at a meeting, election, etc. □ **tell apart** distinguish between (usu. with *neg.* or *interrog*: *could not tell them apart*). **tell me another** *colloq.* an expression of incredulity. **tell off 1** *colloq.* reprimand; scold. **2** count off or detach for duty. **tell tales** report a discreditable fact about another. **tell (the) time** determine the time from the face of a clock or watch. **there is no telling** it is impossible to know (*there's no telling what may happen*). **you're telling me** *colloq.* I agree wholeheartedly. □□ **tell·a·ble** *adj.*

**tell·er** /télər/ *n.* **1** a person employed to receive and pay out money in a bank, etc. **2** a person who counts (votes). **3** a person who tells esp. stories (*a teller of tales*). □□ **tell·er·ship** *n.*

**tell·ing** /téling/ *adj.* **1** having a marked effect; striking. **2** significant. □ **telling off** esp. *Brit. colloq.* a reproof or reprimand. □□ **tell·ing·ly** *adv.*

T

EXHIBIT JJ    CCI0009086