

# RANDOM HOUSE
# WEBSTER'S
## *unabridged dictionary*

**SECOND EDITION**

OVER 315,000 ENTRIES

SPECIAL NEW-WORDS SECTION PLUS AN ESSAY ON THE GROWTH OF ENGLISH

2,400 ILLUSTRATIONS AND SPOT MAPS

EXHIBIT KK   CCI0009087

Copyright © 2001, 1998, 1997, 1996, 1993, 1987 by Random House, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the publisher. Published in the United States by Random House Reference, an imprint of The Random House Information Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

RANDOM HOUSE is a registered trademark of Random House, Inc.

Please address inquiries about electronic licensing of any products for use on a network, in software or on CD-ROM to the Subsidiary Rights Department, Random House Information Group, fax 212-572-6003.

This book is available for special discounts for bulk purchases for sales promotions or premiums. Special editions, including personalized covers, excerpts of existing books, and corporate imprints, can be created in large quantities for special needs. For more information, write to Random House, Inc., Special Markets/Premium Sales, 1745 Broadway, MD 6-2, New York, NY, 10019 or e-mail specialmarkets@randomhouse.com.

*Random House Webster's Unabridged Dictionary, Second Edition,* is a revised and updated edition of
*The Random House Dictionary of the English Language, Second Edition, Unabridged.*

*International Phonetic Alphabet* courtesy of International Phonetic Association

Library of Congress Cataloging-in-Publication Data is available.

Trademarks
A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

Visit the Random House Reference Web site at www.randomwords.com
Printed in China.

10 9 8 7 6 5 4

ISBN: 978-0-375-42599-8
ISBN: 978-0-375-42605-6 (Deluxe Edition)
ISBN: 978-0-375-42609-4 (CD-ROM Edition)

EXHIBIT KK   CCI0009088

ing credit at a *community college*. [1945–50; TELE(VI-SION) + COURSE]

**tel·e·di·ag·no·sis** (tel′i dī′əg nō′sis), *n., pl.* **-ses** (-sēz). the detection of a disease by evaluating data transmitted to a receiving station from instruments monitoring a distant patient, as someone in a spacecraft. [1960–65; TELE-¹ + DIAGNOSIS]

**tel·e·dra·ma** (tel′i drä′mə, -dram′ə), *n. Television.* a drama written esp. for broadcast on television. [1950–55; TELE(VISION) + DRAMA]

**tel·e·du** (tel′i dōō′), *n.* a small, dark-brown, badger-like mammal, *Mydaus javensis*, of the mountains of Java, Sumatra, and Borneo, having a white stripe down the back, and ejecting a foul-smelling secretion when alarmed. [1815–25; < Sumatran Malay *təladu* (sp. *teledu*)]

**tel·e·fea·ture** (tel′ə fē′chər), *n. Television.* a major dramatic television film, usually of a length comparable to a theatrical feature film. [TELE(VISION) + FEATURE]

**tel·e·fer·ic** (tel′ə fer′ik), *n. Transp.* telpher. Also, **tel·e·fe·rique** (tel′ə fə rēk′). [1915–20; < F *téléférique* or It *teleferica*, both ult. < E TELPHER with restoration of Gk *tele-*; see -IC]

**tel·e·film** (tel′ə film′), *n.* a motion picture intended primarily to be shown on television. [1935–40; TELE(VISION) + FILM]

**tel·e·fo·to** (tel′ə fō′tō), *adj. Informal.* telephoto.

**teleg.**, 1. telegram. 2. telegraph. 3. telegraphy.

**te·le·ga** (tə leg′ə; *Russ.* tyi lye′gə), *n.* a Russian cart of rude construction, having four wheels and no springs. [1550–65; < Russ *telegá*, prob. ult. < Mongolian; cf. classical Mongolian *telege(n)* carriage]

**tel·e·gen·ic** (tel′i jen′ik), *adj.* having physical qualities or characteristics that televise well; videogenic. [1935–40; TELE(VISION) + -GENIC] —**tel′e·gen′i·cal·ly**, *adv.*

**tel·eg·no·sis** (tel′əg nō′sis, tel′ig-), *n.* supernatural or occult knowledge; clairvoyance. [1910–15; TELE-¹ + -GNOSIS] —**tel·eg·nos·tic** (tel′əg nos′tik, tel′ig-), *adj.*

**Te·leg·o·nus** (tə leg′ə nəs), *n. Class. Myth.* 1. a son of Odysseus and Circe who unknowingly killed his father and eventually married Penelope. 2. a son of Proteus and the husband of Io who was killed by Hercules in a wrestling match.

