Case 6:17-cv-00055-ADA   Document 54-8   Filed 08/10/18   Page 1 of 3

America's Favorite Dictionary—Access It Your Way

# The AMERICAN HERITAGE® College dic·tion·ar·y

The Most Up-to-Date, Comprehensive, and Authoritative College Dictionary Available Today

FOURTH EDITION


EXHIBIT LL   CCI0009090

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2007, 2004, 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-83595-9
ISBN-10: 0-618-83595-4

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
  p.cm.
  Based on the fourth ed. of the American Heritage dictionary.
  ISBN 0-618-09848-8 (thumb edge) --
  ISBN 0-618-19604-8 (deluxe binding)
  1. English language--Dictionaries. 2. Americanisms. I. Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423--dc21
                                              2001039826

Manufactured in the United States of America

EXHIBIT LL  CCI0009091

[Left column partially cut off — fragments of entries for seesaw, teething, teetotaler, tef, tefillin, tegmen, tegmentum, tegular, tegument, Tegucigalpa, Tehuantepec, Tehuelche, Teilhard, Tekirdag, Tel Aviv, telamon, telangiectasia...]

**tel·an·gi·ec·ta·sia** (těl-ăn′jē-ěk-tā′zhə) also **tel·an·gi·ec·ta·sis** (-ěk′tə-sĭs) n. Chronic dilation of groups of capillaries causing elevated dark red blotches on the skin. [NLat. : TEL(O)- + Gk. *angeion*, vessel; see ANGIO- + Gk. *ektasis*, expansion (< *ekteinein*, to stretch out : *ek-*, *ex-*, ex- + *teinein*, to stretch; see ten- in App.).] —**tel′an·gi·ec·', tel′an·gi·ec·tat′ic** (-tăt′ĭk) adj.

**Tel A·viv-Ya·fo** (těl′ ə-vēv′yä′fō, ä-vēv′-) or **Tel A·viv-Jaf·fa** (-jăf′ə, -yä′fə) A city of W-central Israel WNW of Jerusalem. Tel Aviv was founded in 1909 by settlers from the ancient city of Yafo; the communities merged in 1950. Pop. 357,100.

**tele-** or **tel-** *pref.* **1.** Distance; distant: *telesthesia*. **2a.** Telegraph: *telephone: telegram*. **b.** Television: *telecast*. [Gk. *tēle-* < *tēle*, far off.]

**tel·e·cast** (těl′ĭ-kăst′) v. **-cast** or **-cast·ed, -cast·ing, -casts** —*intr.* To broadcast a television program. —*tr.* To broadcast (a program) by television. ❖ n. A television broadcast. —**tel′e·cast′er** n.

**tel·e·com** (těl′ĭ-kŏm′) n. *Informal* Telecommunications.
**tel·e·com·mu·ni·cate** (těl′ĭ-kə-myōō′nĭ-kāt′) v. **-cat·ed, -cat·ing, -cates** —*tr.* To transmit (data, for example) by telecommunication. —*intr.* To communicate by means of telecommunication. —**tel′e·com·mu′ni·ca′tor** n.

**tel·e·com·mu·ni·ca·tion** (těl′ĭ-kə-myōō′nĭ-kā′shən) n. **1.** The science and technology of communication at a distance by electronic transmission of impulses, as by telegraph, telephone, radio, or television. Often used in the plural with a singular verb. **2.** The electronic systems used in such transmission. Often used in the plural. **3.** A message so transmitted.

**tel·e·com·mute** (těl′ĭ-kə-myōōt′) *intr.v.* **-mut·ed, -mut·ing, -mutes** To work at home using a computer connected to the network of one's employer. —**tel′e·com·mut′er** n.

**tel·e·con·fer·ence** (těl′ĭ-kŏn′fər-əns, -frəns) n. A conference held among people in different locations by means of telecommunications equipment, such as closed-circuit television. —**tel′e·con′fer·ence** v. —**tel′e·con′fer·enc·ing** n.

**tel·e·course** (těl′ĭ-kôrs′, -kōrs′) n. A course of televised lectures, as one offered by a university.

**tel·e·fac·sim·i·le** (těl′ə-făk-sĭm′ə-lē) n. A fax machine.

**tel·e·film** (těl′ə-fĭlm′) n. A film made for television.

**tel·e·gen·ic** (těl′ə-jěn′ĭk) adj. Having physical and personal qualities deemed appealing on television.

**tel·e·gram** (těl′ĭ-grăm′) n. A message transmitted by telegraph.

**tel·e·graph** (těl′ĭ-grăf′) n. **1.** A communications system that transmits and receives simple unmodulated electric impulses, esp. one in which the transmission and reception stations are directly connected by wires. **2.** A message transmitted by telegraph. ❖ v. **-graphed, -graph·ing, -graphs** —*tr.* **1.** To transmit (a message) by telegraph. **2.** To send or convey a message (to a recipient) by telegraph. **3a.** To make known (a feeling, for example) by nonverbal means. **b.** To make known (an intended action, for example) in advance or unintentionally. —*intr.* To send or transmit a telegram. —**te·leg′ra·pher** (tə-lěg′rə-fər), **te·leg′ra·phist** (-fĭst) n.

