# The Merriam-Webster Dictionary



Merriam-Webster, Incorporated
Springfield, Massachusetts

EXHIBIT MM   CCI0009093



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2005 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

The Merriam-Webster dictionary.
   p. cm.
   ISBN 978-0-87779-636-7 (pbk. : alk. paper)

  1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.M353 2005
423—dc22

                                               2005001286

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

14th printing Quad Graphics Fairfield, PA March 2017

EXHIBIT MM   CCI0009094

**tear·jerk·er** \'tir-ˌjər-kər\ *n* : an extravagantly pathetic story, song, play, movie, or broadcast

**¹tease** \'tēz\ *vb* **teased; teas·ing** **1** : to disentangle and lay parallel by combing or carding ⟨~ wool⟩ **2** : to scratch the surface of (cloth) so as to raise a nap **3** : to annoy persistently esp. in fun by goading, coaxing, or tantalizing **4** : to comb (hair) by taking a strand and pushing the short hairs toward the scalp with the comb ♦ **Synonyms** HARASS, WORRY, PESTER, ANNOY

**²tease** *n* **1** : the act of teasing or state of being teased **2** : one that teases

**tea·sel** \'tē-zəl\ *n* : a prickly herb or its flower head covered with stiff hooked bracts and used to raise the nap on cloth; *also* : an artificial device used for this purpose

**tea·spoon** \'tē-ˌspün\ *n* **1** : a small spoon suitable for stirring beverages **2** : a unit of measure equal to ⅙ fluid ounce (5 milliliters)

**tea·spoon·ful** \-ˌfu̇l\ *n, pl* **-spoonfuls** *also* **-spoons·ful** \-ˌspünz-ˌfu̇l\ : TEASPOON 2

**teat** \'tit, 'tēt\ *n* : the protuberance through which milk is drawn from an udder or breast

**tech** *abbr* **1** technical; technically; technician **2** technological; technology

**tech·ne·tium** \tek-'nē-shē-əm\ *n* : a radioactive metallic chemical element

**tech·nic** \'tek-nik, tek-'nēk\ *n* : TECHNIQUE 1

**tech·ni·cal** \'tek-ni-kəl\ *adj* [Gk *technikos* of art, skillful, fr. *technē* art, craft, skill] **1** : having special knowledge esp. of a mechanical or scientific subject ⟨~ experts⟩ **2** : of or relating to a particular and esp. a practical or scientific subject ⟨~ training⟩ **3** : according to a strict interpretation of the rules **4** : of or relating to technique — **tech·ni·cal·ly** \-k(ə-)lē\ *adv*

**tech·ni·cal·i·ty** \ˌtek-nə-'ka-lə-tē\ *n, pl* **-ties** **1** : a detail meaningful only to a specialist **2** : the quality or state of being technical

**technical sergeant** *n* : a noncommissioned officer in the air force ranking next below a master sergeant

**tech·ni·cian** \tek-'ni-shən\ *n* : a person who has acquired the technique of a specialized skill or subject

**tech·nique** \tek-'nēk\ *n* [F] **1** : the manner in which technical details are treated or basic physical movements are used **2** : technical methods

**tech·no** \'tek-nō\ *n* : dance music featuring a fast beat and electronically created sounds usu. without vocals

**tech·noc·ra·cy** \tek-'nä-krə-sē\ *n* : management of society by technical experts — **tech·no·crat** \'tek-nə-ˌkrat\ *n* — **tech·no·crat·ic** \ˌtek-nə-'kra-tik\ *adj*

**tech·nol·o·gy** \tek-'nä-lə-jē\ *n, pl* **-gies** : ENGINEERING; *also* : a manner of accomplishing a task using technical methods or knowledge — **tech·no·log·i·cal** \ˌtek-nə-'lä-ji-kəl\ *adj*

**tec·ton·ics** \tek-'tä-niks\ *n sing or pl* **1** : geological structural features **2** : geology dealing esp. with the faulting and folding of a planet or moon — **tec·ton·ic** \-nik\ *adj*

**ted·dy bear** \'te-dē-ˌber\ *n* [*Teddy* Roosevelt; fr. a cartoon depicting the president sparing the life of a bear cub while hunting] : a stuffed toy bear

**te·dious** \'tē-dē-əs\ *adj* : tiresome because of length or dullness ♦ **Synonyms** BORING, TIRING, IRKSOME — **te·dious·ly** *adv* — **te·dious·ness** *n*

