# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

Fourth Edition

Michael Agnes
EDITOR IN CHIEF

David B. Guralnik
EDITOR IN CHIEF 1951–1985



WILEY

Wiley Publishing, Inc.

EXHIBIT NN  CCI0009099

Copyright © 2004 by Wiley Publishing, Inc., Cleveland, Ohio

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-750-4470, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, 317-572-3447, fax 317-572-4447, e-mail: permcoordinator@wiley.com.

Trademarks: Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

*Library of Congress Cataloging-in-Publication Data:*
Webster's New World College Dictionary / Michael Agnes, editor in chief.—4th ed.
   p. cm.
ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain).
—ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
1. English language—Dictionaries.    I. Agnes, Michael.

PE1628.W5629 2000
423—dc21                                                      99-045223


Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

EXHIBIT NN  CCI0009100

**te·leph·o·ny** (tə lef′ə nē) *n.* 1 the science of telephonic transmission 2 the making or operation of telephones

**Tele·photo** (tel′ə fōt′ō) *trademark for* a TELEPHOTOGRAPH (sense 2) or a system of telephotography —*adj.* [t-] 1 TELEPHOTOGRAPHIC 2 designating or of a compound camera lens that produces a large image of a distant object

**tele·pho·to·graph** (tel′ə fōt′ə graf′) *n.* 1 a photograph taken with a telephoto lens 2 a photograph transmitted by telephotography —*vt., vi.* 1 to take (photographs) with a telephoto lens 2 to transmit (photographs) by telephotography

**tele·pho·tog·ra·phy** (tel′ə fə täg′rə fē) *n.* 1 the art or process of photographing distant objects by using a telephoto lens 2 the science or process of transmitting photographs over distances by converting light rays into electric signals which are sent over wire or radio channels: the receiver converts the electric signals back into light rays to which a photographic film is exposed —**tel′e·pho′to·graph′ic** (-fōt′ə graf′ik) *adj.*

☆**tele·play** (tel′ə plā′) *n.* a play or screenplay written for, or produced on, television

**tele·por·ta·tion** (tel′ə pôr tā′shən) *n.* [[TELE- + (TRANS)PORTATION]] the theoretical transportation of matter through space by converting it into energy and then reconverting it at the terminal point —**tel′e·port′** *vt.*

**tele·print·er** (tel′ə print′ər) *n.* TELETYPEWRITER

**tele·proc·ess·ing** (-präs′es iŋ) *n.* data processing with computer terminals, over communication lines

☆**tele·promp·ter** (tel′ə prämp′tər) *n.* [[< *TelePrompTer,* a former trademark]] an electronic device that, unseen by the audience, scrolls a prepared speech, script, etc. line by line, as a prompting aid to a speaker or actor on television

☆**tele·ran** (tel′ə ran′) *n.* [[*tele*(vision) *r*(adar) *a*(ir) *n*(avigation)]] an electronic aid to aerial navigation by which data received by radar, maps of the terrain, etc. are transmitted to aircraft by television

**tele·scope** (tel′ə skōp′) *n.* [[It *telescopio* (coined by GALILEO, 1611) < ModL *telescopium* < Gr *tēleskopos,* seeing from a distance: see TELE- & -SCOPE]] an optical instrument for making distant objects, as the stars, appear nearer and consequently larger: it consists of two or more lenses or mirrors — *adj.* having parts that slide one inside another —*vi.* **-scoped′, -scop′ing** to slide or be forced one into another like the concentric tubes of a small, collapsible telescope —*vt.* 1 to cause to telescope 2 to condense; shorten, as by combining parts, compressing, etc.



REFRACTING TELESCOPE

**tele·scop·ic** (tel′ə skäp′ik) *adj.* 1 of a telescope or telescopes 2 seen or obtained by a telescope 3 visible only with the aid of a telescope 4 having distant vision: said esp. of a sight or lens that apparently enlarges distant objects 5 having sections that slide one inside another [a *telescopic* drinking tumbler] Also **tel′e·scop′i·cal** —**tel′e·scop′i·cal·ly** *adv.*

**Tele·sco·pi·um** (tel′ə skō′pē əm) *n.* a S constellation between Sagittarius and Pavo

**te·les·co·py** (tə les′kə pē) *n.* the art or practice of using a telescope —**te·les′co·pist** *n.*

☆**tel·esis** (tel′ə sis) *n.* [[ModL < Gr *telein,* to fulfill, complete < *telos,* an end: see TELO-²]] the purposeful use of natural and social forces; planned progress