**te·leg·o·ny** (tə leg′ə nē), *n.* a former belief that a sire can influence the characteristics of the progeny of the female parent and subsequent mates. [1890–95; TELE-¹ + -GONY] —**tel·e·gon·ic** (tel′i gon′ik), *adj.*

**tel·e·gram** (tel′i gram′), *n., v.,* -grammed, gramming. —*n.* 1. a message or communication sent by telegraph; a telegraphic dispatch. —*v.t., v.i.* 2. to telegraph. [1850–55, *Amer.*; TELE-¹ + -GRAM¹] —**tel′e·gram′mic**, *adj.*

**tel·e·graph** (tel′i graf′, -gräf′), *n.* 1. an apparatus, system, or process for transmitting messages or signals to a distant place, esp. by means of an electric device consisting essentially of a sending instrument and a distant receiving instrument connected by a conducting wire or other communications channel. 2. *Naut.* an apparatus, usually mechanical, for transmitting and receiving orders between the bridge of a ship and the engine room or some other part of the engineering department. 3. a telegraphic message. —*v.t.* 4. to transmit or send (a message) by telegraph. 5. to send a message to (a person) by telegraph. 6. *Informal.* to divulge or indicate unwittingly (one's intention, next offensive move, etc.), as an opponent to an audience; broadcast: *The fighter telegraphed his punch and his opponent was able to parry it. If you act nervous too early in the scene, you'll telegraph the character's guilt.* —*v.i.* 7. to send a message by telegraph. [< F *télégraphe* (1792) a kind of manual signaling device; see TELE-¹, -GRAPH] —**tel·e·gra·pher** (tə leg′rə fər), *n.; esp. Brit.,* **te·leg′ra·phist**, *n.*

**tel′egraph bu′oy**, a buoy placed over an underwater telegraph cable.

**tel·e·graph·ese** (tel′i grə fēz′, -fēs′, tel′i grə fēz′, -fēs′), *n.* a style of writing or speaking distinguished by the omissions, abbreviations, and combinations that are characteristic of telegrams, as in "EXPECT ARRIVE SIX EVENING." [1880–85; TELEGRAPH + -ESE]

**tel·e·graph·ic** (tel′i graf′ik), *adj.* 1. of or pertaining to the telegraph. 2. concise, clipped, or elliptical in style: *telegraphic speech.* [1785–95; TELEGRAPH + -IC] —**tel′e·graph′i·cal·ly**, *adv.*

**te·leg·ra·phone** (tə leg′rə fōn′), *n.* an early magnetic sound-recording device for use with wire, tape, or disks. [1885–90; < Dan *telegraphon*. See TELE-¹, GRAPHO-, PHONE]

**tel′egraph plant′**, a tick trefoil, *Desmodium motorium*, of the legume family, native to tropical Asia, noted for the spontaneous, jerking, signallike motions of its leaflets. [1880–85]

**te·leg·ra·phy** (tə leg′rə fē), *n.* the art or practice of constructing or operating telegraphs. [1785–95; TELE-¹ + -GRAPHY]

**Tel·e·gu** (tel′i gōō′), *n., pl.* -gus, (*esp. collectively*) -gu, *adj.* Telugu.

**tel·e·ki·ne·sis** (tel′i ki nē′sis, -kī-), *n.* psychokinesis. [1885–90; TELE-¹ + -KINESIS] —**tel·e·ki·net·ic** (tel′i ki net′ik, -kī-), *adj.*

**Tel el A·mar·na** (tel′ el ə mär′nə). See **Tell el Amarna**.

**Te·lem·a·chus** (tə lem′ə kəs), *n. Class. Myth.* the son of Odysseus and Penelope who helped Odysseus to kill the suitors of Penelope.