**tel·e·graph·ic** (těl′ĭ-grăf′ĭk) also **tel·e·graph·i·cal** (-ĭ-kəl) adj. **1.** Of or transmitted by telegraph. **2.** Brief or concise.

**telegraph plant** n. A tropical Asian plant (*Desmodium motorium*) having trifoliolate compound leaves, whose very small lateral leaflets move by jerks under the sun's influence.

**te·leg·ra·phy** (tə-lěg′rə-fē) n. Communication by means of the telegraph.

**Tel·u·gu** (těl′ə-gōō) n. & adj. Variant of Telugu.

**tel·e·ki·ne·sis** (těl′ĭ-kə-nē′sĭs, -kī-) n. The movement of objects by scientifically inexplicable means, as by the exercise of an occult power. —**tel′e·ki·net′ic** (-nět′ĭk) adj.

**Te·lem·a·chus** (tə-lěm′ə-kəs) n. *Greek Mythology* The son of Odysseus and Penelope, who helped kill Penelope's suitors.

**Te·le·mann** (tā′lə-män′), **Georg Philipp** 1681–1767. German composer of the late baroque period.

**tel·e·mark** (těl′ə-märk′) n. A downhill turn performed in cross-country skiing in which the outside ski is advanced ahead of the other and angled inward until the turn is complete. [Norw., *Telemark*, a region of S Norway.]

**tel·e·mar·ket·ing** (těl′ə-mär′kĭ-tĭng) n. The marketing of goods or services by telephone. —**tel′e·mar′ket·er** n.

**tel·e·med·i·cine** (těl′ĭ-mĕd′ĭ-sĭn) n. The use of telecommunications to deliver or expedite the delivery of health care services. —**tel′e·med′i·cal** (-ĭ-kəl) adj.

**tel·e·me·ter** (těl′ə-mē′tər, tə-lěm′ĭ-tər) n. Any of various measuring, transmitting, and receiving systems used in telemetry. ❖ v. (těl′ə-mē′tər) **-tered, -ter·ing, -ters** To measure and transmit (data) using telemetry.

**te·lem·e·try** (tə-lěm′ĭ-trē) n. The science or process of transmitting, as by wire or radio, data measured at a remote location to a distant receiving station for recording and analysis. —**tel′e·met′ric** (těl′ə-mět′rĭk), **tel′e·met′ri·cal** (-rĭ-kəl) adj.

**tel·en·ceph·a·lon** (těl′ěn-sěf′ə-lŏn′, -lən) n. The anterior portion of the forebrain, constituting the cerebral hemispheres and related parts. —**tel′en·ce·phal′ic** (-sə-făl′ĭk) adj.

**tel·e·ol·o·gy** (těl′ē-ŏl′ə-jē, tē′lē-) n., pl. **-gies** **1.** The study of design or purpose in natural phenomena. **2.** The use of ultimate purpose or design as a means of explaining phenomena. **3.** Belief in or the perception of purposeful development toward an end, as in nature or history. [Gk. *teleios, teleos,* perfect, complete (< *telos,* end, result; see kʷel- in App.) + -LOGY.] —**tel′e·o·log′i·cal** (-ə-lŏj′ĭ-kəl), **tel′e·o·log′ic** (-ĭk) adj. —**tel′e·o·log′i·cal·ly** adv. —**tel′e·ol′o·gist** n.

**tel·e·ost** (těl′ē-ŏst′, tē′lē-) also **tel·e·os·te·an** (-ŏs′tē-ən) adj. Of or belonging to the Teleostei or Teleostomi, a large group of fishes with bony skeletons, including most common fishes. [< NLat. *Teleostei,* group name (Gk. *teleos,* complete; see TELEOLOGY + *osteon,* bone; per ost- in App.) and < NLat. *Teleostomi,* group name (Gk. *teleos,* complete + Gk. *stoma,* mouth).] —**tel′e·ost′** n.

**te·lep·a·thy** (tə-lěp′ə-thē) n. Communication through means other than the senses, as by the exercise of an occult power. —**tel′e·path′ic** (těl′ə-păth′ĭk) adj. —**tel′e·path′i·cal·ly** adv. —**te·lep′a·thist** n.