**te·di·um** \'tē-dē-əm\ *n* : TEDIOUSNESS; *also* : BOREDOM

**¹tee** \'tē\ *n* : a small mound or peg on which a golf ball is placed to be hit at the beginning of play on a hole; *also* : the area from which the ball is hit to begin play

**²tee** *vb* **teed; tee·ing** : to place (a ball) on a tee

**teem** \'tēm\ *vb* : to become filled to overflowing : ABOUND ♦ **Synonyms** SWARM, CRAWL, FLOW

**teen** *adj* : TEENAGE

**teen·age** \'tēn-ˌnāj\ *or* **teen·aged** \-ˌnājd\ *adj* : of, being, or relating to people in their teens — **teen·ag·er** \-ˌnā-jər\ *n*

**teens** \'tēnz\ *n pl* : the numbers 13 to 19 inclusive; *esp* : the years 13 to 19 in a person's life

**tee·ny** \'tē-nē\ *adj* **tee·ni·er; -est** : TINY

**teepee** *var of* TEPEE

**tee shirt** *var of* T-SHIRT

**tee·ter** \'tē-tər\ *vb* **1** : to move unsteadily **2** : SEESAW — **teeter** *n*

**teeth** *pl of* TOOTH

**teethe** \'tēth\ *vb* **teethed; teeth·ing** : to experience the rising of one's teeth through the gums : to grow teeth

**teething** *n* : growth of the first set of teeth through the gums with its accompanying phenomena

**tee·to·tal·er** *or* **tee·to·tal·ler** \'tē-ˌtō-tᵊl-ər\ *n* : a person who practices complete abstinence from alcoholic drinks — **tee·to·tal** \'tē-ˌtō-tᵊl, -ˌtō-\ *adj* — **tee·to·tal·ism** \-ᵊl-ˌi-zəm\ *n*

**TEFL** *abbr* teaching English as a foreign language

**Te·ja·no** \tā-'hä-(ˌ)nō\ *n, pl* **-nos** [Mex Sp, fr. *Tejas* Texas] : a Texan of Hispanic descent

**tek·tite** \'tek-ˌtīt\ *n* : a glassy body of probably meteoric origin

**tel** *abbr* **1** telegram **2** telegraph **3** telephone

**tele·cast** \'te-li-ˌkast\ *vb* **-cast** *also* **-cast·ed; -cast·ing** : to broadcast by television — **telecast** *n* — **tele·cast·er** *n*

**tel·e·com** \'te-li-ˌkäm\ *n* : TELECOMMUNICATION; *also* : the telecommunications industry

**tele·com·mu·ni·ca·tion** \ˌte-li-kə-ˌmyü-nə-'kā-shən\ *n* : communication at a distance (as by telephone or radio)

**tele·com·mute** \'te-li-kə-ˌmyüt\ *vb* : to work at home by the use of an electronic linkup with a central office

**tele·con·fer·ence** \'te-li-ˌkän-fə-rəns\ *n* : a conference among people remote from one another held using telecommunications — **tele·con·fer·enc·ing** *n*

**tele·ge·nic** \ˌte-lə-'je-nik, -'jē-\ *adj* : markedly attractive to television viewers

**tele·gram** \'te-lə-ˌgram\ *n* : a message sent by telegraph

**¹tele·graph** \-ˌgraf\ *n* : an electric apparatus or system for sending messages by a code over wires — **tele·graph·ic** \ˌte-lə-'gra-fik\ *adj*

**²telegraph** *vb* : to send or communicate by or as if by telegraph — **te·leg·ra·pher** \tə-'le-grə-fər\ *n*

**te·leg·ra·phy** \tə-'le-grə-fē\ *n* : the use or operation of a telegraph apparatus or system

**tele·mar·ket·ing** \ˌte-lə-'mär-kə-tiŋ\ *n* : the marketing of goods or services by telephone — **tele·mar·ket·er** \-tər\ *n*

**tele·med·i·cine** \ˌte-lə-'me-də-sən\ *n* : the practice of medicine using two-way voice and visual communication

**te·lem·e·try** \tə-'le-mə-trē\ *n* : the transmission esp. by radio of measurements made by automatic instruments to a distant station — **tele·me·ter** \'te-lə-ˌmē-tər\ *n*

**te·lep·a·thy** \tə-'le-pə-thē\ *n* : apparent communication from one mind to another by extrasensory means — **tele·path·ic** \ˌte-lə-'pa-thik\ *adj* — **tele·path·i·cal·ly** \-thi-k(ə-)lē\ *adv*