**tele·spec·tro·scope** (tel′ə spek′trə skōp′) *n.* an instrument combining a telescope and a spectroscope, for producing the spectra of stars

**tel·es·the·sia** (tel′es thē′zhə, -zē ə) *n.* [[ModL: see TELE- & ESTHESIA]] *Parapsychology* extrasensory perception of distant objects, events, etc. —**tel′es·thet′ic** (-thet′ik) *adj.*

**te·les·tich** or **te·les·tic** (tə les′tik, tel′ə stik′) *n.* [[< Gr *telos,* an end (see TELO-²) + *stichos,* a line (see STICH), modeled on ACROSTIC]] an acrostic in which the last letters of the lines spell a word or words when taken in order

**tele·text** (tel′ə tekst′) *n.* a communications service in which information, as news, is superimposed onto a television signal and broadcast to home television sets

☆**tele·thon** (tel′ə thän′) *n.* [[TELE(VISION) + (MARA)THON]] a campaign, as on a lengthy telecast, seeking support for a cause, as by pledged donations made by telephone

☆**Tele·type** (tel′ə tīp′) *trademark for* a former kind of telegraphic apparatus that printed messages typed on the keyboard of the transmitter

☆**tele·type·writ·er** (tel′ə tīp′rīt′ər) *n.* a form of telegraph in which the receiver prints messages typed on the keyboard (like that of a typewriter) of the transmitter: the striking of the keys produces electrical impulses that activate the corresponding keys on the receiver

**te·leu·to·spore** (tə lo͞ot′ō spôr′) *n.* [[< Gr *teleutē,* completion, end < *telos,* end (see TELO-²) + SPORE]] TELIOSPORE —**te·leu′to·spor′ic** *adj.*

☆**tel·evan·ge·list** (tel′ə van′jə list) *n.* a minister who uses TV broadcasts or cablecasts to spread an evangelistic message, solicit donations, etc. —**tel′evan′gelism′** (-liz′əm) *n.*

**tele·vise** (tel′ə vīz′) *vt., vi.* **-vised′, -vis′ing** to put (something) on, or transmit (something) by, television —**tel′e·vi′sor** *n.*

**tele·vi·sion** (tel′ə vizh′ən) *n.* [[TELE- + VISION]] 1 the practice or science of transmitting scenes or views by radio or, sometimes, by wire: the television transmitter, by means of a camera tube, such as an image orthicon or vidicon, converts light rays into electric signals for modulation upon a radio carrier wave or for transmission over wires; the television receiver reconverts the signals into electron beams that are projected against the fluorescent screen of the kinescope, or picture tube, reproducing the original image 2 *a)* broadcasting by television as an industry, entertainment, art, etc. *b)* all the facilities and related activities of such broadcasting 3 a television receiving set 4 a television program or programs [they watched *television* last night] —*adj.* of, using, used in, or sent by television —**tel′e·vi′sional** *adj.* —**tel′e·vi′sion·ally** *adv.*

**tele·vis·ual** (tel′ə vizh′o͞o əl) *adj.* of or having to do with television, esp. the visual aspect of a television program or broadcast

**telex** (tel′eks′) *n.* [[TEL(ETYPEWRITER) + EX(CHANGE)]] 1 a teletypewriter using a telephone dial to establish connections 2 a message sent in this way —*vt.* to send (a message) by telex

**te·lial** (tē′lē əl, tel′ē-) *adj.* 1 of a telium 2 designating or of the final stage in the life cycle of the rust fungi

**te·lic** (tē′lik, tel′ik) *adj.* [[Gr *telikos* < *telos,* an end: see TELO-²]] 1 directed toward an end; purposeful 2 *Linguis.* PERFECTIVE Opposed to ATELIC

**te·lio·spore** (tē′lē ō spôr′, tel′ē ō-) *n.* [[< fol. + SPORE]] a thick-walled resting spore that develops in late summer during the telial stage of the rust fungi and germinates the next spring —**te′lio·spor′ic** *adj.*

**te·lium** (tē′lē əm, tel′ē-) *n., pl.* **-lia** (-ə) [[ModL < Gr *teleios,* complete < Gr *telos,* an end: see TELO-²]] the teliospore-bearing sorus of the rust fungi