---

**CONCISE ETYMOLOGY KEY:** <, descended or borrowed from; >, whence; b., blend of, blended of; cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; resp., respelling, respelled; tr., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

---

**Te·le·mann** (tā′lə män′), *n.* **Ge·org Phi·lipp** (gā ôrk′ fē′lip, fil′ip), 1681–1767, German composer.

**tel·e·mark** (tel′ə märk′), *n.* (*sometimes cap.*) *Skiing.* a turn in which a skier places one ski far forward of the other and gradually angles the tip of the forward ski inward in the direction to be turned. [1905–10; named after *Telemark*, a Norwegian county]

**tel·e·mar·ket·ing** (tel′ə mär′ki ting), *n.* selling or advertising by telephone. [TELE-¹ + MARKETING] —**tel′e·mar′ket·er**, *n.*

**tel·e·me·chan·ics** (tel′ə mi kan′iks), *n.* (*used with a singular v.*) the science or practice of operating mechanisms by remote control. [TELE-¹ + MECHANICS]

**tel·e·med·i·cine** (tel′ə med′ə sin *or, esp. Brit.,* -med′sin), *n.* the diagnosis and treatment of patients in remote areas using medical information, as x-rays or television pictures, transmitted over long distances, esp. by satellite. [1965–70; TELE-¹ + MEDICINE]

**te·lem·e·ter** (tə lem′i tər, tel′ə mē′tər), *n.* 1. any of certain devices or attachments for determining distances by measuring the angle subtending a known distance. 2. *Elect.* the complete measuring, transmitting, and receiving apparatus for indicating, recording, or integrating at a distance, by electrical translating means, the value of a quantity. —*v.t.* 3. to transmit (radio signals, data, etc.) automatically and at a distance, as between a ground station and an artificial satellite, space probe, or the like, esp. in order to record information, operate guidance apparatus, etc. —*v.i.* 4. to telemeter radio signals, data, etc. [1855–60; TELE-¹ + -METER] —**tel·e·met·ric** (tel′ə me′trik), *adj.* —**tel′e·met′ri·cal·ly**, *adv.* —**te·lem·e·try** (tə lem′i trē), *n.*

**tel·e·mo·tor** (tel′ə mō′tər), *n.* a mechanical, electrical, or hydraulic system by which power is applied at or controlled from a distant point, esp. such a system actuating a ship's rudder. [1885–90; TELE-¹ + MOTOR]

**tel·en·ceph·a·lon** (tel′en sef′ə lon′, -lən), *n., pl.* **-lons, -la** (-lə). *Anat.* the anterior section of the forebrain comprising the cerebrum and related structures. [1900–05; TEL-² + ENCEPHALON] —**tel·en·ce·phal·ic** (tel′en sə fal′ik), *adj.*

**teleo-**, var. of **tele-²**: *teleology*.

**tel′e·ob·jec′tive lens′** (tel′ē əb jek′tiv, tel′-), *Photog.* See **telephoto lens**. [TELE-¹ + OBJECTIVE]

**tel′e·o·log′i·cal ar′gument**, *Metaphys.* the argument for the existence of God based on the assumption that order in the universe implies an orderer and cannot be a natural feature of the universe. Also called *argument from design*, *teleological proof*.

**tel·e·ol·o·gy** (tel′ē ol′ə jē, tē′lē-), *n. Philos.* 1. the doctrine that final causes exist. 2. the study of the evidences of design or purpose in nature. 3. such design or purpose. 4. the belief that purpose and design are a part of or are apparent in nature. 5. (in vitalist philosophy) the doctrine that phenomena are guided not only by mechanical forces but that they also move toward certain goals of self-realization. [1730–40; < NL *teleologia*. See TELEO-, -LOGY] —**tel·e·o·log·i·cal** (tel′ē ə loj′i kəl, tē′lē-), *adj.* —**tel·e·o·log′i·cal·ly**, *adv.* —**tel·e·ol′o·gism**, *n.* —**tel·e·ol′o·gist**, *n.*

**tel·e·ost** (tel′ē ost′, tē′lē-), *adj.* 1. belonging or pertaining to the Teleostei, a group of bony fishes including most living species. —*n.* 2. Also called **te·le·os·tome** (tel′ē ə stōm′, tē′lē-). a teleost fish. Also, **tel·e·os·te·an** (tel′ē os′tē ən). [1860–85; < NL *Teleostei* infraclass name (designating fish with completely ossified skeletons), pl. of *teleosteus*, equiv. to Gk *tele-* TELE-² + *-osteos* -boned, adj. deriv. of *ostéon* bone; see OSTEO-, -OUS]

**tel·e·pa·thist** (tə lep′ə thist), *n.* 1. a student of or believer in telepathy. 2. a person having telepathic power. [1890–95; TELEPATH(Y) + -IST]