**tel·e·phone** (těl′ə-fōn′) n. An instrument that converts voice and other sound signals into a form that can be transmitted to remote locations and receives and reconverts waves into sound signals. ❖ v. **-phoned, -phon·ing, -phones** —*tr.* **1.** To speak with (a person) by telephone. **2.** To initiate or make a telephone connection with; place a call to. **3.** To transmit (a message, for example) by telephone. —*intr.* To engage in communication by telephone. —**tel′e·phon′er** n.

**telephone book** n. A directory of telephone subscribers with their telephone numbers and often their addresses.

**telephone booth** n. A small enclosure for a public telephone.

**telephone exchange** n. A central system of equipment that establishes connections between individual telephones.

**telephone tag** n. A series of unsuccessful calls exchanged by two people attempting to contact each other by telephone.

**tel·e·phon·ic** (těl′ə-fŏn′ĭk) adj. **1.** Of or relating to telephones. **2.** Transmitted or conveyed by telephone. —**tel′e·phon′i·cal·ly** adv.

**te·leph·o·ny** (tə-lěf′ə-nē) n. **1.** The transmission of sound between distant stations, esp. by radio or telephone. **2.** The technology and manufacture of telephone equipment. —**te·leph′o·nist** n.

**tel·e·pho·to** (těl′ə-fō′tō) adj. Of, relating to, or being a photographic lens or lens system used to produce a large image of a distant object. **2.** Of or relating to an instrument that electrically transmits photographs. ❖ n., pl. **-tos** **1.** A telephoto lens. **2.** A photograph made with a telephoto lens.

**tel·e·pho·to·graph** (těl′ə-fō′tə-grăf′) n. **1.** A telephoto. **2.** A photograph transmitted and reproduced by telephotography. —**tel′e·pho′to·graph′** v.

**tel·e·pho·tog·ra·phy** (těl′ə-fə-tŏg′rə-fē) n. **1.** The process or technique of photographing distant objects, using a telephoto lens on a camera. **2.** The technique or process of transmitting photographs over a distance. —**tel′e·pho′to·graph′ic** (-fō′tə-grăf′ĭk) adj.

**tel·e·play** (těl′ĭ-plā′) n. A play written or adapted for television.

**tel·e·por·ta·tion** (těl′ə-pôr-tā′shən, -pōr-) n. A hypothetical method of transportation in which matter or information is dematerialized, usu. instantaneously, at one point and recreated at another. [TELE- + (TRANS)PORTATION.]

**tel·e·print·er** (těl′ə-prĭn′tər) n. A teletypewriter.

**tel·e·proc·ess·ing** (těl′ə-prŏs′ěs′ĭng, -prō′sěs′-) n. Data processing by means of remote terminals.

**Tel·e·Promp·Ter** (těl′ə-prŏmp′tər) A trademark for a device used in television to show an actor or speaker an enlarged line-by-line reproduction of a script, unseen by the audience.

**tel·e·ran** (těl′ə-răn′) n. An air-traffic control system in which the image of a ground-based radar unit is televised to aircraft in the vicinity as a navigational aid. [Orig. a trademark.]

**tel·e·scope** (těl′ĭ-skōp′) n. **1.** An arrangement of lenses or mirrors or both that gathers visible light, permitting observation or photographic recording of distant objects. **2.** Any of various devices, such as a radio telescope, used to observe distant objects by detecting and collecting invisible radiation. ❖ v. **-scoped, -scop·ing, -scopes** —*tr.* **1.** To cause to slide inward or outward in overlapping sections, as the cylindrical sections of a small hand telescope do. **2.** To make more compact or concise; condense. —*intr.* To slide inward or outward in or as if in overlapping cylindrical sections. [NLat. *telescopium* or Ital. *telescopio,* both < Gk. *tēleskopos,* far-seeing : *tēle-*, tele- + *skopos,* watcher; see spek- in App.]

**tel·e·scop·ic** (těl′ĭ-skŏp′ĭk) adj. **1.** Of or relating to a telescope. **2.** Seen or obtained by means of a telescope. **3.** Visible only by means of a telescope. **4.** Capable of discerning distant objects. **5.** Extensible or compressible by or as if by the sliding of overlapping sections. —**tel′e·scop′i·cal·ly** adv.

**Tel·e·sco·pi·um** (těl′ĭ-skō′pē-əm) n. A constellation in the Southern Hemisphere between Pavo and Sagittarius. [NLat. < *telescopium,* telescope. See TELESCOPE.]

**te·les·co·py** (tə-lěs′kə-pē) n. The art or study of making and operating telescopes. —**te·les′co·pist** n.

**tel·e·shop·ping** (těl′ə-shŏp′ĭng) n. The buying and selling of

---

| ă pat | oi boy |
|---|---|
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

*Stress marks:*
**′** (primary);
**′** (secondary), as in
**lexicon** (lěk′sĭ-kŏn′)

EXHIBIT LL   CCI0009092