**¹tele·phone** \'te-lə-ˌfōn\ *n* : an instrument for sending and receiving sounds over long distances by electricity

**²telephone** *vb* **-phoned; -phon·ing** **1** : to send or communicate by telephone **2** : to speak to (a person) by telephone — **tele·phon·er** *n*

**te·le·pho·ny** \tə-'le-fə-nē, 'te-lə-ˌfō-\ *n* : use or operation of an apparatus for transmission of sounds as electrical signals between distant points — **tel·e·phon·ic** \ˌte-lə-'fä-nik\ *adj*

**tele·pho·to** \ˌte-lə-'fō-tō\ *adj* : being a camera lens giving a large image of a distant object — **tele·pho·tog·ra·phy** \-fə-'tä-grə-fē\ *n*

**tele·play** \'te-li-ˌplā\ *n* : a story prepared for television production

**tele·print·er** \'te-lə-ˌprin-tər\ *n* : TELETYPEWRITER

**tele·prompt·er** \'te-lə-ˌprämp-tər\ *n* : a device for displaying prepared text to a speaker or performer

**¹tele·scope** \'te-lə-ˌskōp\ *n* **1** : a cylindrical instrument equipped with lenses or mirrors for viewing distant objects **2** : RADIO TELESCOPE

**²telescope** *vb* **-scoped; -scop·ing** **1** : to slide or pass or cause to slide or pass one within another like the sections of a collapsible hand telescope **2** : COMPRESS, CONDENSE

**tele·scop·ic** \ˌte-lə-'skä-pik\ *adj* **1** : of or relating to a telescope **2** : seen only by a telescope **3** : able to discern objects at a distance **4** : having parts that telescope — **tele·scop·i·cal·ly** \-pi-k(ə-)lē\ *adv*

**tele·text** \'te-lə-ˌtekst\ *n* : a system for broadcasting text over a television signal and displaying it on a decoder-equipped television

**tele·thon** \'te-lə-ˌthän\ *n* : a long television program usu. to solicit funds for a charity

**tele·type·writ·er** \ˌte-lə-'tīp-ˌrī-tər\ *n* : a printing device resembling a typewriter used to send and receive signals over telephone lines

**tele·vise** \'te-lə-ˌvīz\ *vb* : television

**tele·vi·sion** \'te-lə-ˌvi-zhən\ *n* : at a distance + images and so radio waves w sound by a rec

**tell** \'tel\ *vb* **told** **2** : to relate in **3** : SAY, UTTER port to : INFC RECT **7** : to ence⟩ **8** : to evidence ♦ **Sy**

**tell·er** \'te-lər\ *n* that counts ceived or paid

**tell·ing** \'te-liŋ\ TIVE ⟨~ evide SOUND

**tell off** *vb* : REP

**tell·tale** \'tel-ˌtāl\ : something th **tale** *adj*

**tel·lu·ri·um** \tə-'lu̇r-ē-əm\ *n* : in alloys

**tel·net** \'tel-ˌnet\ *n* : cessing and usi er — **telnet** *vb*

**tem·blor** \'tem-blər\ *n* : a

**te·mer·i·ty** \tə-'mer-ə-tē\ *n* : daring ♦ **Synonyms** BOLD TERY, GALL, N

**¹temp** \'temp\ *n* er

**²temp** *abbr* **tem**

**¹tem·per** \'tem-pər\ *vb* tion of someth bring (as steel) cooling **3** : t cooling **4** : TO

**²temper** *n* **1** : hardness or to blade⟩ **3** : a c **4** : calmness of frame of mind emotion ♦ **Sy** PERSONALITY,

**tem·pera** \'tem-pə-rə\ *n* : albuminous or painting done i

**tem·per·a·ment** \'tem-p(ə-)rə-mənt\ *n* : teristic or habi sponse : DISPO tiveness or i PERSONALITY, \ˌtem-prə-'men

**tem·per·ance** \'tem-p(ə-)rəns\ *n* : tion in the ind : moderation i beverages

**tem·per·ate** \'tem-p(ə-)rət\ *adj* : cessive : MILD desire **3** : mod : having a mode NENT, ABSTEMI **temperate zone** *n* : Tropic of Canc Tropic of Capri

**tem·per·a·ture** \'tem-p(ə-)rə-ˌchu̇r\ *n* : degree of ho water, or the : FEVER 1

**tem·pest** \'tem-pəst\ *n* : *tempestas* seaso lent storm

**tempest in a te** portant matter

**tem·pes·tu·ous** \tem-'pes-chə-wəs\ *adj* : resembling a tem — **tem·pes·tu·**