**tell¹** (tel) *vt.* **told, tell′ing** [[ME *tellen* < OE *tellan,* lit., to calculate, reckon < Gmc *\*taljan* > Ger *zahl,* number: see TALE]] 1 to enumerate; count; reckon [to *tell* time] 2 to give an account of (a story, etc.) in speech or writing 3 to express in words; utter; say [to *tell* the truth] 4 to report; announce; publish 5 to reveal; disclose; make known [a smile that *told* her joy] 6 to recognize; distinguish; discriminate [unable to *tell* one from the other] 7 to decide; know [one can't *tell* what will happen] 8 to let know; inform; acquaint [*tell* me about the game] 9 to request; direct; order; command [*tell* him to leave] 10 to state emphatically to [it's there, I *tell* you] —*vi.* 1 to give an account or description (*of* something) 2 to give evidence or be an indication (*of* something) 3 to carry tales; reveal secrets [to kiss and *tell*] 4 to produce a result; be effective; have a marked effect [efforts that are beginning to *tell*] —SYN. REVEAL¹ —☆**do tell!** [Informal] is that a fact?: often used sarcastically —**tell off** 1 to count (persons, etc.) and separate them from the total number 2 [Informal] to rebuke severely —**tell on** 1 to have a marked, usually adverse, effect on 2 [Informal] to inform against or gossip about

**tell²** (tel) *n.* [[Ar *tall,* a mound]] *Archaeol.* esp. in the Middle East, a large mound or hill, built up gradually, covering the successive remains of ancient communities

**Tell** (tel), **William** *see* WILLIAM TELL

**tell·able** (tel′ə bəl) *adj.* 1 that can be told 2 worth being told

**tell-all** (tel′ôl′) *adj.* designating or of a book, magazine article, interview, etc., esp. an autobiographical one, that reveals personal, often scandalous, information

**tell·er** (tel′ər) *n.* 1 a person who tells (a story, etc.); narrator; recounter 2 a person who counts; specif., *a)* one who counts votes, as in a legislative body *b)* a bank clerk who pays out or receives money

**Tel·ler** (tel′ər), **Edward** 1908- ; U.S. nuclear physicist, born in Hungary

**tell·ing** (tel′iŋ) *adj.* 1 having an effect; forceful; striking [a *telling* retort] 2 that tells or reveals much —**tell′ingly** *adv.*

**tell·tale** (tel′tāl′) *n.* 1 a person who tells secrets or informs; talebearer; tattler 2 an outward indication of something secret 3 any of various devices for indicating or recording information; indicator; specif., ☆*a)* a row of dangling ropes, etc. hung over a railroad track to warn trainmen, riding on top of a car, of an approaching low bridge, tunnel, etc. *b)* a device indicating the position of a ship's rudder *c)* a time clock *d)* a gauge on a pipe organ showing the air pressure —*adj.* revealing or indicating that which is hidden or meant to be secret [the *telltale* smell of alcohol on his breath]

**tel·lu·rian** (te loor′ē ən, tə-) *adj.* [[< L *tellus,* gen. *telluris,* the earth (< IE base *\*telo-,* flat surface > THILL, DEAL³) + -AN]] of the earth; terrestrial —*n.* 1 an inhabitant of the earth 2 an apparatus for demonstrating how the earth's position and movement (diurnal rotation, annual revolution, etc.) cause day and night and the cycle of the seasons: also **tel·lu′ri·on** (-än′, -ən)

**tel·lu·ric¹** (te loor′ik, tə-) *adj.* of, derived from, or containing tellurium, esp. in a higher valence than in the corresponding tellurous compounds

**tel·lu·ric²** (te loor′ik, tə-) *adj.* 1 terrestrial; tellurian 2 of or arising from the earth, or soil

**telluric acid** a heavy, white, crystalline acid, $H_2TeO_4$

**tel·lu·ride** (tel′yo͞o rīd′, -yə-) *n.* a compound of tellurium combined with an electropositive element or with a radical

**tel·lu·rite** (tel′yo͞o rīt′, -yə-) *n.* 1 a salt of tellurous acid 2 native tellurium dioxide, $TeO_2$

**tel·lu·rium** (te loor′ē əm, tə-) *n.* [[ModL: coined (1798) by M. H. Klaproth (1743-1817), Ger chemist, for element discovered (1783) by F. J. M. von Reichenstein, Austrian mineralogist < L *tellus,* earth (see TELLURIAN) + -IUM, in contrast to URANIUM]] a rare, tin-white, brittle, nonmetallic chemical element, belonging to the same family of elements as sulfur and selenium and occurring naturally in mineral tellurite and tellurides: it is used as a glass tint, as an alloying material, and in thermoelectric converters: symbol, Te; at.

EXHIBIT NN    CCI0009101