**tel·e·pa·thize** (tə lep′ə thīz′), *v.,* -thized, -thiz·ing. —*v.t.* 1. to communicate with by telepathy. —*v.i.* 2. to practice or conduct telepathy. Also, esp. Brit., **te·lep′a·thise′**. [1890–95; TELEPATH(Y) + -IZE]

**te·lep·a·thy** (tə lep′ə thē), *n.* communication between minds by some means other than sensory perception. Also called **mental telepathy**. [1880–85; TELE-¹ + -PATHY] —**tel·e·path·ic** (tel′ə path′ik), *adj.* —**tel′e·path′i·cal·ly**, *adv.*

**teleph.**, telephony.

**tel·e·phone** (tel′ə fōn′), *n., v.,* -phoned, -phon·ing. —*n.* 1. an apparatus, system, or process for transmission of sound or speech to a distant point, esp. by an electric device. —*v.t.* 2. to speak to or summon (a person) by telephone. 3. to send (a message) by telephone. —*v.i.* 4. to send a message by telephone. Also, *phone*. [1825–35; TELE-¹ + -PHONE] —**tel′e·phon′er**, *n.*

**tel′ephone an′swering machine′**. See **answering machine**. [1960–65]

**tel′ephone bank′**, an array of telephones used in large-scale telephoning operations, as for a political campaign.

**tel′ephone book′**, a book, directory, or the like, usually containing an alphabetical list of telephone subscribers in a city or other area, together with their addresses and telephone numbers. Also called **tel′ephone direc′tory**. [1910–15]

**tel′ephone booth′**, a more or less soundproof booth containing a public telephone. Also called, esp. Brit., **tel′ephone box′**. [1895–1900, *Amer.*]

**tel′ephone ex·change′**, a telecommunications facility to which subscribers' telephones connect, that switches calls among subscribers or to other exchanges for further routing.

**tel′ephone pole′**, a utility pole for supporting telephone wires. [1880–85, *Amer.*]

**tel′ephone receiv′er**, a device, as in a telephone, that converts changes in an electric current into sound.

**tel′ephone tag′**, repeated unsuccessful attempts by two persons to connect with one another by telephone.

**tel·e·phon·ic** (tel′ə fon′ik), *adj.* 1. of, pertaining to, or happening by means of a telephone system. 2. carrying sound to a distance by artificial means. [1825–35; TELE-¹ + -PHONE + -IC] —**tel′e·phon′i·cal·ly**, *adv.*

**te·leph·o·nist** (tə lef′ə nist, tel′ə fō′-), *n. Chiefly Brit.* a telephone switchboard operator. [TELEPHONE + -IST]

**te·leph·o·ny** (tə lef′ə nē), *n.* 1. the construction or operation of telephones or telephonic systems. 2. a system of telecommunications in which telephonic equipment is employed in the transmission of speech or other sound between points, with or without the use of wires. [1825–35; TELEPHONE + -Y³]

**tel·e·pho·to** (tel′ə fō′tō), *adj.* noting or pertaining to telephotography. [1890–95; short for *telephotographic*; see TELEPHOTOGRAPH, -IC]

**Tel·e·pho·to** (tel′ə fō′tō), *Trademark.* 1. a brand of apparatus for electrical transmission of photographs. 2. a photograph transmitted by this apparatus.

**tel·e·pho·to·graph** (tel′ə fō′tə graf′, -gräf′), *n.* a photograph taken with a telephoto lens. [1880–85; TELE-¹ + PHOTOGRAPH]

**tel·e·pho·tog·ra·phy** (tel′ə fō tog′rə fē), *n.* photography of distant objects, using a telephoto lens. [1880–85; TELE-¹ + PHOTOGRAPHY] —**tel·e·pho·to·graph·ic** (tel′ə fō′tə graf′ik), *adj.*

**tel′epho′to lens′**, *Photog.* a lens constructed so as to produce a relatively large image with a focal length shorter than that required by an ordinary lens producing an image of the same size: used to photograph small or distant objects. Also called **tel′ephotograph′ic lens′**, **teleobjective lens**. [1940–45]

**tel·e·pho·tom·e·ter** (tel′ə fō tom′i tər), *n.* an instrument for measuring the amount of light emanating from a distant object. [1925–30; TELE-¹ + PHOTOMETER]

**tel·e·plasm** (tel′ə plaz′əm), *n. Parapsychol.* a hypothetical emanation from the body of a medium that serves as the means for telekinesis. [1925–30; TELE-¹ + -PLASM] —**tel′e·plas′mic**, *adj.*

**tel·e·play** (tel′ə plā′), *n.* a play written or adapted for broadcast on television. Also called **videoplay**, **video drama**. [1950–55; TELE(VISION) + PLAY]

**tel·e·port¹** (tel′ə pôrt′, -pōrt′), *v.t.* to transport (a body) by telekinetics. [1950–55; back formation from *teleportation*, equiv. to TELE-¹ + (TRANS)PORTATION] —**tel′e·por·ta′tion**, **tel′e·por′tage**, *n.*

**tel·e·port²** (tel′ə pôrt′, -pōrt′), *n.* a regional telecommunications network that provides access to communications satellites and other long-distance media; telecommunications hub. [1980–1985; TELE-¹ + PORT²]

**tel·e·print·er** (tel′ə prin′tər), *n.* a teletypewriter. [1925–30; TELE(TYPE) + PRINTER]

**tel·e·proc·ess·ing** (tel′ə pros′es ing, -ə sing *or, esp. Brit.,* -prō′ses ing, -prō′sə sing), *n. Computers.* computerized processing and transmission of data over the telephone or other long-distance communications systems. Also, **telecomputing**. [1960–65; TELE-¹ + PROCESSING]

**Tel·e·Promp·Ter** (tel′ə promp′tər), *Trademark.* a brand name for an off-camera device that displays a magnified script so that it is visible to the performers or speakers on a television program.

**tel·e·ran** (tel′ə ran′), *n.* (*sometimes cap.*) a navigational aid that uses radar to map the sky above an airfield, which, together with a map of the airfield itself, is transmitted by television to aircraft approaching the field. [*Tele*(vision) *R*(adar) *A*(ir) *N*(avigation)]

**tel·e·scope** (tel′ə skōp′), *n., adj., v.,* -scoped, -scoping. —*n.* 1. an optical instrument for making distant objects appear larger and therefore nearer. One of the two principal forms (**refracting telescope**) consists essentially of an objective lens set into one end of a tube and an adjustable eyepiece or combination of lenses set into the other end of a tube that slides into the first and through which the enlarged object is viewed directly; the other form (**reflecting telescope**) has a concave mirror that gathers light from the object and focuses it into an adjustable eyepiece or combination of lenses through which the reflection of the object is enlarged and viewed. Cf. **radio telescope**. 2. (*cap.*) *Astron.* the constellation *Telescopium*. —*adj.* 3. consisting of parts that fit and slide one within another. —*v.t.* 4. to force together, one into another, or force into something else, in the manner of the sliding tubes of a jointed telescope. 5. to shorten or condense; compress: *to telescope the events of five hundred years into one history lecture.* —*v.i.* 6. to slide together, or into something else, in the manner of the tubes of a jointed telescope. 7. to be driven one into another, as railroad cars in a collision. 8. to be or become shortened or condensed. [1610–20; TELE-¹ + -SCOPE; r. *telescopium* (< NL; see -IUM) and *telescopio* (< It)]

**tel′escope eyes′**, protruding orbits, as on certain goldfish.

**tel·e·scop·ic** (tel′ə skop′ik), *adj.* 1. of, pertaining to, or of the nature of a telescope. 2. capable of magnifying distant objects: *a telescopic lens*. 3. obtained by means of a telescope: *a telescopic view of the moon*. 4. capable of being extended or shortened. Also, **tel′e·scop′i·cal**. [TELESCOPE + -IC] —**tel′e·scop′i·cal·ly**, *adv.*

**Tel·e·sco·pi·um** (tel′ə skō′pē əm), *n., gen.* **-pi·i** (-pē ī′). *Astron.* the Telescope, a small southern constellation between Ara and Corona Austrinus. [< NL]

**te·les·co·py** (tə les′kə pē), *n.* 1. the use of the telescope. 2. telescopic investigation. [1860–65; TELESCOPE + -Y³] —**te·les′co·pist**, *n.*

**tel·e·screen** (tel′ə skrēn′), *n.* a television screen, esp. a large one suitable for viewing by large numbers of people. [1940–45; TELE(VISION) + SCREEN]

**tel·e·seism** (tel′ə sī′zəm), *n. Geol.* a tremor caused by an earthquake originating a great distance from the seismographic station that records it. [TELE-¹ + SEISM]

**tel·e·shop** (tel′ə shop′), *v.i.,* -shopped, -shop·ping. to